IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>          Petitioner,<br><br>vs.<br><br>CHARLES LEROY GRAY, DAVID W. REED, and NEAL CAPUCHINO, individuals,<br><br>          Respondents. | Case No. _____ |

**PLAINTIFF'S RULE 7.1. DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Cintas Corporation, which is a non-governmental corporate party, certifies that Cintas Corporation is a public company and is listed on the NASDAQ. No publicly held company owns 10% or more of its stock.

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          _/s/_____
                                          Martin P. Tully (#465)
                                          Jon E. Abramczyk (#2432)
                                          Jason A. Cincilla (#4232)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899
                                          (302) 658-9200

OF COUNSEL:                                         Attorneys for Cintas Corporation

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
(415) 954-0200

March 10, 2006

510145