IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CINTAS CORPORATION, a Washington
Corporation,

                Petitioner,

    vs.

CHARLES LEROY GRAY, DAVID W.
REED, and NEAL CAPUCHINO,
individuals,

                Respondents.

Case No. _____

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PETITION
FOR ORDER DIRECTING ARBITRATION TO PROCEED IN
THE MANNER PROVIDED FOR IN WRITTEN AGREEMENT FOR
ARBITRATION, IN ACCORDANCE WITH
THE TERMS OF THE AGREEMENT, PURSUANT TO 9 U.S.C. §4**

In support of its Petition in the above-captioned matter, petitioner Cintas Corporation ("Cintas") respectfully requests, pursuant to Federal Rule of Evidence 201 and the inherent authority of the Court, that the Court take judicial notice of the following from the records of the action pending in the United States District Court for the Northern District of California entitled <u>Veliz et al v. Cintas Corporation etc.</u>, Case No, C-03-01180 (SBA) (N.D.Cal.) (hereinafter "the Northern California Action"):

    1.     Order filed September 26, 2005  [Docket No. 500 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 1;

    2.     Stipulation - Joint Statement of the Parties in Response to the Court's above-referenced Order [Docket No. 501 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 2;

    3.     Transcript excerpts – [portions of Docket No. 512 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 3;

4.      Transcript excerpts – [portions of Docket No. 518 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 4;

5.      Order filed February 14, 2006 [Docket No. 516 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 5;

6.      Memorandum and Opinion Order filed May 4, 2005 [Docket No. 426 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 6.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Martin P. Tully (#465)
Jon E. Abramczyk (#2432)
Jason A. Cincilla (#4232)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
    Attorneys for Cintas Corporation

OF COUNSEL:

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
(415) 954-0200

March 10, 2006

510090

# EXHIBIT 1

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELIZ, et al., | No. C 03-1180-SBA |
| Plaintiffs, | |
| | **ORDER** |
| v. | [Docket Nos. 433, 445, 451, 460 & 474] |
| CINTAS CORPORATION, et al., | |
| Defendants. | |

In an Order dated May 2, 2005, this Court ordered the parties to meet and confer regarding which plaintiffs are required by their Employment Agreements to arbitrate and which are allowed to litigate, and to the extent such further meet and confer discussions did not result in a comprehensive stipulation on that subject, to make a further motion to this Court. In light of that meet and confer process the parties were to have agreed: a) which plaintiffs may litigate their claims before this Court, b) which plaintiffs' are required to arbitrate their claims, and c) which plaintiffs the parties are unable to agree fall in either of the above categories.

On June 3, 2005 Defendants filed a Motion to Dismiss As to Certain Opt-in Plaintiffs for Improper Venue, or In the Alternative, to Transfer for Improper Venue, or In the Alternative, to Transfer in the Interests of Justice and Convenience the following motions before this Court [Docket No. 433.] On June 6, 2005, Defendants also filed a Motion to Stay Proceedings Pursuant to 9 U.S.C. § 3 As to Certain Opt-in Plaintiffs Who Are Not Subject to the Court's April 5, 2004 Order {Docket No. 445.] On June 7, 2005 Plaintiffs filed a Motion Concerning Compliance With Court Orders Regarding Which Plaintiffs Must Arbitrate and Which Plaintiffs May Litigate Their Non-ERISA Overtime Wage Claims [Docket No. 451.]

**United States District Court**
For the Northern District of California

1   On August 23, 2005, Plaintiffs filed a Motion for Leave to File Second Amended Complaint [Docket No.

2   460.] On September 6, 2005, Defendants' filed Objections to and Motion to Strike Declaration of Steven

3   Pepich Submitted in Support of Plaintiffs' "Motion in Compliance With Court" [Docket No. 474.] The

4   parties have fully briefed all of the above motions, and oral arguments are scheduled to be held September

5   27, 2005 at 1:00 p.m.

6          The Court hereby GRANTS Defendants' Objections to and Motion to Strike Declaration of Steven

7   Pepich Submitted in Support of Plaintiffs' Motion in Compliance With Court Orders. In addition to lacking

8   foundation, the declaration is indisputably rife with error and not properly relied upon. In light of the lack of

9   clarity as to which plaintiffs the parties have reached agreement concerning whether they may proceed in

10  arbitration or before this Court, the Court finds it would benefit from supplemental briefing.

11         Accordingly,

12         IT IS HEREBY ORDERED THAT the parties are to submit a Joint Stipulation identifying: a) which

13  plaintiffs may litigate their claims before this Court, b) which plaintiffs are required to arbitrate their claims,

14  and c) which plaintiffs the parties are unable to agree fall in either of the two categories. The Joint

15  Stipulation must specifically reference plaintiffs by name, applicable Employment Agreement, and any other

16  identifying information the parties believe would be helpful.

17         This Joint Stipulation is to be filed no later than **September 29, 2005**. The hearing on the

18  remaining motions pending before this Court is continued from September 27, 2005 to **October 18, 2005**

19  **at 2:00 p.m.**

20         IT IS FURTHER ORDERED THAT the Case Management Conference in this matter is continued

21  from September 27, 2005 to **October 18, 2005** to immediately follow the hearing on the above motions.

22

23         IT IS SO ORDERED.

24                                                    *Saundra B Armstrong*

25  Dated: 9-26-05                                    ───────────────────────────
                                                      SAUNDRA BROWN ARMSTRONG
26                                                    United States District Judge

27

28

                                            2

# EXHIBIT 2

1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Mark C. Dosker (CA Bar #114789)
2  Michael W. Kelly (CA Bar #214038)
   Joseph A. Meckes (CA Bar # 190279)
3  Angela N. O'Rourke CA Bar #211912)
   Anna L. Endter (CA Bar #221610)
4  One Maritime Plaza, Third Floor
   San Francisco, CA 94111-3492
5  Telephone:    +1.415.954.0200
   Facsimile:    +1.415.393.9887
6
   Attorneys for Defendants
7  CINTAS CORPORATION and PLAN
   ADMINISTRATOR FOR THE CINTAS
8  PARTNERS' PLAN

9  LERACH COUGHLIN STOIA GELLER
   RUDMAN& ROBBINS LLP
10 Theodore J. Pintar (CA Bar # 131372)
   Steven W. Pepich (CA Bar # 116086)
11 James A. Caputo (CA Bar # 120485)
   Lawrence A. Abel (CA Bar # 129596)
12 Helen I. Zeldes (CA Bar # 220051)
   401 B Street, Suite 1600
13 San Diego, CA 92101
   Telephone:    +1.619.231.1058
14 Facsimile:    +1.619.213.7423

15 Attorneys for Plaintiffs

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                      (Oakland Division)

19

20 PAUL VELIZ, et al, On behalf of          | Case No. 03-01180 (SBA)
21 Themselves and All Others Similarly       |
   Situated.                                 | [E-FILING]
22                                           |
             Plaintiffs,                     | CLASS ACTION
23                                           |
         vs.                                 | JOINT STATEMENT OF THE PARTIES
24                                           | IN RESPONSE TO THE COURT'S
   CINTAS CORPORATION, an Ohio               | SEPTEMBER 27, 2005 ORDER
25 corporation; PLAN ADMINISTRATOR for       |
   the Cintas Partners' Plan; and DOES 1-25, | Date:      October 18, 2005
26 inclusive,                                | Time:      2:00 p.m.
                                             | Courtroom: 3
27           Defendants.                     |

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

JOINT STATEMENT IN RESPONSE TO COURT'S
SEPTEMBER 27, 2005 ORDER – CASE NO. 03-01180

SF#162477

## I.    INTRODUCTION AND SCOPE OF STATEMENT

In its September 27, 2005 Order, the Court ordered the parties to meet and confer and "to submit a Joint Stipulation identifying: a) which plaintiffs may litigate their claims before this Court, b) which plaintiffs are required to arbitrate their claims, and c) which plaintiffs the parties are unable to agree fall in either of the two categories."

Without waiving or altering any of the parties' positions as previously set forth in the record and without waiving or altering any objections or arguments to the characterizations as phrased in the record, the parties submit this Joint Statement.  To facilitate the Court's consideration of the record on the pending motions, this Joint Statement subdivides the list of "disputed" plaintiffs according to the nature of the pending dispute.

Nothing in this Joint Statement constitutes any agreement or consent by Cintas that the opt-in plaintiffs identified in Exhibits D through H hereto may be compelled to arbitrate under Section 4 of the Federal Arbitration Act "FAA") or that Cintas has somehow submitted that question to this Court.  Cintas states that, as to those persons listed in Exhibit E through H, it has only moved to stay under Section 3 of the FAA.  Plaintiffs disagree for the reasons stated in their briefs to this Court.

## II.    JOINT STATEMENT OF IDENTITY OF PLAINTIFFS BY GROUPS

### A.    PLAINTIFFS WHO MAY LITIGATE THEIR CLAIMS IN THIS COURT

Attached as Exhibit A is a list of those plaintiffs who the parties agree may pursue their claims in Court as opposed to in arbitration.

### B.    OPT-IN PLAINTIFFS WHO ARE REQUIRED TO ARBITRATE AND WHO MAY NOT LITIGATE

The arbitration agreements at issue in this case are described by the abbreviations used in the attached lists.  A key to the abbreviations and citation to where the text of such agreement may be found in the record is attached as Exhibit B.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

JOINT STATEMENT IN RESPONSE TO COURT'S
SEPTEMBER 27, 2005 ORDER – CASE NO. 03-01180

-1-

1.    **Opt-in Plaintiffs Expressly Compelled to Arbitrate Under Court's April 5, 2004 Order**

Attached hereto as Exhibit C is a list of those plaintiffs expressly compelled to arbitrate in the Court's April 5, 2004 Order compelling arbitration.

2.    **Opt-in Plaintiffs Whom the Parties Agree are Within the Scope of the June 9, 2004 Stipulation and Order**

Attached hereto as Exhibit D is a list of those plaintiffs whom the parties agree are within the scope of the Court's June 9, 2004 Stipulation and Order compelling arbitration. As set forth in the parties' respective papers, the parties dispute whether the June 9, 2004 Stipulation and Order compelled any other plaintiffs to arbitration and the legal effect of that Stipulation and Order.

3.    **Opt-in Plaintiffs Otherwise Subject to Enforceable Arbitration Agreements**

Without prejudice to and without waiving or altering any of the positions set forth in the parties' respective moving papers or responses thereto, the parties state that the plaintiffs listed in Exhibit E are subject to enforceable arbitration agreements under the guidelines previously established by this Court.

C.    PLAINTIFFS AS TO WHOM THE PARTIES DISPUTE

1.    **Louisiana Plaintiffs**

Attached hereto as Exhibit F is a list of opt-in plaintiffs as to whom Cintas contends that it has moved to stay only, and whose arbitration agreements plaintiffs contend are unenforceable under Louisiana law.

2.    **Arizona Plaintiffs**

Attached hereto as Exhibit G is a list of opt-in plaintiffs as to whom Cintas contends that it has moved to stay only, and whose arbitration agreements plaintiffs contend are unenforceable under Arizona law.

3.    **Pennsylvania Plaintiffs**

Attached hereto as Exhibit H is a list of opt-in plaintiffs as to whom Cintas contends that it has moved to stay only, and whose arbitration agreements plaintiffs contend are unenforceable under Pennsylvania law.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

JOINT STATEMENT IN RESPONSE TO COURT'S
SEPTEMBER 27, 2005 ORDER -- CASE NO. 03-01180                - 2 -

1        **4.      Last Place Worked / Law Governing Clause**

2            Attached hereto as Exhibit I is a list of plaintiffs as to whom the parties disagree as to the

3    applicable law-governing clause and the effect of state law on the enforceability of the arbitration

4    agreements. .

5        **5.      Plaintiffs Alleging Procedural Unconscionability**

6            Attached hereto as Exhibit J is a list of six (6) opt-in plaintiffs who have submitted

7    declarations in connection with Plaintiffs' Motion (Docket Nos. 451 and 443) challenging the

8    arbitration agreements between themselves and Cintas as procedurally unconscionable.  Cintas

9    has opposed Plaintiffs' motion.  (Docket Nos.463, 465-471).

10       **6.      Plaintiffs Subject to Venue Motion**

11           There are 36 plaintiffs who are subject to Cintas' Motion to Dismiss as to Certain Opt-in

12   Plaintiffs for Improper Venue, etc." (Docket Nos.433, 435).  Plaintiffs oppose that motion

13   (Docket Nos. 478).  Those 36 plaintiffs are listed in Exhibit  K hereto.

14

15

16

17   Dated:    September 29, 2005              SQUIRE, SANDERS & DEMPSEY L.L.P.

18

19                                           By: _____/s/_____
                                                    Mark C. Dosker

20                                           Attorneys for Defendants CINTAS
                                             CORPORATION and PLAN ADMINISTRATOR
21                                           FOR THE CINTAS PARTNERS' PLAN

22   Dated:    September 29, 2005              LERACH COUGHLIN STOIA GELLER
23                                           RUDMAN & ROBBINS LLP

24

25                                           By: _____/s/_____
                                                    Steven W. Pepich

26                                           Attorneys for Plaintiffs PAUL VELIZ, *et al.*

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

JOINT STATEMENT IN RESPONSE TO COURT'S            - 3 -
SEPTEMBER 27, 2005 ORDER – CASE NO. 03-01180

**A**

## Exhibit A

| No. | Last Name | First Name | State |
|---|---|---|---|
| 1 | Abdella | Karim | CA |
| 2 | Adams | Earnest Todd | CA |
| 3 | Adder | Thomas | MI |
| 4 | Albion | James W. | CA |
| 5 | Alexander | Tony | NC |
| 6 | Allen | Woody | TN |
| 7 | Alvis | Daniel H. | WV |
| 8 | Ament | W. Keith | TN |
| 9 | Andrade | Robert | AR |
| 10 | Andrzejewski | Robbie J | MI |
| 11 | Ankenbruck | Michael T. | IN |
| 12 | Ashcraft | John D | KY |
| 13 | Ashley | Steve | KY |
| 14 | Atencio Jr. | Claudio | CA |
| 15 | Aubrey | Darren | KY |
| 16 | Audet | Gary | FL |
| 17 | Axelson | Christopher Jon | MI |
| 18 | Azevedo | William | MA |
| 19 | Baldwin | Michael | NC |
| 20 | Ballesteros | Ron | CA |
| 21 | Barefield | James C. | CA |
| 22 | Barnaby | Frank T | TX |
| 23 | Barnard | James Lee | AR |
| 24 | Barnes | Jason | TN |
| 25 | Baskette | Matthew Scott | TN |
| 26 | Bates | Todd | IN |
| 27 | Baugher | Donald W. | PA |
| 28 | Bawahab | Samy | CA |
| 29 | Bedolla | Gabriel | IL |
| 30 | Benjamin | Scott | MI |
| 31 | Bernard | Mark | AR |
| 32 | Berry | Ronald Lynn | TN |
| 33 | Bicocchi | Frank | PA |
| 34 | Biddle | James A. | MI |
| 35 | Bipat | Leon | NY |
| 36 | Blackford | Denise Cecile | NJ |
| 37 | Boehm | Keith | PA |
| 38 | Bohn | Richard | IA |
| 39 | Bond Jr. | Joseph Arthur | |
| 40 | Bonnell | David R | MO |

1

| No. | Last Name | First Name | State |
|-----|-----------|------------|-------|
| 41 | Borden | Gary | WA |
| 42 | Boueherd | Christopher MIchael | MA |
| 43 | Bourbon | Stephen John | IL |
| 44 | Bowen | Terry | TN |
| 45 | Boyd | Frank | MI |
| 46 | Bradshaw | Doug | MD |
| 47 | Brandis | Dustin | PA |
| 48 | Brannon | Jeffrey | GA |
| 49 | Brauer | David | MI |
| 50 | Bright | Alan | TN |
| 51 | Bronger | Brian C | KY |
| 52 | Brooks | Jason | NV |
| 53 | Brown | Christopher | PA |
| 54 | Brown | Michael | MD |
| 55 | Brown | Rebecca | MD |
| 56 | Brown | Ricardo | MD |
| 57 | Bruening | Robert Odell, Sr. | MI |
| 58 | Brunson | Timothy | TN |
| 59 | Bryan | Shannon | TN |
| 60 | Buckholz | Robert A. | MI |
| 61 | Burns | Daniel P. | MI |
| 62 | Caesar | Frank L. | MI |
| 63 | Calderon | David MIchael | CA |
| 64 | Carlisle | Donna | FL |
| 65 | Cervantes Jr. | Asa | TX |
| 66 | Childs | Nathaniel | OH |
| 67 | Christison | Joel A. | CA |
| 68 | Claxton | Joel | GA |
| 69 | Clayton | Michael | WA |
| 70 | Clements II | Herbert | MI |
| 71 | Coffey | William | MI |
| 72 | Cogdell | Don | AR |
| 73 | Conley | Robert A. | GA |
| 74 | Costa | Mark | AR |
| 75 | Crane | James | MI |
| 76 | Crosby | Reginal | AR |
| 77 | Crow | David Alan | AR |
| 78 | Cruz | Rogelio Santa | CA |
| 79 | Cudney | Matthew | CA |
| 80 | Cullen | Daniel | MA |
| 81 | Cummings | Shawn | NJ |
| 82 | Curry | Randy Chris | MI |
| 83 | Curtis | Zack Hayes | TN |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 84 | Czekaj | Roger | NY |
| 85 | Dahringer | Robert | MI |
| 86 | Damewood | Ronald L. | NE |
| 87 | Davik | Alex | IL |
| 88 | Davis | Clinton E. | TN |
| 89 | Davis | Sean | AR |
| 90 | Davis | Todd | TN |
| 91 | Davis, Jr. | Kenneth | MI |
| 92 | Degue | David C. | IN |
| 93 | DeMoss | Samuel D. | MI |
| 94 | Diffie | Kevin Ross | AR |
| 95 | Diggin | Paul | MA |
| 96 | Dolce | Christopher G. | TX |
| 97 | Donegan Jr. | Thomas | TN |
| 98 | Edmisten | Jaydee | TN |
| 99 | Edwards | Joe Thomas | CA |
| 100 | Edwards | Wayne | NJ |
| 101 | Ehredt | Michael | MI |
| 102 | Eib | Larry | MI |
| 103 | Ellisor | Danny R. | SC |
| 104 | Embree | David | MI |
| 105 | English-Madison | Lillian | MI |
| 106 | Erbes | Gail | MI |
| 107 | Eubank | David | GA |
| 108 | Fedor | Dennis | MN |
| 109 | Fewox | Michael | TX |
| 110 | Fisher | Steven | AL |
| 111 | Flesch | Michael A. | OH |
| 112 | Fletcher | Stephen Shane | GA |
| 113 | Flockhart | Craig | MI |
| 114 | Flores | Israel | TX |
| 115 | Foldesi | Joseph F. | MI |
| 116 | Forsythe | Billy | CA |
| 117 | Fortner | Corey | TN |
| 118 | Fox | Franklin | MI |
| 119 | Fox | Steven L. | AR |
| 120 | Fraley | Kevin E. | IL |
| 121 | Franklin | Jessie L. | LA |
| 122 | Frankowski | Thomas S. | MI |
| 123 | Franks | Chris | TN |
| 124 | Frazier | Donald R. | NE |
| 125 | Fudge | Lloyd | MI |
| 126 | Fuehring | Drew | MO |

| No. | Last Name | First Name | State |
|-----|-----------|------------|-------|
| 127 | Gaddy | Kenneth | WV |
| 128 | Gamble | Brian A. | IN |
| 129 | Garcia | David | CA |
| 130 | Garman | Jim | IN |
| 131 | Gault | Robert | MI |
| 132 | Gawecki | Matthew | CA |
| 133 | Genslak | Frank | MI |
| 134 | Gholston | Erroll | MI |
| 135 | Gilliam Jr. | John | TN |
| 136 | Giordano | Mark Francis | MA |
| 137 | Goree | Douglas | AL |
| 138 | Gotham | Dale Matthew | MI |
| 139 | Gravitt | Jeffrey | TN |
| 140 | Green | Thomas | NE |
| 141 | Gregory | Dennis P. | NE |
| 142 | Guarjardo | Laureano, Sr. | TX |
| 143 | Guidry | Andre | CA |
| 144 | Gurganos | Charles Anthony, Jr. | FL |
| 145 | Guzzardo | Michael John | LA |
| 146 | Hahl | Dennis | OH |
| 147 | Hansel | William | FL |
| 148 | Hanson | Shawn Patrick | TN |
| 149 | Harp | Anthony | AR |
| 150 | Harrell | Charles | VA |
| 151 | Harthorn | Brian | OH |
| 152 | Hartle | Douglas | IN |
| 153 | Hatch | Erick | VA |
| 154 | Haycock | Brandon | NV |
| 155 | Heath | Russell | GA |
| 156 | Hebling | Mark | AR |
| 157 | Heemsoth | Jim | IN |
| 158 | Heilen | Richard | TX |
| 159 | Hendrick | Robert | TN |
| 160 | Hergenroedez | Alfred | MI |
| 161 | Herriman | James Lee | MI |
| 162 | Hingst | Brian D. | TN |
| 163 | Hinson | Ronald L. | TX |
| 164 | Hischeke | John | MO |
| 165 | Hoff | Lawrence | MI |
| 166 | Holloway | Clarence | IL |
| 167 | Holmes | Anthony | MI |
| 168 | Holmes | Bruce | TN |
| 169 | Hooper | Christopher | MI |

| No. | Last Name | First Name | State |
|-----|-----------|-----------|-------|
| 170 | Hopper | Anthony | AR |
| 171 | Hord | Upshaw (Sonny) | CA |
| 172 | Howard | Gregory N | TN |
| 173 | Huber | Richard | MI |
| 174 | Huertas, Jr. | Wilfredo | NJ |
| 175 | Hunroe | Dominic | MI |
| 176 | Inscoe | Bryan | OH |
| 177 | Ireland | John | MI |
| 178 | Isherwood | Jason A. | DE |
| 179 | Jaffee | Sol | MI |
| 180 | Jaskela | Christopher M. | OH |
| 181 | Jessup | Mitchell | SC |
| 182 | Jeter | David | NY |
| 183 | Jiles | Bruce | MD |
| 184 | Johnson | Jackie | FL |
| 185 | Johnson | James | IL |
| 186 | Johnson | Ramon | TN |
| 187 | Jones | Bobby | MI |
| 188 | Jones | Curtis Allen | IN |
| 189 | Joseph | Arthur | MI |
| 190 | Josey | Christian | GA |
| 191 | Juarez | Morgan | CA |
| 192 | Kamrad | Steven Jay | MI |
| 193 | Kane | Craig | MA |
| 194 | Keeler | Tim | MI |
| 195 | Kellogg Jr. | Ronald | NE |
| 196 | Kemler | James R. | MI |
| 197 | Kilcrease | Phillip Wayne | TN |
| 198 | King | Joseph | WV |
| 199 | Kinman | John Brett | NE |
| 200 | Kivenas | Algie | IL |
| 201 | Kleinfeld | Thomas | TN |
| 202 | Klinghagen | Shawn | MN |
| 203 | Klocek | Steven | IL |
| 204 | Knudsen | Dennis F. | NE |
| 205 | Kraemer, Jr. | Donald E. | MI |
| 206 | Kramer | Robert | PA |
| 207 | Kraska | John | MI |
| 208 | Kuethe | Nathan | MO |
| 209 | Kuhl | Ervin J. | NE |
| 210 | Kushner | Paul | WV |
| 211 | La Drig | James M., Jr. | MI |
| 212 | LaPlant Sr. | John W. | IL |

| No. | Last Name | First Name | State |
|-----|-----------|-----------|-------|
| 213 | Laucella | Michael | AZ |
| 214 | Lauvrak | Bruce | WA |
| 215 | Lay | Sherry | MI |
| 216 | Lee | Jeffery Darren | LA |
| 217 | Lee | Theodis | TX |
| 218 | Leggio | Vincent | MI |
| 219 | Lehr | Lyle | MI |
| 220 | Lennox | Michael | CA |
| 221 | Lepe | Salvador | CA |
| 222 | Lester Jr. | Ewell Farley | VA |
| 223 | Lewis | Christopher | TN |
| 224 | Liberatore | Rodney | AR |
| 225 | Lickliter | Matt | GA |
| 226 | Lightfoot | James | MI |
| 227 | Lineberger | Howard | TN |
| 228 | Linn | Matthew Robert | MI |
| 229 | Lipps | James E. | MI |
| 230 | Liss | John J. | IL |
| 231 | Lloyd | Noel | MI |
| 232 | Lombardo (Ferrari) | Kathleen | CA |
| 233 | Long | Richard | NY |
| 234 | Long | Russell | SC |
| 235 | Look Jr. | Howard | AZ |
| 236 | Lugo | Edgar A. II | CA |
| 237 | Luke | Kenneth | MI |
| 238 | Ly | Doug Nghiep | CA |
| 239 | Lyons | Billy | AR |
| 240 | Lyons | Kennith | WV |
| 241 | MacHala | Gregory W. | MI |
| 242 | Maddox | Raymond G. | TN |
| 243 | Magdaleno | Luis M. | CA |
| 244 | Martinez | John | CA |
| 245 | Martinez Jr. | Tony | TX |
| 246 | Massey | Richard Dean | TN |
| 247 | Matthews | Zachary | CA |
| 248 | Maxfield | Darold Lynn | AR |
| 249 | May | Lamar | AL |
| 250 | Maye | Stanler | TN |
| 251 | Mayton | Jeffrey Scott | NC |
| 252 | McAdams | Robert H. | TN |
| 253 | McAnally III | Garland | AR |
| 254 | McArdle | Chris Conlon | CA |
| 255 | McCoy | Jason O | AR |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 256 | McLeod | Terry L. | MN |
| 257 | McMaster | Michael Patrick | PA |
| 258 | McNail | Michael | MO |
| 259 | Medina | Jose | CA |
| 260 | Mendoza | Martin | NV |
| 261 | Meyer | John F. | IA |
| 262 | Michelfelder | Lawrence | NJ |
| 263 | Micho | Wilfred | MI |
| 264 | Millari | Paul Viray | CA |
| 265 | Miller | Randy | IN |
| 266 | Milligan | John | MI |
| 267 | Minnick | Linn | IN |
| 268 | Molette | James Robert | MI |
| 269 | Molo | Ron | CA |
| 270 | Monahan | Timothy | MA |
| 271 | Montgomery | Matthew | TN |
| 272 | Moore | David | CA |
| 273 | Mullis | Steven Michael | TN |
| 274 | Murray | Francis P. | MN |
| 275 | Murray | Lind | WV |
| 276 | Nall | Eric Dean | TN |
| 277 | Newvine | Gary T. | MI |
| 278 | Nichols | Douglas Todd | TN |
| 279 | Nichols | Jason | MI |
| 280 | Nijem | Hisham | CA |
| 281 | Nowak | Jared | IN |
| 282 | Ogle | Jesse | FL |
| 283 | Olinger | Travis | TN |
| 284 | Ordonez | Macbeth | CA |
| 285 | Orgill | Thomas | CA |
| 286 | Osborne | James | AR |
| 287 | Ott | Brandi | MI |
| 288 | Ott | Christopher | MI |
| 289 | Overstreet | Brandon | VA |
| 290 | Owens | John | AR |
| 291 | Pajares | Cesar | GA |
| 292 | Palacio | Armando | CA |
| 293 | Parent | Ronald D. | CA |
| 294 | Parenteau Sr. | Mark N. | MI |
| 295 | Parker | Brent | CA |
| 296 | Pawlowski | Dennis | MI |
| 297 | Pearson | Eric G. | MA |
| 298 | Pegues | Reginald Alan | TN |

| No. | Last Name | First Name | State |
|-----|-----------|------------|-------|
| 299 | Peninger | Donald | NC |
| 300 | Pennington | Seth A. | AR |
| 301 | Pepper | Barney | TN |
| 302 | Perez | Miguel | CA |
| 303 | Perez | Ricardo | FL |
| 304 | Peske | Timothy E. | AR |
| 305 | Peters | Darrell | AR |
| 306 | Peterson | Daniel Craig | MN |
| 307 | Pettit | Duffy | IN |
| 308 | Phillips | Stanley | IN |
| 309 | Pianowski | John | MA |
| 310 | Pilcher | Scott | CA |
| 311 | Plascencia | Jose | IL |
| 312 | Pongchit | Sai | MD |
| 313 | Prosser | Eric | MI |
| 314 | Pullaro | Alan MIchael | FL |
| 315 | Pynchon | Mark T. | CA |
| 316 | Rahn | Douglas Robert | MI |
| 317 | Rainey | Gregory Todd | GA |
| 318 | Ramirez | Victor | CA |
| 319 | Raymond | Jeffrey | NE |
| 320 | Reaves | Keith | TN |
| 321 | Reynolds Jr. | Anthony | CA |
| 322 | Rios | Mark | CA |
| 323 | Rishavy | Raymond Richard | MN |
| 324 | Roam | Kevin | AR |
| 325 | Robertson | Sandra | TN |
| 326 | Robinson | John H. | WV |
| 327 | Robinson | Matt Robert | WV |
| 328 | Robinson | Michael Dewayne | MI |
| 329 | Rodriguez | Gilbert | CA |
| 330 | Rogers | Joel | NM |
| 331 | Romes, Jr. | Freddie | AR |
| 332 | Rowse | Mark D | DE |
| 333 | Runyan | Warren | CA |
| 334 | Rushford | Thomas E. | MI |
| 335 | Samuels | Derek/Derrick | NJ |
| 336 | Sanbento | Michael | MA |
| 337 | Santana | Joshua | MO |
| 338 | Santos | Michael Delos | CA |
| 339 | Sauceda | Reynaldo | TX |
| 340 | Schieber | Michael | IN |
| 341 | Schneider | Michael | NE |

| No. | Last Name | First Name | State |
|-----|-----------|-----------|-------|
| 342 | Schultz | Dennis | MI |
| 343 | Schultz | Leslie | NE |
| 344 | Schwall | Jeffrey | MI |
| 345 | Schwall | Jonathan D. | MI |
| 346 | Scott | Derrick | NY |
| 347 | Scott-Outlaw | Carla | MD |
| 348 | Seath | Scott | MI |
| 349 | Serna | Rene | CA |
| 350 | Serrano | Lorenzo J. | TX |
| 351 | Sharp | Stephen | MI |
| 352 | Sherlund | James | MI |
| 353 | Sherman | Marvin S. | LA |
| 354 | Shimada | Jon | CA |
| 355 | Shrake | Randal | MI |
| 356 | Shropshire | Jerome | MS |
| 357 | Siewert | Gregory | IL |
| 358 | Sims | Scott A. | IN |
| 359 | Smith | Daniel C. | MI |
| 360 | Smith | James Alexander | MI |
| 361 | Smith | Kelly | MI |
| 362 | Smith | Ronald Lynne | MI |
| 363 | Smith Jr. | Roger | GA |
| 364 | Smulka | John M. | MI |
| 365 | Sorbicki | Richard C. | PA |
| 366 | Soria | Moses | CA |
| 367 | Sperota | Mark Anthony | NY |
| 368 | Spillner | Robert Eugene | IN |
| 369 | Stachnik | Leonard Joseph | MI |
| 370 | Stacy | Jerry W. | MI |
| 371 | Staton Jr. | Raymond | VA |
| 372 | Stemen | Jimmie Lynn | MI |
| 373 | Stoneman | John | MD |
| 374 | Sullivan | John | MI |
| 375 | Tarango | Jose | CA |
| 376 | Taylor | Dennis | KY |
| 377 | Taylor | William | MI |
| 378 | Teague | Michael | IN |
| 379 | Terrell | Johnny | TX |
| 380 | Tessier | Bruce | MI |
| 381 | Thomas | Dwight | MI |
| 382 | Thompson | Allen | CA |
| 383 | Thompson | Ezra | GA |
| 384 | Thrash | William Gregory | MO |

| No. | Last Name | First Name | State |
|-----|-----------|------------|-------|
| 385 | Tovar | Nicholas Luz | IA |
| 386 | Towne | Don Thomas | MI |
| 387 | Trapen | John | LA |
| 388 | Trevathan | Jerry W. | MI |
| 389 | Trinidad | Brett | TX |
| 390 | Tubergen | Jack | MI |
| 391 | Tully | Patrick | MI |
| 392 | Urdiales | Ryan | CA |
| 393 | Vaca | Rene | CA |
| 394 | Vasquez | Antonio | MA |
| 395 | Veitch | Luke Andrew | IL |
| 396 | Velazquez | Pedro | CA |
| 397 | Villarreal Jr. | Osvlado | CA |
| 398 | Vinson | Steven David | MD |
| 399 | Viramontes | Jesus Fernando | CA |
| 400 | Vowell | Dal K. | TN |
| 401 | Wagner | Randy | MI |
| 402 | Wait | Christine | MO |
| 403 | Walker | James | IN |
| 404 | Walker Jr. | John D | IN |
| 405 | Wallace | Steven P. | TN |
| 406 | Walsh | Paul | TN |
| 407 | Washington | A.J. | TX |
| 408 | Washkuhn | Eric | NE |
| 409 | Watkins | Randy | TN |
| 410 | Watson | Gene Carroll | NC |
| 411 | Watwood | Victor | TN |
| 412 | Weisflock | John B. | OH |
| 413 | Welch | Steven | TN |
| 414 | Wendt Jr. | Jesse Lee | MD |
| 415 | Wheatfill Jr. | Edward | CA |
| 416 | Wheeler-Robinson | Deborah | IL |
| 417 | White | James W. | AR |
| 418 | White | Kevin | TN |
| 419 | Whitlock | Leslie | KY |
| 420 | Whitlow | Corey | MI |
| 421 | Whitman | Brian | MO |
| 422 | Whitted | Richard | CA |
| 423 | Wiant | Gary Lynn | WV |
| 424 | Williams | Gary | CA |
| 425 | Williams | Ronald J. | MD |
| 426 | Williams | Russell | SC |
| 427 | Williams | Sidney | NE |

| No. | Last Name | First Name | State |
|-----|-----------|------------|-------|
| 428 | Williams Jr. | Johnnie L. | GA |
| 429 | Wilson | Carl Darren | AR |
| 430 | Wilson | Richard | AL |
| 431 | Wilson | Robert J. | MI |
| 432 | Wilson | Roland | MO |
| 433 | Wittersheim | Timothy | MI |
| 434 | Wojciechowski | Mark | TN |
| 435 | Wooten | Robert (Scott) | AR |
| 436 | Worful | Scott | OH |
| 437 | Wright | Gary Dewayne | TN |
| 438 | Wulff | James | OH |
| 439 | Yates | Kenneth Lynn | TN |
| 440 | Young | Matthew | AR |
| 441 | Young | Roger C. | MI |
| 442 | Yount | Terry | AR |
| 443 | Zoankowshi | Matthew | PA |
| 444 | Zobrist | Scott Dean | MO |

**B**

## Exhibit B
## Key to Agreement Versions

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| 96A | Employment Agreement for Sales, Service and Marketing Personnel Based in States Other Than Ohio, California, Georgia and Texas [Policy #C-105, 12/96, Agreement #6] | 2 |
| 96B | Employment Agreement For Sales, Service and Marketing Personnel Based in California, Georgia or Texas [Policy #C-105, 12/96, Agreement #7] | 3 |
| 96C | Employment Agreement For Ohio-Based Sales, Service and Marketing Personnel [Policy #C-105, 12/96, Agreement #5] | 4 |
| 96D | Employment Agreement For, Officers, Executives, General/Branch Managers, Professionals and Key Managers [Policy #C-105, 12/96, Agreement #1] | 5 |
| 96E | Employment Agreement For Other Employees [Policy #C-105, 12/96, Agreement #8] | 6 |
| 96F | Employment Agreement For Plant and Officer Managers, Supervisors and Engineers Based in States Other Than Ohio, California, Georgia and Texas [Policy #C-105, 12/96, Agreement #3] | 7 |
| FAS-A | Employment Agreement For Sales, Service and Marketing Personnel Employed at a Facility Formerly Operated By First Aid Plus, Inc. [2/97-C] | 8 |
| FAS-B | Employment Agreement For First Aid and Safety Division Sales and Sales Service Representatives Based in States Other Than Ohio, California, Georgia And Texas [3/98, Agreement #6 FAS] | 9 |
| FAS-C | Employment Agreement For First Aid and Safety Division Sales, Service and Marketing Personnel Based in States Other Than Ohio, California, Georgia and Texas [11/98, Agreement #6 FAS] | 10 |
| 99A | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Georgia and Texas [Corporate Policy #C-105, Exhibit E, 6/99, Agreement #4] | 11 |
| 99B | Employment Agreement For Sales, Service and Marketing Personnel Based in California, Georgia or Texas [Corporate Policy #C-105, Exhibit F, 6/99, Agreement #5] | 12 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| 99C | Employment Agreement For Other Confidential Employees [Corporate Policy #C-105, Exhibit G, 6/99, Agreement #6] | 13 |
| 99D | Employment Agreement For Plant Managers, Office Managers, Supervisors and Engineers Based in California, Georgia or Texas [Corporate Policy #C-105, Exhibit D, 6/99, Agreement #3] | 14 |
| 99E | Employment Agreement For Plant Managers, Office Managers, Supervisors and Engineers Based in States Other Than California, Georgia or Texas [Corporate Policy #C-105, Exhibit C, 6/99, Agreement #2] | 15 |
| 00A | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Georgia and Texas [Corporate Policy #C-105, Exhibit E, 10/00, Agreement #4] | 16 |
| 01A | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Georgia and Texas [Corporate Policy #C-105, Exhibit E, Revised August 16, 2001, Agreement #4] | 17 |
| 01B | Employment Agreement For Sales, Service and Marketing Personnel Based in California, Georgia and Texas [Corporate Policy #C-105, Exhibit F, Revised August 16, 2001, Agreement #5] | 18 |
| 01C | Employment Agreement For Plant Managers, Office Managers, Supervisors and Engineers Based in States Other Than California, Georgia and Texas [Corporate Policy #C-105, Exhibit C, Revised August 16, 2001, Agreement #2] | 19 |
| Feb-01 | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Georgia and Texas [Corporate Policy #C-105, Exhibit E, 2/01, Agreement #4] | 20 |
| 02A | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Colorado, Georgia, Louisiana, Nebraska, Oklahoma and Texas [Corporate Policy #C-105, Exhibit E, Revised June 12, 2002, Agreement #5] | 21 |
| 02B | Employment Agreement For Sales, Service and Marketing Personnel Based in California, Colorado or Georgia [Corporate Policy #C-105, Exhibit G, Revised June 12, 2002, Agreement #7] | 22 |
| 02C | Employment Agreement For Personnel Based in Texas [Corporate Policy #C-105, Exhibit F, Revised June 12, 2002, Agreement #6] | 23 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| 02D | Employment Agreement For Personnel Based in Louisiana [Corporate Policy #C-105, Exhibit H, Revised June 12, 2002, Agreement #8] | 24 |
| 02F | Employment Agreement For Personnel Based in Oklahoma [Corporate Policy #C-105, Exhibit J, Revised June 12, 2002, Agreement #10] | 25 |
| 02G | Employment Agreement For Other Confidential Employees Carlos T. Mendoza, Dated September 5, 2003 [Corporate Policy #C-105, Exhibit K, Revised May 15, 2003, Agreement #11] | 26 |
| 02H | Employment Agreement For Plant Managers, Office Managers, Supervisors and Engineers Based in States Other Than California, Colorado, Georgia, Louisiana, Nebraska, Oklahoma and Texas [Corporate Policy #C-105, Exhibit B, Revised June 12, 2002, Agreement #2] | 27 |
| 03A | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Colorado, Georgia, Louisiana, Nebraska, Oklahoma and Texas [Corporate Policy #C-105, Exhibit E, Revised May 15, 2003, Agreement #5] | 28 |
| 03B | Employment Agreement For Sales, Service and Marketing Personnel Based in California, Colorado or Georgia [Corporate Policy #C-105, Exhibit G, Revised May 15, 2003, Agreement #7] | 29 |
| 03C | Employment Agreement For Personnel Based in Texas [Corporate Policy #C-105, Exhibit F, Revised June 12, 2002, Agreement #6] | 30 |
| 03D | Employment Agreement For Personnel Based in Louisiana [Corporate Policy #C-105, Exhibit H, Revised May 15, 2003, Agreement #8] | 31 |
| 03H | Employment Agreement For Other Confidential Employees [Corporate Policy #C-105, Exhibit K, Revised May 15, 2003, Agreement #11] | 32 |
| 03I | Employment Agreement For Plant Managers, Office Managers, Supervisors and Engineers Based in States Other Than California, Colorado, Georgia, Louisiana, Nebraska, Oklahoma and Texas [Corporate Policy #C-105, Exhibit B, Revised May 15, 2003, Agreement #2] | 33 |
| 03TX -- Plant Managers Agreement | Employment Agreement For Texas Employment Agreement for Plant Managers, Office Managers, Supervisors and Engineers [Corporate Policy #C-105, Exhibit B-TX, Agreement #2, Revised December 23, 2003] | 34 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| 03AL –Conf. | Employment Agreement For Alabama Employment Agreement for Confidential Employees [Corporate Policy #C-105, Exhibit D-AL, Agreement #4, Revised December 23, 2003] | 35 |
| 03CA – Conf. | Employment Agreement For California Employment Agreement for Confidential Employees [Corporate Policy #C-105, Exhibit D-CA, Agreement #4, Revised December 23, 2003] | 36 |
| 03LA – Conf. | Employment Agreement For Louisiana Employment Agreement For Confidential Employees [Corporate Policy #C-105, Exhibit D-LA, Agreement #4, Revised December 23, 2003] | 37 |
| 03AL | Employment Agreement For Alabama Employment Agreement For Sales, Service and Marketing Personnel Employees [Corporate Policy #C-105, Exhibit C-AL, Agreement #3, Revised December 23, 2003] | 38 |
| 03AZ | Employment Agreement For Arizona Employment Agreement For Sales, Service and Marketing Personnel Employees [Corporate Policy #C-105, Exhibit C-AZ, Agreement #3, Revised December 23, 2003] | 39 |
| 03CA | Employment Agreement For California Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-CA, Agreement #3, Revised December 23, 2003] | 40 |
| 03CO | Employment Agreement For Colorado Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-CO, Agreement #3, Revised December 23, 2003] | 41 |
| 03CT | Employment Agreement For Connecticut Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-CT, Agreement #3, Revised December 23, 2003] | 42 |
| 03DE | Employment Agreement For Delaware Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-DE, Agreement #3, Revised December 23, 2003] | 43 |
| 03FL | Employment Agreement For Florida Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-FL, Agreement #3, Revised December 23, 2003] | 44 |
| 03GA | Employment Agreement For Georgia Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy | 45 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| | #C-105, Exhibit C-GA, Agreement #3, Revised December 23, 2003] | |
| 03ID | Employment Agreement For Idaho Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-ID, Agreement #3, Revised December 23, 2003] | 46 |
| 03IL | Employment Agreement For Illinois Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-IL, Agreement #3, Revised December 23, 2003] | 47 |
| 03IN | Employment Agreement For Indiana Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-IN, Agreement #3, Revised December 23, 2003] | 48 |
| 03KS | Employment Agreement For Kansas Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-KS, Agreement #3, Revised December 23, 2003] | 49 |
| 03KY | Employment Agreement For Kentucky Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-KY, Agreement #3, Revised December 23, 2003] | 50 |
| 03LA | Employment Agreement For Louisiana Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-LA, Agreement #3, Revised December 23, 2003] | 51 |
| 03MD | Employment Agreement For Maryland Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MD, Agreement #3, Revised December 23, 2003] | 52 |
| 03MA | Employment Agreement For Massachusetts Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MA, Agreement #3, Revised December 23, 2003] | 53 |
| 03MI | Employment Agreement For Michigan Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MI, Agreement #3, Revised December 23, 2003] | 54 |
| 03MN | Employment Agreement For Minnesota Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MN, Agreement #3, Revised December 23, 2003] | 55 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| 03MS | Employment Agreement For Mississippi Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MS, Agreement #3, Revised December 23, 2003] | 56 |
| 03MO | Employment Agreement For Missouri Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MO, Agreement #3, Revised December 23, 2003] | 57 |
| 03NC | Employment Agreement For North Carolina Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-NC, Agreement #3, Revised December 23, 2003] | 58 |
| 03NJ | Employment Agreement For New Jersey Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-NJ, Agreement #3, Revised December 23, 2003] | 59 |
| 03NV | Employment Agreement For Nevada Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-NV, Agreement #3, Revised December 23, 2003] | 60 |
| 03NY | Employment Agreement For New York Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-NY, Agreement #3, Revised December 23, 2003] | 61 |
|  | Employment Agreement For Ohio Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-OH, Agreement #3, Revised December 23, 2003] | 62 |
| 03OK | Employment Agreement For Oklahoma Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-OK, Agreement #3, Revised December 23, 2003] | 63 |
| 03OR | Employment Agreement For Oregon Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-OR, Agreement #3, Revised December 23, 2003] | 64 |
| 03PA | Employment Agreement For Pennsylvania Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-PA, Agreement #3, Revised December 23, 2003] | 65 |
| 03RI | Employment Agreement For Rhode Island Employment Agreement For Sales, Service and Marketing Personnel | 66 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| | [Corporate Policy #C-105, Exhibit C-RI, Agreement #3, Revised December 23, 2003] | |
| 03SC | Employment Agreement For South Carolina Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-SC, Agreement #3, Revised December 23, 2003] | 67 |
| 03TX | Employment Agreement For Texas Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-TX, Agreement #3, Revised December 23, 2003] | 68 |
| 03UT | Employment Agreement For Utah Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-UT, Agreement #3, Revised December 23, 2003] | 69 |
| | Employment Agreement For Virginia Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-VA, Agreement #3, Revised December 23, 2003] | 70 |
| | Employment Agreement For Washington Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-WA, Agreement #3, Revised December 23, 2003] | 71 |
| | Employment Agreement For Wisconsin Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-WI, Agreement #3, Revised December 23, 2003] | 72 |

C

# Exhibit C

| No. | Last Name | First Name | State | Agreement Version |
|-----|-----------|------------|-------|-------------------|
| 1 | Abney | David | MI | 99A |
| 2 | Acker | Corwin | MD | 99A |
| 3 | Anderson | Eric | IL | 01A |
| 4 | Bailey | Derrick | MD | 99A |
| 5 | Brennan | Mike | MD | 99A |
| 6 | Bridges | Willie | MD | 99A |
| 7 | Broadnax | Rodney | MD | 99A |
| 8 | Brumfield | Ryan | MD | 99A |
| 9 | Carroll | Sterling | MD | 96A |
| 10 | Carson | Stephen | IL | 01A |
| 11 | Chainuck | Mark | IL | 99A |
| 12 | Charles | Dieunel | NJ | 01A |
| 13 | Coleman | Timothy | MD | 02A |
| 14 | Coomer | Richard/Pete | IN | 02A |
| 15 | Cruse | Bryan | MO | 99A |
| 16 | Cruz | John | IN | 02A |
| 17 | DeGraaf | Timothy | MI | 96A |
| 18 | Fragola | Mark | CT | 99A |
| 19 | Frederique | Gary | MD | 01A |
| 20 | Greene | Enoch | MD | 99A |
| 21 | Gumbs | Allan | MD | 99A |
| 22 | Handy | John | MD | 96A |
| 23 | Herrera | Miguel | CA | 99B |
| 24 | Hodge | Bobby | MI | 99A |
| 25 | Jaramillo | Tom | CO | 96A |
| 26 | Jay | Jeff | IL | 96A |
| 27 | Kelly | Amber | NJ | 01A |
| 28 | Krol | Jim | MI | 96A |
| 29 | Locke | Terrain | MD | 99A |
| 30 | Lovett | Wayne | CA | 99B |
| 31 | Mackall | Charles | MD | 01A |
| 32 | Madden, Jr. | Henry | MD | 99A |
| 33 | Mimms | Curtis | MD | 01A |
| 34 | Montanez | Raymond | CA | 02B |
| 35 | Murphy II | Ernest | MD | 99A |
| 36 | Nazareth | Julian | NY | 01A |
| 37 | O'Malley | Tim | CA | 99B |
| 38 | Perez | Edwin | NY | 01A |
| 39 | Qureshi | Norman | NJ | 96A |

| No. | Last Name | First Name | State | Agreement Version |
|-----|-----------|------------|-------|-------------------|
| 40 | Ratcliff | Mike | MI | 96A |
| 41 | Roberts | Barry | MD | 99A |
| 42 | Rydman | Ronald | CA | 01B |
| 43 | Sullivan | Edwin | MD | 99A |
| 44 | Van Koevering | Allen | MI | 96A |
| 45 | Veliz | Paul | CA | 01B |
| 46 | Wasmer | Tade | IL | 96A |
| 47 | Watson, Sr. | Lawrence | MD | 99A |
| 48 | Weekes | Neville | MD | 01A |
| 49 | West | DeRon | MD | 99A |
| 50 | White | James | CA | 01B |
| 51 | Williams | Samuel | NJ | 96A |
| 52 | Wise | Michael | MI | 96A |
| 53 | Wood | Calvin | MD | 99A |
| 54 | Woods, Jr. | Earl | MI | 99A |
| 55 | Zadnick | Aaron | IL | 99A |

**D**

## <u>Exhibit D</u>

| Last Name | First Name | State | Agreement Version |
|-----------|-----------|-------|-------------------|
| Arwood, Jr. | Preston | AL | 03AL |
| Churchill | Tom | FL | 96A |
| Daniel | Jerry D. | AL | 03AL |
| Izquierdo | Oliden | FL | 99A |
| Mardini | Walberto | FL | 99A |
| Mayton, Jr. | Bernard | AL | 03AL |
| Meador | Jeff | NV | 96A |
| Nunez | Jonathan | NV | 99A |
| Paredes | Oscar | FL | 02A |
| Walker | Winston | AL | 02A |
| Wheeler | Ellick | KY | 96A |

E

## Exhibit E

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1 | Abrahamsen | David J. | 03FL |
| 2 | Ackerman | Nicholas | 03A |
| 3 | Adams | Randall | 01A |
| 4 | Adkins | Donald | 96C |
| 5 | Adolph | Joseph W. | 03MD |
| 6 | Agler | Bradley | 99A |
| 7 | Agostini | Jason | 01A |
| 8 | Agozzino | Vince | 03IL |
| 9 | Ainsworth | Daniel E. | 03CA |
| 10 | Albright | Ryan | 99A |
| 11 | Aldrete | Joel | 01B |
| 12 | Alegria | Roberto Carlos | 99B |
| 13 | Alert | Thomas Eugene | 99A |
| 14 | Alfred | Chad | 01A |
| 15 | Alioto | Brandon | 99A |
| 16 | Allen | Alice | 03FL |
| 17 | Allen | Joseph | 02A |
| 18 | Allen | Judd | 01B |
| 19 | Allen | Sean | 02B |
| 20 | Allred | Jonathan | 99A |
| 21 | Allshouse | Michael Lee | 99A |
| 22 | Allspach | Gary | 02A |
| 23 | Alves | Louis | 03NY |
| 24 | Ames | Christopher J | 03NC |
| 25 | Ammon | Ryan | 99A |
| 26 | Amott | Troy | 99A |
| 27 | Anaya | Issac | 99B |
| 28 | Anaya | John | 99B |
| 29 | Anderson | Darren Mitchell | 02A |
| 30 | Anderson | David | 03CA |
| 31 | Anderson | Jeffrey | 01A |
| 32 | Anderson | Matthew | 02A |
| 33 | Anderson | Michael (Chad) | 96A |
| 34 | Anderson | Randy | 99B |
| 35 | Anderson | Robert D. | 01A |
| 36 | Anderson | Zebulan (Zeb) | 96A |
| 37 | Andree | Nathan J | 02A |
| 38 | Andrews | Joe | 02A |
| 39 | Andrews | Robert | 96B |

1

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|-----------|-------------------|
| 40 | Ansink, Jr. | John O. | 03VA |
| 41 | Aranegui | Gus | 96A |
| 42 | Arango | Rick | 99A |
| 43 | Arms | Rick | 99A |
| 44 | Armstrong | Bryan | 99B |
| 45 | Arroyo | Heriberto | 03CA |
| 46 | Arroyo | Sijifredo | 03B |
| 47 | Artley | Stephen Paul | 03VA |
| 48 | Arvin | Harold W. | 99A |
| 49 | Arvizu | Ronald | 99B |
| 50 | Ash | Brian | 01A |
| 51 | Atkins | James | 96A |
| 52 | Augustin | Matthew | 03LA |
| 53 | Ault | Travis M. | 02A |
| 54 | Avalos | Agustin | 99B |
| 55 | Avalos | Guillermo | 03CA |
| 56 | Avila | Hector | 02B |
| 57 | Aybar | Jeffrey | 96B |
| 58 | Bachman | Sean | 99B |
| 59 | Bachmann | Kenneth J. | 96A |
| 60 | Badgerow | Gary | 03CA |
| 61 | Bailey | Wayne C | 96A |
| 62 | Baker | Brian | 01A |
| 63 | Baker | Joshua | 99A |
| 64 | Baldwin | Daniel S. | 96A |
| 65 | Baldwin | David | 03MI |
| 66 | Banks | Joe L | 03GA |
| 67 | Barbarotta | Sam | 02A |
| 68 | Barfield | Donald Ray | 03TX |
| 69 | Barlow | Stephen | 01B |
| 70 | Barnes | Gregg | 99A |
| 71 | Barnes | Relton | 03MO |
| 72 | Barr | Jeff | 99A |
| 73 | Barrett | Jason | 96C |
| 74 | Bartz | Michael | 03A |
| 75 | Bass | Donnie | 02A |
| 76 | Bassett | Dennis | 99A |
| 77 | Batteate | Domenico | 99B |
| 78 | Baudier, Jr. | Ramon J.. | 96A |
| 79 | Bauer, Jr. | Harold D. | 99A |
| 80 | Baughman | Casey | 01B |
| 81 | Baumer | Christopher | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 82 | Baxter | Aaron | 96A |
| 83 | Beal | Kevin | 99A |
| 84 | Bean | Robert W. | 02A |
| 85 | Beard | Everette G. | 03VA |
| 86 | Beard | Mitchell Aaron | 02A |
| 87 | Beck | Joseph | 96B |
| 88 | Beckham | Mark (Marshall) | 03GA |
| 89 | Bedard | Patricia | 03A |
| 90 | Bell | Wade | 03A |
| 91 | Bell | William | 96A |
| 92 | Bender | Daniel Lee | 02A |
| 93 | Benedict | Tyrone Charles | 96A |
| 94 | Benson | Josh | 02A |
| 95 | Bentley | Hank | 99B |
| 96 | Bereza | John | 99B |
| 97 | Berlage | Joseph E. | 02A |
| 98 | Berna | Brent | 03OK |
| 99 | Berry | Paul | 99B |
| 100 | Bersch | Warren | 99A |
| 101 | Bertram | Phillip | 02B |
| 102 | Bertrand | William | 01A |
| 103 | Biase | Joseph D. | 96A |
| 104 | Bickham | John D. | 99A |
| 105 | Bickmeyer | Warren | 99A |
| 106 | Bierach | Conrad | 99B |
| 107 | Bigbee | Gregory Cole | 03MS |
| 108 | Bigelow | Jason Scott | 03AL |
| 109 | Bippus | David W. | 02A |
| 110 | Bishop | Janice M. | 03MS |
| 111 | Bissin | Brooke A. | 99B |
| 112 | Bitz | William J. | 03FL |
| 113 | Bivins | Michael | 03FL |
| 114 | Blackman | Matthew L. | 99A |
| 115 | Blackmon | James Kurt | 01A |
| 116 | Blaha | Christopher | 96A |
| 117 | Blaisdell | Philip Daniel | 01A |
| 118 | Blake | Thomas FLynn | 99A |
| 119 | Blanchard | Bernard L | 03TX |
| 120 | Blanco | Noe | 02B |
| 121 | Blenden | Chad M. | 02A |
| 122 | Bobeck | Craig | 03MI |
| 123 | Bobo | Brian | 99A |

| No. | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 124 | Bobola | Kenneth | 03FL |
| 125 | Bodenmiller | George | 99A |
| 126 | Bohn | David | 99A |
| 127 | Bolen, Jr. | Silas Ray "Bo" | 03NC |
| 128 | Boman | Jason | 99A |
| 129 | Bonacorsi | Daniel J. | 02A |
| 130 | Bonds, Jr. | Jackie Ray | 01B |
| 131 | Booker | Kathleen | 03A |
| 132 | Booth | Daniel | 01A |
| 133 | Borawski | Scott | 99A |
| 134 | Borrmann | Kevin | 99A |
| 135 | Boslaugh | Kevin | 02A |
| 136 | Bossett | Eric D. | 03CA |
| 137 | Bostick | Tony L. | FAS-B |
| 138 | Bostwick | Noah | 01B |
| 139 | Botelho | Troy | 99B |
| 140 | Bova | John S. Jr. | 01A |
| 141 | Bow | Jonathan James | 01A |
| 142 | Bowden | Robert | 99A |
| 143 | Bower | Kevin | 96A |
| 144 | Bowles | Randall | 99A |
| 145 | Bowles, Jr. | Robert F. | 03NY |
| 146 | Bowman | Daryl | 99B |
| 147 | Boyd | Ricko Lonnell | 99A |
| 148 | Boyle | Andrea | 02B |
| 149 | Boyle | Michael P. | 02A |
| 150 | Boynton | Kevin | 96A |
| 151 | Braaten | Bob | 03WA |
| 152 | Bracamontes | Ralph | 99B |
| 153 | Bradley | Tory | 96B |
| 154 | Branscome | Thomas Scott | 03NC |
| 155 | Brantley | Michael | 01A |
| 156 | Bray | Michael C | 99A |
| 157 | Bridges | Larry Daniel | 03GA |
| 158 | Bridges | Thomas Allan | 99A |
| 159 | Brien | Joseph | 02A |
| 160 | Brinlee | Robert | 99A |
| 161 | Brinning | Brandon | 99B |
| 162 | Briseno | Leonel | 96B |
| 163 | Bristow | Mark | 99A |
| 164 | Brite | Bobby | 02C |
| 165 | Brock | Stephen | 96A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 166 | Brooks | Antoine Alonzo | 01A |
| 167 | Brooks | Chris | 03CA |
| 168 | Brooks | Dezmon | 99B |
| 169 | Brooks | Stephen | 02B |
| 170 | Brown | Chris | 99A |
| 171 | Brown | Christopher | 03A |
| 172 | Brown | Danny L. | 03KY |
| 173 | Brown | Jonathan | 99B |
| 174 | Brown | Michelle | 99A |
| 175 | Brown | Wayne | 99A |
| 176 | Brown Jr. | James | 96A |
| 177 | Brown-Donald | Cory | 03MO |
| 178 | Browning | Jennifer (Jenny) | 99B |
| 179 | Browning | Stuart | 99A |
| 180 | Brown-Phillips | Mary E. | 99A |
| 181 | Bruno | Stuart | 03NJ |
| 182 | Brunson | Gregory | 96A |
| 183 | Bryant | Gregory S. | 96A |
| 184 | Buddie | Brian | 99A |
| 185 | Buen | Brian | 96A |
| 186 | Bullard | Brandon Eugene | 02A |
| 187 | Bunderson | Jason | 02A |
| 188 | Burch | Jeffrey | 02B |
| 189 | Burcke | Robert | 99A |
| 190 | Burgess | Scott | 01A |
| 191 | Burghart | Vince McClain | 99A |
| 192 | Burke | Christopher | 01B |
| 193 | Burke | Donald | 96C |
| 194 | Burke | Michael | 02A |
| 195 | Burress | James Allen | 03IL |
| 196 | Burt | Steven Jonathan | 99A |
| 197 | Burton | Crezone | 96A |
| 198 | Bush | David J. | 03OH |
| 199 | Butler | Dustin Lee | 96A |
| 200 | Butler | Jeffrey A. | 99A |
| 201 | Buuck | Greg M. | 99A |
| 202 | Byram | Jason Albert | 03A |
| 203 | Cabrera | Jorge | 03B |
| 204 | Cabrera | Luis | 01B |
| 205 | Cady | Chad Jason | 03A |
| 206 | Cagle | Lucas Hunter | 99A |
| 207 | Cala | Peter James | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 208 | Caldwell | Scott Patrick | 99A |
| 209 | Callahan | John | FAS-B |
| 210 | Calvin | Dean | 99A |
| 211 | Camden | Christopher | 03CA |
| 212 | Cameron | Bruce | 01A |
| 213 | Cameron | Chris | 99A |
| 214 | Campion | Michael H. | 03TX |
| 215 | Campos | Gustovo G. | 03CA |
| 216 | Cantu III | Leonel | 99B |
| 217 | Capuchino | Neal | 03DE |
| 218 | Carelock | Bryan | 01B |
| 219 | Carney Sr. | Eric | 99A |
| 220 | Carr | Boyd | 99A |
| 221 | Carr | Ray Anthony | 99A |
| 222 | Carrera | Gerardo | 96A |
| 223 | Carrillo | Javier | 03CA |
| 224 | Carter | Charlie | 03MO |
| 225 | Carter | Kevin | 96A |
| 226 | Carter | Matthew S. | 03CA |
| 227 | Carter | Stephen W. | 03GA |
| 228 | Carter | Terry | 96A |
| 229 | Carter Jr. | Nelson | 02A |
| 230 | Carthon | Rickey | 96B |
| 231 | Caruso | Kenneth | 03A |
| 232 | Cash | Jason | 96A |
| 233 | Casselman | Dana | 03SC |
| 234 | Cassens | Everett W. | 01A |
| 235 | Castens | Richard | 99A |
| 236 | Castleberry | Don | 02C |
| 237 | Caton | Clinton | 96B |
| 238 | Caudill | Michael | 03A |
| 239 | Cavanaugh | Craig Robert | 99B |
| 240 | Cavazos | Jesse | 03TX |
| 241 | Cervantes | Marcos | 02B |
| 242 | Chalmers | Scott | 99A |
| 243 | Chambers | Veronica | 03AL-Conf. |
| 244 | Chambers Sr | Broderick | 02C |
| 245 | Chapman | Brent | 99A |
| 246 | Chapman | David | 96B |
| 247 | Chappell | Chad | 01A |
| 248 | Charatin | Daniel | 99A |
| 249 | Chavez | William | 03CA |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 250 | Chesser | Larry D. | 03MI |
| 251 | Chirino | Humberto | 96A |
| 252 | Choate | Doug | 01A |
| 253 | Christensen | Eugene | 03CT |
| 254 | Churches | Dennis L. | 99A |
| 255 | Cingel | Timothy | 02A |
| 256 | Citrano | Chris | 03A |
| 257 | Clark | Arnie | 99A |
| 258 | Clark | Brian | 99A |
| 259 | Clark | Michael D. | 99A |
| 260 | Clark | Shon D. | 03A |
| 261 | Clark Jr. | Gerald | 02A |
| 262 | Clayton | William W. | 03NY |
| 263 | Cleaves, Sr | Jason | 02A |
| 264 | Cobble | James | 03KY |
| 265 | Cockreham | Colin | 99A |
| 266 | Coe | Steven M. | 02A |
| 267 | Colavito | Marc | 02B |
| 268 | Colby | Jeffrey | 02A |
| 269 | Colca | Keith | 02A |
| 270 | Cole | Dennis | 99A |
| 271 | Collazo | Edwin Upeano | 03VA |
| 272 | Collins | Aaron | 99A |
| 273 | Collins | Bobby | 03TX |
| 274 | Collins | French | 03IN |
| 275 | Colunga | Edward | 99B |
| 276 | Colunga | Orlando | 03NV |
| 277 | Comaty | Kevin | 99A |
| 278 | Combs | Gary | 99A |
| 279 | Comiso | Mike | 96A |
| 280 | Conigland | James W. | 96A |
| 281 | Conley | Marty D. | 03KY |
| 282 | Connelly | James | 03B |
| 283 | Conner | Michael | 02B |
| 284 | Conti | Matthew | 99A |
| 285 | Contreras | Carlos Javier | 03CA |
| 286 | Contreras | Javier | 03CA |
| 287 | Contreras | Ricardo | 02G |
| 288 | Conway | Merle | 03FL |
| 289 | Cook | David | 99A |
| 290 | Coombs | Jason M | 03FL |
| 291 | Cooper | Daniel B. III | 02A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 292 | Cooper | Erinn | 02B |
| 293 | Cooper | Leon Allen | 03MO |
| 294 | Cooper | Shirlene | 03A |
| 295 | Cope Jr. | James Andrew | 96A |
| 296 | Coppock II | Lonnie | 96B |
| 297 | Corelli | Charles | 96A |
| 298 | Cornelius | Randall M. | 03AL |
| 299 | Cornett | Michael | 01B |
| 300 | Cortes | Gustavo | 99B |
| 301 | Cortes Jr. | Juventino | 99B |
| 302 | Cortez | Sonny | 99B |
| 303 | Cothran | Matthew | 96A |
| 304 | Cothran | Robert A. | 03FL |
| 305 | Cotter | Bruce | 03MN |
| 306 | Cottini | Jeffrey Louis | 02B |
| 307 | Cottrell | Michael | 01A |
| 308 | Cottun | Jon-mikal | 02A |
| 309 | Coulon | Kevin | 99A |
| 310 | Coulson | Jeffrey M. | 99A |
| 311 | Cousins | Willie | 03MS |
| 312 | Cowles | Barbara | 02A |
| 313 | Cox | Michael | 99C |
| 314 | Coy | Aaron | 01A |
| 315 | Craig | John | 99B |
| 316 | Craig | John Maurice | 02B |
| 317 | Crandle | Tom | 96A |
| 318 | Crawford | James Ryan | 99A |
| 319 | Crawford | Nathaniel T. | 96A |
| 320 | Crawford | Wesley | 99A |
| 321 | Crews | Chad | 03NC |
| 322 | Crismond | Jeff | 01A |
| 323 | Crivello | Tony | 99B |
| 324 | Croft | Virgil Lee, III | 99B |
| 325 | Crook | Robert | 03A |
| 326 | Crosby | Germain | 96A |
| 327 | Crumley | Timothy | 96A |
| 328 | Cruz | Carlos R | 03B |
| 329 | Cruz | Rene | 03A |
| 330 | Culley | Donna J. | 99A |
| 331 | Cumley | Michael | 99A |
| 332 | Czamara | Jamie | 99A |
| 333 | D'Amato | Pasquale | 02A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 334 | Dahbu | Dahbu | 96A |
| 335 | Dahl | Shawn L. | 02A |
| 336 | Dahmke | Robert | 03I |
| 337 | Dailey | Thomas L | 99A |
| 338 | Dakos | Michael D. | 03CA |
| 339 | Dalsass | Mark | 96B |
| 340 | Damron | Dan II | 96A |
| 341 | Danelle | Dana | 03A |
| 342 | Dangerfield | Raymond L. | 96B |
| 343 | Daniel | Roger | 99A |
| 344 | Daniels | Jason | 03WA |
| 345 | Dardon | Jose | 02A |
| 346 | Davidson | Aaron Lindsay | 01B |
| 347 | Davis | Jason | 99A |
| 348 | Davis | Jeffrey C | 02B |
| 349 | Davis | Robert Samuel | 99B |
| 350 | Davis | Wayne | 02B |
| 351 | Davison | Dustin | 02A |
| 352 | Dawson | Dan | 96C |
| 353 | Dawson | Keith C. | 99B |
| 354 | Dawson | Timothy | 02B |
| 355 | Day | Jackie Nelson | 96A |
| 356 | Day | Patrick | 03CA |
| 357 | DeBano | Craig | 99B |
| 358 | DeBilzan | David | 96B |
| 359 | Deely | Daniel | 01A |
| 360 | Dees | Chris C. | 99B |
| 361 | DeFelix | Matthew J. | 02A |
| 362 | DeGroot | Robert J. | 99A |
| 363 | DeLaneo | David | 01B |
| 364 | DeLauro | Michael | 03CT |
| 365 | Delgado | Oscar R. | 03IL |
| 366 | Delort | John | 99A |
| 367 | DelSorbo | Frank | 99A |
| 368 | Dempsey | James | 96A |
| 369 | DeMulling | Douglas | 96A |
| 370 | Deneka | Michael | 99A |
| 371 | Denise | Matthew | 01A |
| 372 | Dennis | Marc | 01A |
| 373 | DeRosia | Troy L. | 02A |
| 374 | Dervin | John H | 01B |
| 375 | DeSantis | Michael E. | 03FL |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 376 | Devlin | Thomas | 03NJ |
| 377 | Diaz | Albert | 03FL |
| 378 | Diaz | Jorge | 03CA |
| 379 | Diazgranados | Humbert | 99A |
| 380 | Dickerson | Jimmy | 03TX |
| 381 | Diebler | Bryan | 99A |
| 382 | Dillard | Marcus | 99B |
| 383 | Dillon | Michael James | 99A |
| 384 | Dimac | Jasmin | 01A |
| 385 | DiPaolo | Derrick | 02A |
| 386 | DiSalvo | Carl | 99A |
| 387 | Dixon | Jean Lande | FAS-C |
| 388 | Dixon | Timothy A. | 99A |
| 389 | Dixon III | Roy | 96A |
| 390 | Dixon JR. | Billy Ray | 03AL |
| 391 | Dodson | Tommy | 99B |
| 392 | Doherty | John F., Jr. | 99A |
| 393 | Dolan | John | 96A |
| 394 | Doll | Russell | 01B |
| 395 | Dollhopf | Thomas Nile | 99A |
| 396 | Dompke | Alvin | 03WI |
| 397 | Donahue | Christopher | 03CA |
| 398 | Donegan | Michael | 96A |
| 399 | Dool | Mark E | 03CA |
| 400 | Dorris | Jermaine | 02C |
| 401 | Doss | Robert | 01B |
| 402 | Dossin | Ernest | 96A |
| 403 | Downey | George | 02A |
| 404 | Downey | James | 99A |
| 405 | Drahos | James | 99A |
| 406 | Dravland | David | 99A |
| 407 | Drenckhahn | Larry A. | 96D |
| 408 | Drendel | Lynn M. | 01A |
| 409 | Driggers | Ashley | 02B |
| 410 | Drought | Debra | 03IL |
| 411 | Drummond | Michael | 02A |
| 412 | Ducey | Kevin Edward | 02A |
| 413 | Duell | Clarence | 99A |
| 414 | Dulan | Nyjeri | 03CA |
| 415 | Dunham | Matthew H. | 96B |
| 416 | Dunlap | Travis | 99A |
| 417 | Duran | Jesse | 01B |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 418 | Durbin | Joseph Len | 99B |
| 419 | Durbin | Phillip | 96B |
| 420 | Durkin | R. Patrick | 99A |
| 421 | Dwarte | Mark Daniel | 02A |
| 422 | Dyer | John | 99A |
| 423 | Eagle | Ryan Daniel | 01A |
| 424 | Earl | Luis R. | 99A |
| 425 | Eastman III | John James | 96A |
| 426 | Eaton | Sean | 03A |
| 427 | Ecija | Allan | 03A |
| 428 | Edenfield | Samuel | 99B |
| 429 | Edney | Jeff | 03MI |
| 430 | Edwards | Anthony | 02A |
| 431 | Edwards | Douglas | 03NJ |
| 432 | Edwards | Joseph E. | 03RI |
| 433 | Edwards | Mark | 03CA |
| 434 | Eggebeen | John | 96A |
| 435 | Ehrman | Steve | 96C |
| 436 | Eldridge | Kendall | 02A |
| 437 | Elliott | William | 02A |
| 438 | Ellis | Sean | 99B |
| 439 | Ellsworth | Jeffrey | 99A |
| 440 | Emberland | Douglas Brian | 03CA |
| 441 | Emmerling | Robert | 99D |
| 442 | Enriquez | Jesus, Jr. | 99B |
| 443 | Erazo | Aliexer | 99C |
| 444 | Ernsperger | Jerry | 96B |
| 445 | Ernst | Gregory | 96A |
| 446 | Escovar | Jason | 99B |
| 447 | Esparaza | Pablo | 96B |
| 448 | Esparza | Edgar | 01A |
| 449 | Esparza | Paul | 03CA |
| 450 | Esparza, Jr | Sam | 03CA |
| 451 | Estrada | Richard | 03CA |
| 452 | Estrada | Robert | 03CA |
| 453 | Etzler | Michael | 01A |
| 454 | Evans | Edward | 99A |
| 455 | Evans | Randall | 96A |
| 456 | Evans | Terry C. | 03MS |
| 457 | Fabrizio | Samuel | 99A |
| 458 | Fadeff (Scruggs) | Jodi | 02B |
| 459 | Fairley | Reginald D. | 03PA |

| No. | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 460 | Fancher | Thomas | 99A |
| 461 | Farris | Greg | 01A |
| 462 | Farthing | Kenneth | 99A |
| 463 | Fast | Randolph | 03WI |
| 464 | Faul | Karl | 96A |
| 465 | Faul | Shane | 99A |
| 466 | Favret | J. Michael | 99A |
| 467 | Feagin | Mark Anthony | 03KS |
| 468 | Feehan | Scott | 96A |
| 469 | Feeney | Patrick | 03MI |
| 470 | Fenstemacher | Rick | 03CA |
| 471 | Ferguson | Ken | 99B |
| 472 | Ferreira | Carlton Manuel | 02A |
| 473 | Ferrell | Rick | 99A |
| 474 | Ferrer | Hector | 99B |
| 475 | Fielding | Scott | 02A |
| 476 | Fields | Rickey | 03MI |
| 477 | Fillingame | Alan | 99B |
| 478 | Finch | James | 99A |
| 479 | Fincham | Jon Curtis | 99A |
| 480 | Finnie | William D. (Bill) | 96B |
| 481 | Firer | Ruslan | 99A |
| 482 | Fisher | Alfred | 03NJ |
| 483 | Fisher | Nicholas | 01A |
| 484 | Flagg | James | 96B |
| 485 | Flanagan | Robert | 99A |
| 486 | Fleek | James | 01A |
| 487 | Flintom | Frank | 99A |
| 488 | Flores | Eduardo | 02B |
| 489 | Flores | Roger | 99B |
| 490 | Floyd | Ricky | 99A |
| 491 | Fogg Jr. | Norman | 02A |
| 492 | Follen | James | 03MI |
| 493 | Folz | Jason | 99C |
| 494 | Fonseca | Ricardo | 03CA |
| 495 | Forbes | Wanda | 02A |
| 496 | Ford | John E. | 02A |
| 497 | Ford | Robert C | 96B |
| 498 | Foreman | Michael E. | 03A |
| 499 | Fortune | Scott | 99A |
| 500 | Foster | H. Berk | 01A |
| 501 | Fourman | Julia | 03SC |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 502 | Fournier | Steven | 99A |
| 503 | Fragassi | Shawn | 03IL |
| 504 | Fraginals | Mauricio | 96A |
| 505 | France-Kelly | Timothy | 96B |
| 506 | Franklin | Henry | 99B |
| 507 | Franks | Glenn Mark | 99A |
| 508 | Franks | Jerome | 96A |
| 509 | Frashier | Dylan M. | 02A |
| 510 | Frazer | Joshua | 02A |
| 511 | Frazier | Joseph | 99A |
| 512 | Freeman | Nathan | 03B |
| 513 | Freier | Bruce | 99A |
| 514 | French | Derek | 96A |
| 515 | French | James David | 01B |
| 516 | French | Ronald | 99A |
| 517 | Fridley | Michael | 99B |
| 518 | Frierson | David M. | 03FL |
| 519 | Frierson | Jeremaine | 03TX |
| 520 | Fries | Rick | 01A |
| 521 | Frink | David | 99A |
| 522 | Fuentes | Michael Anthony | 03CA |
| 523 | Fuerst | Craig | 03A |
| 524 | Fulce Jr. | Raymond | 01B |
| 525 | Fuqua | William (Rob) | 02A |
| 526 | Gable | Jaymes | 96A |
| 527 | Gaeta Jr. | Steve | 02B |
| 528 | Gage | Mark | 99A |
| 529 | Gagne | William | 02A |
| 530 | Gaines | Ronnie | 99A |
| 531 | Galicia | Tomas | 99B |
| 532 | Galik | Grant | 01A |
| 533 | Gallo | Russ | 03CT |
| 534 | Gallop | Chris | 03CA |
| 535 | Galloway | Phillip R., Jr. | 96A |
| 536 | Gambill | Kevin W. | 99A |
| 537 | Gamez | Ruben | 99B |
| 538 | Garcia | Anthony | 99B |
| 539 | Garcia | Edmundo | 99B |
| 540 | Garcia | Edward P | FAS-B |
| 541 | Garcia | Jerry | 03CA |
| 542 | Garcia | Lossan | 03TX - Plant |
| 543 | Garcia | Tracy Ramos | 02B |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 544 | Garcia Jr. | Adan | 03TX |
| 545 | Gardner | Brian | 99A |
| 546 | Gardner | Paul J. II | 03GA |
| 547 | Gardner Jr. | Ronald | 01A |
| 548 | Garity | Thomas David | 01A |
| 549 | Garland | Kelby | 03A |
| 550 | Garrett | Ricky | 03A |
| 551 | Garrett | Shawn | 02A |
| 552 | Garrett-Webb | Melinda | 99A |
| 553 | Garrison | Lamont | 96B |
| 554 | Gartin | Chad | 03A |
| 555 | Gaskins | Stephen | 01A |
| 556 | Gastelum | Jesse | 03CA |
| 557 | Gates | Sammy | 99B |
| 558 | Gaul | Michael | 03MS |
| 559 | Gay | Michael Keith | 03AL |
| 560 | Gedinsky | Kevin | 96A |
| 561 | Geer | Robert L. | 99A |
| 562 | Geile | John | 99A |
| 563 | Gemmati | Michael | 03FL |
| 564 | Gemmati | Phillip J. | 03FL |
| 565 | Genther | Brandon | 99A |
| 566 | Gentry | David Lewis | 96A |
| 567 | Gentry | Joshua | 01B |
| 568 | Gentry | Lee Edward | 03CA |
| 569 | Gentry | Wyman | 99B |
| 570 | Giammusso | Carrie | 99B |
| 571 | Gibson | Tyler John | 02A |
| 572 | Gienapp | Dalero | 03CA |
| 573 | Gill | John | 01A |
| 574 | Gilliland | Brent | 96A |
| 575 | Gilmore | James | 99A |
| 576 | Gilmore | Josh | 01A |
| 577 | Gitmed | Kurt | 99B |
| 578 | Godoy | Karlo | 03CA |
| 579 | Goemaat | Anthony | 03B |
| 580 | Goines | Pamela | 03A |
| 581 | Golden | Daniel | 99B |
| 582 | Gomez | Jeffrey | 02B |
| 583 | Gomez | Vincent | 99A |
| 584 | Gonce | Raul Jose | 99A |
| 585 | Gonzales | Albert | 99B |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 586 | Gonzales | Charles R. | 01B |
| 587 | Gonzales | Jesus P. | 99B |
| 588 | Gonzalez | Yovani | 02B |
| 589 | Gordon | Todd | 99A |
| 590 | Goslau | Richard | 02A |
| 591 | Goveia | Eric S. | 99A |
| 592 | Graham | Luke D. | 02A |
| 593 | Grant | Bryan | 99A |
| 594 | Gray | Charles Leroy | 02A |
| 595 | Gray | Glenn E. | 03NC |
| 596 | Green | Wayne | 03AL |
| 597 | Greene | Jeff | 02A |
| 598 | Greene III | Tilmon C. | 96B |
| 599 | Greer | James R. | 99A |
| 600 | Greer | Russell | 03B |
| 601 | Gregor | Scott Patrick | 03TX |
| 602 | Gregory | Jonathan A. | 99B |
| 603 | Griffin | Donald Allen | 99A |
| 604 | Griffin | Michael | 03IN |
| 605 | Grigsby, Jr. | Vernon | 03CO |
| 606 | Grim | Matt | 99B |
| 607 | Griner | Joseph Lee | 02A |
| 608 | Gritsipis | Antonios | 99A |
| 609 | Groves | Jeffrey | 01A |
| 610 | Grucza | Troy D. | 99A |
| 611 | Guardado | Johnny | 03B |
| 612 | Gubala | Thomas | 02A |
| 613 | Gugino | David George | 99A |
| 614 | Gullett | Rickey L. | 03TX |
| 615 | Gunckle | Richard E. | 96A |
| 616 | Gurnee | Kimberly | 03WA |
| 617 | Guys Jr. | Ralph | 99A |
| 618 | Hagan | Bradley | 99B |
| 619 | Hager II | Thomas | 99A |
| 620 | Hale | Russell | 99A |
| 621 | Hall | Eric | 02A |
| 622 | Hall | Robert | 02F |
| 623 | Haloski | David M. | 96A |
| 624 | Hamby | Anthony Dean | 01A |
| 625 | Hamilton | David | 99A |
| 626 | Hamilton | Jason C. | 01B |
| 627 | Hammer | Bruce | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 628 | Hammerberg | Tammy | 99A |
| 629 | Hammons | Cody A. | 03AL |
| 630 | Hanson | Dan | 02A |
| 631 | Hanson | Sarah | 03A |
| 632 | Hanson | Sheree | 03A |
| 633 | Hanthorn | Brian Scott | 99A |
| 634 | Hardin | Mark Lee | 99B |
| 635 | Harper | Kevin | 99A |
| 636 | Harper | Steven | 01A |
| 637 | Harris | Cheryl | 99A |
| 638 | Harris | Dwight | 96C |
| 639 | Harris | John MIchael | 03MS |
| 640 | Harris | Kim | 03B |
| 641 | Harris Jr. | Raymond Mac | 99A |
| 642 | Harrison | DeCarlo | 03A |
| 643 | Hart | Laurence | 96A |
| 644 | Hart | Mike | 96A |
| 645 | Hart | Scott | 03FL |
| 646 | Hartmire | Gordon | 03B |
| 647 | Hartwell | Joshua | 03MO |
| 648 | Hassan | Ghassan | 02A |
| 649 | Hauk | Walter | 03FL |
| 650 | Hawkins | Randal Kevin | 96A |
| 651 | Hawkins | Ryan | 03A |
| 652 | Hawthorne | DeLondon | 03IL |
| 653 | Hayes | Clyde | 03KY |
| 654 | Hayes | Jeremiah | 99B |
| 655 | Haynes | John A. | 96A |
| 656 | Hays | Alan | 99A |
| 657 | Heaney | Joseph | 03A |
| 658 | Heath | Caderis | 03NC |
| 659 | Hedgpeth | Kelly Chad | 99A |
| 660 | Hehr II | William W. | 03KY |
| 661 | Hein | Brandon K. | 02A |
| 662 | Heinrich | Eric | 03AL |
| 663 | Helbert | Matthew C. | 99A |
| 664 | Hellen | Richard | 99B |
| 665 | Helton | Daniel | 96B |
| 666 | Henderson | Stephen | 96A |
| 667 | Henderson | Stephen L. | 99B |
| 668 | Henderson | Toni | 99A |
| 669 | Hendry | Kami | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|-----------|-------------------|
| 670 | Hennigan | Jordan | 03TX |
| 671 | Hennon | Charles | 01A |
| 672 | Hermes | Darren M | 03PA |
| 673 | Hermiller | Chad | 03OH |
| 674 | Hernandez | Jorge | 99B |
| 675 | Hernandez | Victor Hugo | 03CA |
| 676 | Herndon, Jr. | James Grady | 96A |
| 677 | Herr | David | 01A |
| 678 | Herrera | Efrain | 99B |
| 679 | Herrington | Harvey | 96A |
| 680 | Herron | James | 99A |
| 681 | Herzog | Greg | 96B |
| 682 | Hess | Brian Keith | 03IN |
| 683 | Hewett | Robert | 01B |
| 684 | Hewitt | Joshua | 96A |
| 685 | Hickey | Charles Terry | 99A |
| 686 | Hildreth | Barrett | 99A |
| 687 | Hill | Brad Duane | 96A |
| 688 | Hill | Daniel | 03MN |
| 689 | Hill | Dustin L. | 01B |
| 690 | Hill Jr. | Steven | 01B |
| 691 | Hilliard | Michael | 01C |
| 692 | Hilyer | Donald Keith | 03FL |
| 693 | Hines | Bruce | 02A |
| 694 | Hipp | Randall S. | 96A |
| 695 | Hoaglund | Edward | 99A |
| 696 | Hoefle | H. David | 99A |
| 697 | Hoekman | Peiter | 03CO |
| 698 | Hoffman | Dana | 03B |
| 699 | Hoffman | Terry G | 99A |
| 700 | Hoffmann | Glenn | 99A |
| 701 | Hohenstein | Rodney | 01A |
| 702 | Holbrook | Ryan Scott | 02A |
| 703 | Holcombe | Lavatus | 99A |
| 704 | Holland | Daryl | 02A |
| 705 | Holland | Jason | 02A |
| 706 | Holloman | Carvell | 03TX |
| 707 | Holloway | Dayton | 99A |
| 708 | Holmes | Willie | 99A |
| 709 | Hood | Daniel | 02A |
| 710 | Horn | Ben | 99A |
| 711 | Horn | John | 01A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 712 | Horne | Timothy | 01A |
| 713 | Horton | Thomas | 99A |
| 714 | Hosack | Richard | 03NV |
| 715 | Hoskins III | Joseph Wiley | 96B |
| 716 | Hotchkiss | Benjamin | 96A |
| 717 | Houha | Leonard | 99A |
| 718 | Householder | Chad | 02A |
| 719 | Howe | Ronald | 99A |
| 720 | Howe | Scott | 99A |
| 721 | Howe | Steven | 99A |
| 722 | Howell | Sidney | 03NC |
| 723 | Howell | Tracy | 96A |
| 724 | Hubbard | Tim | 96B |
| 725 | Huber | Peter James | 96A |
| 726 | Hughes | John M. | 03A |
| 727 | Hughes | Stephen | 01A |
| 728 | Hughes | Stephen Richard | 96B |
| 729 | Hulet | James | 00A |
| 730 | Hulse | Gregory D. | 99A |
| 731 | Humbles | Derrick | 02A |
| 732 | Humphrey | Alex | 99A |
| 733 | Hurst | Craig | 02A |
| 734 | Hurtado | Alex | 99B |
| 735 | Hurtado | Alvaro | 03CA |
| 736 | Hurtado | Daniel | 99A |
| 737 | Hussmann | Reuben John | 99C |
| 738 | Hutson | Nick | 96A |
| 739 | Indorf | Neal | 99B |
| 740 | Infante | Angel | 02B |
| 741 | Ingram | Brandon | 01B |
| 742 | Ingram | Rodney | 99A |
| 743 | Isaacs | William Keith | 99A |
| 744 | Jackson | Colby L. | 03OR |
| 745 | Jackson | James | 01A |
| 746 | Jackson | Marvin | 99A |
| 747 | Jackson | Michael David | 02A |
| 748 | Jackson | Rex O. | 96F |
| 749 | Jackson | Sergeo | 03NJ |
| 750 | Jacquez | Abel | 96B |
| 751 | James | Beau | 02B |
| 752 | James | Jack | 96A |
| 753 | James | Patricia | 99A |

| No. | Last Name | First Name | Agreement Version |
|------|------------|-------------|------------------|
| 754 | Jamieson | Ronald | 03CA |
| 755 | Jamison | Matthew Leonard | 02A |
| 756 | Jansen | John | 01A |
| 757 | Jaseckas | Kenneth | 03MO |
| 758 | Jaslove | Jeremy | 03CA |
| 759 | Jedrysek | Erik Stephen | 96A |
| 760 | Jefferson | David K. | 02A |
| 761 | Jenks | Todd | 01A |
| 762 | Jennings | Timothy W. | 02A |
| 763 | Jewell | Marcus Angel | 99A |
| 764 | Jimenez | Ricardo | 02C |
| 765 | Jinings | Nick | 99A |
| 766 | Johanson | Sean M. | 96A |
| 767 | JohnLouis | Albert | 02B |
| 768 | Johnson | Courtney | 03A |
| 769 | Johnson | Darrin | 99A |
| 770 | Johnson | Deon | 96B |
| 771 | Johnson | Eric | 99A |
| 772 | Johnson | Jadarthia | 03TX |
| 773 | Johnson | James | 99A |
| 774 | Johnson | Jeff C. | 03NC |
| 775 | Johnson | John D. | 99A |
| 776 | Johnson | Kwan | 99A |
| 777 | Johnson | Lamont | 03AL |
| 778 | Johnson | Mark H | 03NC |
| 779 | Johnson | Martin F. | 03GA |
| 780 | Johnson | Orlando | 96A |
| 781 | Johnson | Stephanie | FAS-B |
| 782 | Johnson | Thomas S. | 02A |
| 783 | Johnson | Todd | 99A |
| 784 | Joiner | Robert | 99A |
| 785 | Jones | Brian | 99A |
| 786 | Jones | Clifford | 96C |
| 787 | Jones | Craig | 96A |
| 788 | Jones | David Darryl | 96A |
| 789 | Jones | Gerald N. | 03A |
| 790 | Jones | Greg | 02A |
| 791 | Jones | John Corey | 99A |
| 792 | Jones | Joshua | 99A |
| 793 | Jones | LaShawn | 99A |
| 794 | Jones | Paul | 99A |
| 795 | Jones | Paul R. | 03FL |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 796 | Jones | Shane M. | 01A |
| 797 | Jones | Thomas Roy | 01A |
| 798 | Jones I | Michael | 99A |
| 799 | Jordan | Albert | 99A |
| 800 | Judd | Randy | 96A |
| 801 | Kadilak | Ken | 99A |
| 802 | Kaeg | Silverio Ted | 03CA |
| 803 | Kandal | Donald | 96A |
| 804 | Karr | Brian | 96C |
| 805 | Kassen | Dale Allen | 01A |
| 806 | Kauscha | John | 03CA |
| 807 | Kelleher | Eugene | 99A |
| 808 | Kelley | Timothy James | 99A |
| 809 | Kelly | William | 02A |
| 810 | Kennedy | Glen | 99A |
| 811 | Kerlavage, Jr. | Joseph R. | 03KY |
| 812 | Kern | Jason | 99A |
| 813 | Kilby | Kevin | 01A |
| 814 | Kimball | Walter | 03B |
| 815 | Kincaid | Don | 01A |
| 816 | Kincaid | Eric R. | 99A |
| 817 | King | Thelenious James | 03TX |
| 818 | King | Willie A. | 01A |
| 819 | King III | Richie | 03CA |
| 820 | Kingsley | Hugh J | 01A |
| 821 | Kinkead | Michael | 96A |
| 822 | Kinser | Jason | 99B |
| 823 | Kintler | Joseph | 99A |
| 824 | Kinto | Thomas | 02B |
| 825 | Kirby | Jason | 01B |
| 826 | Kirksey | Joel L. | 99A |
| 827 | Kirwan | Thomas | 96A |
| 828 | Klement | Robert | 99A |
| 829 | Klimm | Robert W. | 03NY |
| 830 | Kloes | William | 03WA |
| 831 | Knapp | Jason | 99A |
| 832 | Kohl | David | 96B |
| 833 | Kolby | Randall | 99B |
| 834 | Koltys | Jason | 02A |
| 835 | Konieczny | Edward | 99A |
| 836 | Kormelink | Bret MIchael | 99A |
| 837 | Koste | Brian | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 838 | Koste | Jason Lyle | 01A |
| 839 | Kostiuk | Adrian | 99A |
| 840 | Kougl | Alan F. | 03TX |
| 841 | Kozelisky | Zachary I. | 01A |
| 842 | Kraft | David | 03FL |
| 843 | Krause | Christopher | 02A |
| 844 | Kremer | Fred | 03KY |
| 845 | Kreutz | Patrick | 99A |
| 846 | Kropp | James J. | 02C |
| 847 | Krueger | Joshua | 99A |
| 848 | Kulessa | Gordon Scott | 99A |
| 849 | Kull | Christopher | 99A |
| 850 | Kunda | Matthew | 99B |
| 851 | Kunz | John | 99A |
| 852 | Kyser, Jr. | Hiram | 99A |
| 853 | Labastille | Sergio | 01A |
| 854 | Labrecque | Ronald | 03RI |
| 855 | Lackey | Christopher Alan | 99A |
| 856 | Ladd | Carl Louis, Jr. | 99A |
| 857 | Lafond | David | 99A |
| 858 | LaGreca | David | 02A |
| 859 | Lahey | Kevin M. | 96A |
| 860 | Laissle | Sean M. | 03TX |
| 861 | Lambert | Jeffrey | 96C |
| 862 | Lancaster | Kurt | 99A |
| 863 | Lanci | Edward | 99A |
| 864 | Landry | Anton (Tony) | 99B |
| 865 | Landry Jr. | Steve | 02F |
| 866 | Langdon | James Craig | 99B |
| 867 | Lange | John C. | 99A |
| 868 | Lanigan | Brian David | 99A |
| 869 | Lanning | Brian | 03CA |
| 870 | Lantrip | Shannan | 99A |
| 871 | Lapp | Mario T. | 02B |
| 872 | LaPrell | Bill | 03MI |
| 873 | Larque | Renee | 02A |
| 874 | Lassiter | Greg | 03GA |
| 875 | Laster | Michael | 99B |
| 876 | Laurain | Eric | 03MI |
| 877 | Lawrence | Sean Warren | 96A |
| 878 | Lawson | Brady | 99A |
| 879 | Leal | Elba Guadalupe | 96E |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 880 | Leben | Erik | 99A |
| 881 | Ledbetter Sr. | Thomas Jap | 02A |
| 882 | Ledsworth | Donald | 99A |
| 883 | Lee | Gregory M. | 02B |
| 884 | Lee | Kevin | 99B |
| 885 | Leeder | Christopher | 03MI |
| 886 | Leinberger | Robert Lee | 99A |
| 887 | Leite | Dennis M | 03CA |
| 888 | Lemanski | Frank | 96A |
| 889 | Lewis | James K | 02B |
| 890 | Lewis | Kelvin T | 01B |
| 891 | Lewis | Roger | 96F |
| 892 | Lewis | Ronald Dee | 99A |
| 893 | Lewis | Russell | 03TX |
| 894 | Lewman | Lori | 03MD |
| 895 | Lickliter | Charles (Andy) | 03GA |
| 896 | Liktor | William | 99A |
| 897 | Liles | Ron | 99B |
| 898 | Link | Timothy | 99B |
| 899 | Linn | Michael | 03MN |
| 900 | Lippold | Geoffry | 96A |
| 901 | Lishman | John | 01A |
| 902 | Lisiakowski | Jody | 99A |
| 903 | Litteral | Darrell R., Jr. | 01A |
| 904 | Litvack | Adam | 03A |
| 905 | Livernois | Michelle | 02A |
| 906 | Lizarraga | Enrique | 99B |
| 907 | Lodewyck | David | 99A |
| 908 | Lombardo | Jason | 03OH |
| 909 | Long | Ernest | 99A |
| 910 | Long | Philip | 96A |
| 911 | Long Jr. | Thomas | 96A |
| 912 | Longoria | Robert James | 99A |
| 913 | Longstaff | Gregory | 03MO |
| 914 | Looney Jr. | Ron | 03FL |
| 915 | Lopez | Adan | 99B |
| 916 | Lopez | David | 99B |
| 917 | Lopez | Gilbert | 03CA |
| 918 | Lopez | Juan Sanchez | 03CA |
| 919 | Lopez | Roberto | 99A |
| 920 | Lounsbury | Rodger | 01A |
| 921 | Lovatt | Bob | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 922 | Love | Sean P. | 02A |
| 923 | Lovett | Shannon | 02B |
| 924 | Lovins | Todd Alan | 99A |
| 925 | Lowell | Joseph | 02A |
| 926 | Lubrano | Anthony | 01A |
| 927 | Ludwig | Jeffrey | 96A |
| 928 | Lujan | David | 96B |
| 929 | Luna | Gilbert | 03CA |
| 930 | Lupo | Thomas | 01A |
| 931 | Lutz | James Patrick | 01A |
| 932 | Mackelburg | Kevin | 03B |
| 933 | MacLagan | Jeffrey Todd | 99A |
| 934 | MacMillan | Joseph | 02A |
| 935 | MacPetrie | Bonnie | 03A |
| 936 | Maddox | Jeffrey Heath | 01B |
| 937 | Madison (Newberry) | Brandi | 02C |
| 938 | Madrid | Isaac Casper | 99B |
| 939 | Magee | Charles Eric | 99A |
| 940 | Magee | Robert Glenn | 03AL |
| 941 | Maglosky | Ken | 03OH |
| 942 | Mahnken | Leon | 99B |
| 943 | Maldari | Joseph | 99A |
| 944 | Maldonado, Jr. | Donald J. | 02A |
| 945 | Manfre | Peter | 01A |
| 946 | Mangus | Ryan Edward | 99A |
| 947 | Manion | John | 99A |
| 948 | Manzano | Larry | 99B |
| 949 | Marcoux | Joseph | 96A |
| 950 | Marino | Joseph | 99A |
| 951 | Marks | Marcus | 99B |
| 952 | Marrufo | Gilbert | 02C |
| 953 | Martel | Chad J | 03TX |
| 954 | Martensen | Martin | 02A |
| 955 | Martin | Frederick LAmont | 03IN |
| 956 | Martin | Jeffrey S. | 03KY |
| 957 | Martin | Joe K. | 03NC |
| 958 | Martin Jr. | Richard Earl | 99A |
| 959 | Martinez | Jose | 99A |
| 960 | Martinez | Miguel | 99A |
| 961 | Mason | Christopher R. | 03CA |
| 962 | Mason | Joseph | 02A |
| 963 | Masoner | Jeffrey | 99B |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 964 | Mastin | Scott R. | 96C |
| 965 | Mathis | Antonio D. | 99A |
| 966 | Matthews | Duane | 99A |
| 967 | Matthews | Traco | 02A |
| 968 | Mauro | Michael | 99A |
| 969 | Maye | Charles | 99B |
| 970 | Mayweather | Victor | 03IL |
| 971 | McAfee | Noritaka Kevin | 01B |
| 972 | McAlister | Michael | 99B |
| 973 | McArdle | Thomas J. | 99B |
| 974 | McAshan | Craig E., Sr. | 99B |
| 975 | McBeth | Mike | 03UT |
| 976 | McCabe | Steven | 03NC |
| 977 | McCarney | Randy | 03ID |
| 978 | McCarthy | Carl | 96A |
| 979 | McClellan | Rogers | 03MS |
| 980 | McClendon | Stephen | 03TX |
| 981 | McCoin | Aaron R. | 99A |
| 982 | McComiskie | Sean | 01A |
| 983 | McCraw | Michael Anthony | 99A |
| 984 | McCune | Dave | 99A |
| 985 | McDaniel | David L | 96A |
| 986 | McDermott | Eric | 99A |
| 987 | McDermott | Kenneth | 96A |
| 988 | McEldowney | Wendell | 02A |
| 989 | McFadden | Eric | 96A |
| 990 | McFall | Jeffrey Wayne, Jr. | 99A |
| 991 | McGee Jr. | Richard | 01B |
| 992 | McGhee | Todd | 02H |
| 993 | McGinley | Eileen M. | FAS-A |
| 994 | McGuire | Tim | 02C |
| 995 | McKee | Bradley J. | 99B |
| 996 | McKee | Brian | 99A |
| 997 | McKinney | Duane | 99B |
| 998 | McKinney | Maurice | 99A |
| 999 | McKinney | Raymond Dale | 99A |
| 1000 | McLaughlin | Robert | 99B |
| 1001 | McMahon | Christopher | 03CA |
| 1002 | McNamara Sr. | Michael Lee | 99B |
| 1003 | McNeela | Tim | 96A |
| 1004 | McNemar | Sean P | 03CA |
| 1005 | McNiven | Steven | 01A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1006 | McQuigg | Anson | 99A |
| 1007 | McRoy | David Linton | 02A |
| 1008 | Medeiros | Michael | 03RI |
| 1009 | Medeiros IV | Joseph Camara | 03A |
| 1010 | Medina | Cesar | 99B |
| 1011 | Meeker | William A | 02B |
| 1012 | Mejia | Robert | 01A |
| 1013 | Mekionis | Leonardas | 03A |
| 1014 | Melendez | Edwin | 99A |
| 1015 | Melendez | Rudy | 03CA |
| 1016 | Memmott | Derek Johnson | 99A |
| 1017 | Mendoza | Adrian | 99B |
| 1018 | Mendoza | Carlos T. | 03H |
| 1019 | Mercado | Jonathan | 03NJ |
| 1020 | Mercado | Maria J. | 03CA |
| 1021 | Merchant | David | 96A |
| 1022 | Messick | Scott Jay | 02B |
| 1023 | Metheny II | Edward | 99A |
| 1024 | Meyer | David G | 03CA |
| 1025 | Meyer | John | 02A |
| 1026 | Meyers | Richard | 01A |
| 1027 | Migdol | Fred | 03NJ |
| 1028 | Miguel | Alexander | 99B |
| 1029 | Miller | Jeffery | 99A |
| 1030 | Miller | Lance A | 02A |
| 1031 | Miller | Randy | 99A |
| 1032 | Miller | Sherry(Harvey) | 03GA |
| 1033 | Miller | Troy A. | 01A |
| 1034 | Miller Jr. | Edward | 99A |
| 1035 | Milloy | Cameron Elias | 01B |
| 1036 | Mills | Vilera | 02A |
| 1037 | Miner | Stephen E | 03NY |
| 1038 | Minor | Jack Mclean | 99A |
| 1039 | Miranda Jr. | Alberto | 02G |
| 1040 | Misback | Mark | 03KY |
| 1041 | Mitchell | David Andrew | 99A |
| 1042 | Mitchell | Lawrence F | 03VA |
| 1043 | Mitchell | Walter | 03A |
| 1044 | Moch | Jeffrey | 99A |
| 1045 | Molero | Jorge | 99B |
| 1046 | Monroe | Kirk Lee | 02A |
| 1047 | Montanez | Christino S., Jr. | 01A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1048 | Monteith | Kevin Neil | 99A |
| 1049 | Montez | Eddie | 99B |
| 1050 | Montez | Tony | 99B |
| 1051 | Montgomery | Brian Edward | 99A |
| 1052 | Monzon | Jose R. | 03GA |
| 1053 | Moon | Jerry | 99A |
| 1054 | Moore | Brian | 02A |
| 1055 | Moore | Gary Brandon | 99C |
| 1056 | Moore | Mark | 99B |
| 1057 | Moore | Robert | 96A |
| 1058 | Moore II | Ronald Calvin | 03CA |
| 1059 | Moots | William Brian | 02A |
| 1060 | Moran | Kaile | 99A |
| 1061 | Moravitz | Ryan | 99A |
| 1062 | Morazan | Rodolfo | 02A |
| 1063 | Morell, Jr. | Carl T. | 03NC |
| 1064 | Moreno | Michael | 02G |
| 1065 | Moreno | Ramon | 99A |
| 1066 | Moreno | Rogelio (Roger) | 99B |
| 1067 | Morford | Edward (Al) | 99B |
| 1068 | Morgan | Dwayne | 02B |
| 1069 | Morgan | James | 03CA |
| 1070 | Moriarty | Patrick | 03MI |
| 1071 | Morris | Allen Louis | 99B |
| 1072 | Morris | Craig E | 03MI |
| 1073 | Morris | Dale | 96A |
| 1074 | Morrison | Lori Ann | 03A |
| 1075 | Moser | Michael Shane | 96A |
| 1076 | Moss | Darrell | 02A |
| 1077 | Moss | Lawrence | 96A |
| 1078 | Moss | Randall | 99C |
| 1079 | Moultrie | Pierre | 03CA-Conf. |
| 1080 | Mowry | Greg | 03B |
| 1081 | Moye Jr. | Ben | 03SC |
| 1082 | Mueller | Bryan Michael | 01A |
| 1083 | Muellner | Lee | 03MN |
| 1084 | Mullins | Michael | 99A |
| 1085 | Mullins | Tony F. | 03VA |
| 1086 | Munday | Stacie L. | 02A |
| 1087 | Muniz | Eloy Pedro | 03FL |
| 1088 | Munoz III | Juan | 03TX |
| 1089 | Murphy | Joe | 01A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1090 | Murphy | Michael | 96A |
| 1091 | Murphy II | Joseph | 96A |
| 1092 | Musselwhite | James | 03IL |
| 1093 | Myers | David | 03TX |
| 1094 | Napoli | Ross | 02A |
| 1095 | Narbone | James | 99A |
| 1096 | Narvaez | Eric | 99B |
| 1097 | Navarijo | Clint | 03TX |
| 1098 | Navarro | Stephen | 03CA |
| 1099 | Neboyskey | Christopher | 99A |
| 1100 | Negrete | Enrico | 99B |
| 1101 | Nelson | Mark N. | 03NJ |
| 1102 | Newcomb | Christopher | 99B |
| 1103 | Newton | Armon J. | 99B |
| 1104 | Nichols | Rusty N. | 03CA |
| 1105 | Nichols | Tracy | 03KY |
| 1106 | Nichols | Victor | 03KY |
| 1107 | Nichols (Burns) | Jennifer | 99B |
| 1108 | Nicholson III | Joseph | 99A |
| 1109 | Nicolai | Lowell R. | 96A |
| 1110 | Nieves Jr. | Julio | 99A |
| 1111 | Nordstrom | Kevin | 01A |
| 1112 | Norris | Leonard N | 02A |
| 1113 | Novak | Michael J. | 02A |
| 1114 | Nowlin | George | 99A |
| 1115 | Nucci | Lisa | 99A |
| 1116 | Nunez | Danny | 03CA |
| 1117 | Nunez | Javier | 96B |
| 1118 | Nuon | Sophanarith | 99B |
| 1119 | Nutall | Leman | 96A |
| 1120 | O'Nan | Kelly Leo | 99A |
| 1121 | O'Neill | Brian | 99A |
| 1122 | Oblinger | Chris | 03NC |
| 1123 | Oertel | Joseph MIchael | 99A |
| 1124 | Offenberger | Greg S. | 99A |
| 1125 | Ogden | Andrew | 01A |
| 1126 | Ohler | Chris | 99A |
| 1127 | O'Keefe | Michael B. | 02A |
| 1128 | Okolovitch | Richard | 03NJ |
| 1129 | Oliver | Richard | 03VA |
| 1130 | Olson | Christopher Todd | 01A |
| 1131 | Olson | Jamie | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1132 | Orgeck | Daniel | 99A |
| 1133 | Orosco | Salvador | 03CA |
| 1134 | Ortega | Chris | 02C |
| 1135 | Ortega | Richard D. | 03CA |
| 1136 | Oscypala | Andrew | 01A |
| 1137 | Osman | Jack | 99A |
| 1138 | Ospina | Fabian | 01A |
| 1139 | Otis | Daniel | 99A |
| 1140 | Overton | Neil | 99A |
| 1141 | Owen | Steven | 99B |
| 1142 | Owens | Edward | 99A |
| 1143 | Pacyna | Glen | 99A |
| 1144 | Padgett | Jason | 99A |
| 1145 | Padron | Raymond | 99A |
| 1146 | Pagan | Michael Angel | 99A |
| 1147 | Pagani | John | 99A |
| 1148 | Palma | Harry | 02A |
| 1149 | Panebianco | Richard | 99A |
| 1150 | Paradis | Barry | 99B |
| 1151 | Parker | Scott | 99A |
| 1152 | Parker Jr. | Eddie Lee | 99B |
| 1153 | Parkins | Felipe | 03CA |
| 1154 | Parks | Daniel Lee II | 02B |
| 1155 | Parra | Raymond | 96B |
| 1156 | Parrish | Harry | 03NY |
| 1157 | Parson III | Barney | 03AL |
| 1158 | Parsons | Jeffrey D. | 03FL |
| 1159 | Partain | Phillip | 99A |
| 1160 | Parus | Blasé | 99A |
| 1161 | Pascual | Todd | 99A |
| 1162 | Paske | Brad L. | 99A |
| 1163 | Pate | Xzavier | 99B |
| 1164 | Patterson | Casey | 96B |
| 1165 | Patterson | Larry | 02B |
| 1166 | Patton | Darrin | 99A |
| 1167 | Pavia | Brian M. | 99A |
| 1168 | Payne | Vennie | 99C |
| 1169 | Pearson | Melvin | 96A |
| 1170 | Pedigo | Brent | 96B |
| 1171 | Peek | Michael W. | 99A |
| 1172 | Pellerito | Michael J. | 03MO |
| 1173 | Pelley | Jonathan | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1174 | Pena Jr. | Daniel | 02B |
| 1175 | Penn | Charles | 02A |
| 1176 | Perdomo | Jose Anibal | 03CA |
| 1177 | Perez | Carlos E. | 03CA |
| 1178 | Perez | Fernando | 03CA |
| 1179 | Perez | Rick | 03CA |
| 1180 | Perreira | Hector Joseph | 02B |
| 1181 | Perry | Alfred | 99B |
| 1182 | Perry | Timothy | 03A |
| 1183 | Perry | Xavier | 96B |
| 1184 | Perzak | Theodore | 99A |
| 1185 | Petty | Keith | 02B |
| 1186 | Petty | Robert | 02C |
| 1187 | Phillips | Jeffrey | 01A |
| 1188 | Pianelli | Anthony | 03FL |
| 1189 | Pick Jr. | Theodore | 99A |
| 1190 | Pickett | John C. | 99A |
| 1191 | Pieper | Terry | 99A |
| 1192 | Pilling | David | 03B |
| 1193 | Pinkston | Brad | 99A |
| 1194 | Pirkey | Donald M. | 96A |
| 1195 | Plotino | Vincent | 99A |
| 1196 | Plummer | Gary | 02B |
| 1197 | Plush II | Donald Ray | 99A |
| 1198 | Podsiadlo | Andrew | 96C |
| 1199 | Poke | Jeffrey T. | 99B |
| 1200 | Polk | Gerald | 99B |
| 1201 | Polo Jr. | Omar | 03CA |
| 1202 | Pomales | Juan | 99A |
| 1203 | Popp | Richard | 99A |
| 1204 | Poquette | Gery D. | 03NV |
| 1205 | Porta | Jonathen | 99A |
| 1206 | Porta | Terry | 99A |
| 1207 | Porter | Christopher | 99A |
| 1208 | Porter | Robert Darrell | 99A |
| 1209 | Portugal | Jorge | 02B |
| 1210 | Postell | Dominique | 99A |
| 1211 | Potteiger | Robert | 03MN |
| 1212 | Powers | Juan | 99A |
| 1213 | Prewett | Jeff | 96A |
| 1214 | Price | James Alan | 96A |
| 1215 | Price II | Bobby Joel | 02F |

| No. | Last Name | First Name | Agreement Version |
|------|-----------|------------|-------------------|
| 1216 | Prieur | Michael | 99A |
| 1217 | Prince | Bobby L. | 96A |
| 1218 | Prohoroff | Kance | 99B |
| 1219 | Prosser | Michael | 99A |
| 1220 | Provance | Thomas | 02A |
| 1221 | Puckett | Rodney | 99A |
| 1222 | Purcell | Cecil | 01A |
| 1223 | Purdy | Russell Edward | 99A |
| 1224 | Puzzo | Natalie | 03A |
| 1225 | Quarrie | Thomas A. | 99A |
| 1226 | Quigley | James | Feb-01 |
| 1227 | Quinn | Steven | 02A |
| 1228 | Quiroz | J. Adam | 96A |
| 1229 | Rabine | David | 96A |
| 1230 | Rambo | Steven | 99B |
| 1231 | Ramirez | Andres | 99A |
| 1232 | Ramirez | Jeronimo | 02B |
| 1233 | Ramos | Richard | 02A |
| 1234 | Rapplean | Kurt | 99A |
| 1235 | Rasmussen | Glen | 03WA |
| 1236 | Rasmussen | Jon | 03UT |
| 1237 | Rasmussen | Russell | 99A |
| 1238 | Raulerson | Roy S. | 96A |
| 1239 | Reddick | Gerald I. | 03CA |
| 1240 | Redmon | Rolondo D. | 99A |
| 1241 | Reed | David W. | 03DE |
| 1242 | Reeder | James A. | 02A |
| 1243 | Reese Jr. | Charles | 96A |
| 1244 | Reid | James Kevin | 01B |
| 1245 | Reid | Randall A. | 99A |
| 1246 | Reid | Tracy | 99B |
| 1247 | Reinwald | Ken | 96A |
| 1248 | Reither | Matthew | 96C |
| 1249 | Remsburg | Aaron | 99A |
| 1250 | Reno | Roy T. | 96A |
| 1251 | Resta | Andrew Lee | 02C |
| 1252 | Rettke | Kevin | 01A |
| 1253 | Reveles | Atanacio | 01B |
| 1254 | Reyes | Joe Michael | 99B |
| 1255 | Richards | Anthony | 96A |
| 1256 | Richards | Gerald A | 96A |
| 1257 | Richards | Hopeton | 96A |

| No. | Last Name | First Name | Agreement Version |
|------|-----------|-------------|-------------------|
| 1258 | Richards | James | 03A |
| 1259 | Richardson | Ron | 02A |
| 1260 | Richardson | Ronald | 03GA |
| 1261 | Richie | David | 99A |
| 1262 | Ricketts | Michael | 99A |
| 1263 | Rieck | Anthony | FAS-C |
| 1264 | Rivas | Jeffrey E. | 01B |
| 1265 | Rivera | Carlos | 02A |
| 1266 | Rivera | Gabriel | 01B |
| 1267 | Rivera | Mark | 99A |
| 1268 | Rivera | Ramon | 99A |
| 1269 | Rivera | Richard A. | 99A |
| 1270 | Rivera Jr. | Ernesto | 03CA |
| 1271 | Rivero | Alberto L. | 99A |
| 1272 | Rizzo | Jason | 99A |
| 1273 | Rizzo Jr. | John | 03A |
| 1274 | Roberts | Mark D. | 03AL |
| 1275 | Roberts | Richard | 03IL |
| 1276 | Robertson | Andrew | 99A |
| 1277 | Robinette | Scott | 01A |
| 1278 | Robins | Sam | 03UT |
| 1279 | Robinson | Antonio | 03NC |
| 1280 | Robinson | Charles | 02A |
| 1281 | Robinson | Larry Keith | 96A |
| 1282 | Robinson | Patrick Dontae | 99A |
| 1283 | Robinson | Paul | 96A |
| 1284 | Robinson | Ryan M. | 03A |
| 1285 | Robinson | Von D. | 99B |
| 1286 | Rocha | Dominic | 03TX |
| 1287 | Rodarte | Richard | 03CA |
| 1288 | Rodela | Mario M. | 99B |
| 1289 | Rodriguez | Daniel | 03NV |
| 1290 | Rodriguez | Jose Luis | 99B |
| 1291 | Rodriguez | Richard | 96B |
| 1292 | Rodriguez III | Eluterio | 99D |
| 1293 | Rodriguez Jr. | Ricky Raymond | 03CA |
| 1294 | Roell | Daniel | 01A |
| 1295 | Rojas IV | Raymond A. | 03B |
| 1296 | Rolfe | William | 99A |
| 1297 | Rolko | Edward J. | 02A |
| 1298 | Roman | Pedro J. | 99B |
| 1299 | Romero | Jesus | 02A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1300 | Romero | Joe | 01B |
| 1301 | Romie | Anthony | 03MN |
| 1302 | Rorick | Michael | 01A |
| 1303 | Rosby Sr. | Damion | 02B |
| 1304 | Rose | David B. | 03KY |
| 1305 | Rose | Steve | 02A |
| 1306 | Rosenberger | Sherry L. | FAS-B |
| 1307 | Ross | Michael A. | 99A |
| 1308 | Ross | Ray | 01A |
| 1309 | Ross | Timothy | 99B |
| 1310 | Roston (McClellan) | Lisa | 99B |
| 1311 | Rouco | Lazaro A., Jr. | 99A |
| 1312 | Rousseau | William Henry | 03TX |
| 1313 | Rowan | Rodger L. | 99B |
| 1314 | Rowell (Schliep) | Ronda | 02A |
| 1315 | Roy | Larry | 03CA |
| 1316 | Rubens | René | 03FL |
| 1317 | Rucinski Jr. | Gary | 03A |
| 1318 | Rudd | James Daniel | 01A |
| 1319 | Rumpf | Michael | 02A |
| 1320 | Russell | Gregory | 03B |
| 1321 | Russell | Michael E. | 96A |
| 1322 | Russell Jr. | Carl Ralph | 02B |
| 1323 | Russo | Marc | 03NY |
| 1324 | Ruta | Charles | 02A |
| 1325 | Ryan | Christopher Scott | 02A |
| 1326 | Saaverdra | Roy | 01B |
| 1327 | Salazar | Horacio | 99B |
| 1328 | Salazar | Richard | 03CA |
| 1329 | Salerno | Ronald | 02A |
| 1330 | Salo | Timothy D. | 03MN |
| 1331 | Samuels | Michael Jerome | 99B |
| 1332 | San Juan | Larry | 96A |
| 1333 | Sanabria | Anthony | 96A |
| 1334 | Sanchez | Jesus R. | 03CA |
| 1335 | Sanderson | Michale | 99A |
| 1336 | Sandoval | Max | 96B |
| 1337 | Sandoval | Steven | 99B |
| 1338 | Santagati | Daniel | 99B |
| 1339 | Santiago | Genaro, Jr. | 99A |
| 1340 | Santos | Allen | 03CA |
| 1341 | Santos | Carl | 02A |

| No. | Last Name | First Name | Agreement Version |
|------|-----------|------------|-------------------|
| 1342 | Santos | Daniel | 03CA |
| 1343 | Santos | David | 03MA |
| 1344 | Saucedo | Amanda | 02C |
| 1345 | Saulog | Mario B. | 96A |
| 1346 | Savage | Chris | 99A |
| 1347 | Savage | Roderick | 03C |
| 1348 | Savas | James | 03A |
| 1349 | Savino | Robert | 99A |
| 1350 | Sayles | Kevin M. | 03MO |
| 1351 | Schaal | Christopher | 02A |
| 1352 | Schaffer | Timothy | 03MI |
| 1353 | Schepers | Edwin | 99A |
| 1354 | Schlabach | Richard A. | 03VA |
| 1355 | Schlamp | Renee LAura | 02B |
| 1356 | Schneider | Anthony | 99B |
| 1357 | Schneiter | John A. | 99A |
| 1358 | Scholl | Michael | 99A |
| 1359 | Schomburg | James F. | 99A |
| 1360 | Schroeder | Doug | 02A |
| 1361 | Schubert | Robert D | 96A |
| 1362 | Schultz | Kent L. | 03OH |
| 1363 | Schumacher | Zachary P. | 99E |
| 1364 | Schwartz | Garry | 96A |
| 1365 | Schweiss | John | 01A |
| 1366 | Scott | Joshua | 99B |
| 1367 | Scott Jr. | Bobby Joe | 99A |
| 1368 | Seamons | Arthur Franklin | 99A |
| 1369 | Sebastiano | John | 01A |
| 1370 | Seech | Jason | 99A |
| 1371 | Seitz | John W. | 03CA |
| 1372 | Sepulveda | Vito | 02A |
| 1373 | Serrano | Ruben, Jr. | 99A |
| 1374 | Sessoms | John | 99A |
| 1375 | Sexton | Jerry | 03CA |
| 1376 | Seymour | Adam | 01A |
| 1377 | Shaw | Aaron | 01A |
| 1378 | Shaw | Brenda | 02A |
| 1379 | Shaw | Randy | 02A |
| 1380 | Sheahan | Daniel V. | 03RI |
| 1381 | Sheck | Troy P. | 02A |
| 1382 | Sheehy | Andrew | 96A |
| 1383 | Sheets | Scott | 02A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1384 | Sheets | Steven | 03NC |
| 1385 | Sheipline | Richard | 96A |
| 1386 | Shelton | Brian James | 02A |
| 1387 | Shepard | Perry | 01A |
| 1388 | Shepherd | Dan | 03TX |
| 1389 | Shepherd | Michael | 99A |
| 1390 | Sheppard | Elton | 96A |
| 1391 | Sherfield | Robert Eric | 02A |
| 1392 | Sheridan | Timothy | 99A |
| 1393 | Shirey | Richard (Cres) | 01A |
| 1394 | Shonk | Jay Daniel | 99B |
| 1395 | Shook | Jared W. | 99A |
| 1396 | Shores | Wayne Matthew | 02A |
| 1397 | Shufford | Robert Lee, Jr. | 03A |
| 1398 | Siena | Michael A. | 03A |
| 1399 | Silva | Donald R. | 99B |
| 1400 | Silvas | David | 99B |
| 1401 | Simmons | Mario | 03FL |
| 1402 | Simmons | Robe | 03AL |
| 1403 | Simmons, Jr. | Elliott F. | 02A |
| 1404 | Simms | Garnet | 02A |
| 1405 | Simon | Jermaine | 02A |
| 1406 | Simpson | Harold | 99B |
| 1407 | Simpson | Heather L. | 01B |
| 1408 | Sipres | Joe C. | 02B |
| 1409 | Sizemore | Glenn Arthur | 99A |
| 1410 | Skuratovich | David | 99A |
| 1411 | Slade | William | 99B |
| 1412 | Slay | David | 99A |
| 1413 | Sledz | Steven | 99A |
| 1414 | Sloane | Richard | 03NY |
| 1415 | Slone Jr. | Ralph | 96A |
| 1416 | Smeltzer | Terry | 03A |
| 1417 | Smiley | Almond | 99B |
| 1418 | Smith | Barbara | FAS-B |
| 1419 | Smith | Benjamin N. | 02A |
| 1420 | Smith | Bruce P. | 96A |
| 1421 | Smith | Carll | 03NJ |
| 1422 | Smith | Carlton LAmar | 99A |
| 1423 | Smith | Clayton Robert | 96A |
| 1424 | Smith | Darrin | 96A |
| 1425 | Smith | Glenn | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1426 | Smith | James Earl | 02A |
| 1427 | Smith | Jonathan | 96C |
| 1428 | Smith | Michael | 99A |
| 1429 | Smith | Michael R. | 96A |
| 1430 | Smith | Michael W. | 03TX |
| 1431 | Smith | Patrick | 03MS |
| 1432 | Smith | Paul Douglas | 99A |
| 1433 | Smith | Phillip A. | 99A |
| 1434 | Smith | Scott Allen | 01B |
| 1435 | Smith | Vincent | 99B |
| 1436 | Smith | Walter | 99A |
| 1437 | Smith III | Sam | 03C |
| 1438 | Smith, Sr. | Terrence Y. | 96A |
| 1439 | Snyder | Greg | 99A |
| 1440 | Solano | Jaime | 99A |
| 1441 | Solorio | Juan | 99B |
| 1442 | Solorzano | Alvaro | 03FL |
| 1443 | Soroka | Allen | 99A |
| 1444 | Sothern | T. Gregory | 99A |
| 1445 | Southerland | Todd Daniel | 99A |
| 1446 | Spinale | James | 99A |
| 1447 | Spivey | Randy | 99B |
| 1448 | Springston | Jeff | 99A |
| 1449 | St. John | Barry | 99B |
| 1450 | Staggs | Kevin | 02A |
| 1451 | Stamper | Fred | 02C |
| 1452 | Stancil | Michael | 99A |
| 1453 | Staples | Shade | 02B |
| 1454 | Stark | Michael | 99A |
| 1455 | Starkey | Aaron | 99A |
| 1456 | Starnes | David | 99B |
| 1457 | Starr | Garett | 02A |
| 1458 | Stearns | Tommy | 03FL |
| 1459 | Steele | Donald Wayne | 96A |
| 1460 | Steele | Jesse L. | 99A |
| 1461 | Steiner | William | 03B |
| 1462 | Stellato | Eric | 01A |
| 1463 | Stephens | Jeff | 03KY |
| 1464 | Stephens | Randall | 03A |
| 1465 | Still | Dexter | 03B |
| 1466 | Stokes | LaVonzelle | 03A |
| 1467 | Stoklosa | Keith | 99A |

| No. | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 1468 | Stoklosa | Michael | 99A |
| 1469 | Stone | John | 03CA |
| 1470 | Stoppel | Tracy | 99A |
| 1471 | Storie | Kenneth S. | 03OK |
| 1472 | Story | John | 99B |
| 1473 | Strader | Christopher | 03NC |
| 1474 | Straka | Chris | 03IL |
| 1475 | Streng | Derek | 96A |
| 1476 | Stroup | Carl D. | 99A |
| 1477 | Stuckey | Jarred D. | 03A |
| 1478 | Sturgis | Tom | 96B |
| 1479 | Sturkie | Rodney | 99A |
| 1480 | Stutz | Shiloh | 02A |
| 1481 | Sudol | Wes | 01B |
| 1482 | Sullivan | Robert | 96A |
| 1483 | Summers | Tony | 99B |
| 1484 | Sumpter III | Max | 96A |
| 1485 | Sumption | Trevor | 99A |
| 1486 | Sweet | Daniel T | 99B |
| 1487 | Swenson | Todd | 02A |
| 1488 | Swett, Jr. | Steven T. | 96A |
| 1489 | Sword | Richard | 03MI |
| 1490 | Sylvester I | George | 03AL |
| 1491 | Sylvia | Chris | 02A |
| 1492 | Tackett | David | 99A |
| 1493 | Talbert | Ralph E., Jr. | 99A |
| 1494 | Talo | Scott | 96A |
| 1495 | Tantillo | Stephen | 99A |
| 1496 | Tapia | Joseph | 99A |
| 1497 | Tarantola | Thomas | 96A |
| 1498 | Tatum | Christopher | 96A |
| 1499 | Taunton | John Logan | 03MO |
| 1500 | Taveras | Luis | 99A |
| 1501 | Taylor | Donald E. | 02B |
| 1502 | Taylor | Kurt H. | 03IL |
| 1503 | Teague | Eric D. | 02A |
| 1504 | Temple | Todd T. | 02B |
| 1505 | Tenney | Sandy | 01A |
| 1506 | Tepe | Jeffrey K. | 96B |
| 1507 | Terrell | Antwan | 96A |
| 1508 | Theis | Thomas | 03MN |
| 1509 | Theisman | John | 96A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1510 | Theriault | James | 96A |
| 1511 | Therrien | Bernard | 02A |
| 1512 | Thoma | Michael | 02A |
| 1513 | Thomas | Christopher W. | 99A |
| 1514 | Thomas | Ernest L. | 02A |
| 1515 | Thomas | Gerry | 99B |
| 1516 | Thomas | Theodore | 02B |
| 1517 | Thomas Jr. | James | 02A |
| 1518 | Thompson | A. Shapelle | 99A |
| 1519 | Thompson | Joe | 03A |
| 1520 | Thompson | Mark | 99A |
| 1521 | Thompson | Tommy | 03TX |
| 1522 | Thompson | Wayne | 99A |
| 1523 | Thornhill II | Larry | 96A |
| 1524 | Tiegen | Jason | 02A |
| 1525 | Tillison | Tony Demario | 99A |
| 1526 | Tilseth | Steven | 99A |
| 1527 | Tisdel | Edward E. | 99B |
| 1528 | Toledo | Alejandro | 99A |
| 1529 | Tomaszewski | Scott | 02A |
| 1530 | Tomkinson | John P. | 01A |
| 1531 | Tompkins | Brian | 99B |
| 1532 | Tooley | Jimmy Ray | 99A |
| 1533 | Toone | Marc A. | 99C |
| 1534 | Torres | Jose | 99A |
| 1535 | Torrez | Julian | 99B |
| 1536 | Tow | Christopher | 01B |
| 1537 | Travis | Jason | 02A |
| 1538 | Treft | Harold | 99A |
| 1539 | Trimble | Vassandral | 03C |
| 1540 | Truax | Keith | 02A |
| 1541 | Truman | Scott | 01B |
| 1542 | Trygg | Ken | 99B |
| 1543 | Tucker | Cary | 02A |
| 1544 | Turner | Daniel Scott | 02B |
| 1545 | Tusing | Troy | 03MO |
| 1546 | Tussey | John Rile | 96A |
| 1547 | Twitty | Derrel | 99C |
| 1548 | Tyrka | Peter | 99A |
| 1549 | Tzelepis | Anastasios | 99B |
| 1550 | Uballez | Aaron R. | 03B |
| 1551 | Uber | Gregory Steven | 02B |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|-----------|-------------------|
| 1552 | Ulloa | Hector | 03CA |
| 1553 | Underwood | Matthew | 96A |
| 1554 | Upshaw | Jobette T. | 03VA |
| 1555 | Urbanczyk | Kenneth | 99A |
| 1556 | Uschold | John E. | 03NY |
| 1557 | Vaitu'u Jr. | Ulualo | 99A |
| 1558 | Van Coppenolle | Greg | 96A |
| 1559 | Van Overloop | Trent | 03MI |
| 1560 | VanAuken | Ralph | 03NY |
| 1561 | Vance | Adam | 99A |
| 1562 | Vanderkuyl | Christopher John | 02A |
| 1563 | Vanderpool | William Ed | 99B |
| 1564 | Vandervort | Steve | 99B |
| 1565 | Vasquez | Juan | 99B |
| 1566 | Vasquez | Ruddy | 96A |
| 1567 | Vassau | Jeff | 99A |
| 1568 | Vazquez | Fabian | 02A |
| 1569 | Vega | Jaime | 99B |
| 1570 | Venable | Gary | 99B |
| 1571 | Venable | Kevin | 02B |
| 1572 | Vera | Hiram | 99A |
| 1573 | Vergara | Gerardo | 96A |
| 1574 | Vernille | Stephen | 99A |
| 1575 | Verucchi | Keith | 03MS |
| 1576 | Vetsch | Todd | 02A |
| 1577 | Vick | Johnnie Lee | 99A |
| 1578 | Villapudua | Bernard | 99B |
| 1579 | Villegas | Ignacio | 99B |
| 1580 | Villias | Ann-Marie | 03CA |
| 1581 | Vo | Tuan Phi | 96A |
| 1582 | Voss | Todd | 99A |
| 1583 | Vulaj | Victor | 02A |
| 1584 | Wakefield | Keith | 99A |
| 1585 | Waldorf | Michael | 99A |
| 1586 | Waldschmidt | Jeffrey R. | 02A |
| 1587 | Walker | Anthony S. | 99A |
| 1588 | Walker | Frank Thomas | 96B |
| 1589 | Walker | Willie | 02A |
| 1590 | Wallace | Andrew | 02A |
| 1591 | Wallace | Jacob | 96A |
| 1592 | Wallace | Jason | 01A |
| 1593 | Walston | Jeff | 01A |

| No. | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 1594 | Walters | Lynn Dee | FAS-B |
| 1595 | Ward | Edwin | 96B |
| 1596 | Warner | Andre L. | 03SC |
| 1597 | Washington | Monte | 02A |
| 1598 | Washington | Sharmane | 99A |
| 1599 | Washington | Valtorian Evander | 96B |
| 1600 | Wasylik | Thomas | 03MN |
| 1601 | Watkins | Bradley Steven | 02A |
| 1602 | Watson | Demond | 02B |
| 1603 | Webb | Thomas | 03A |
| 1604 | Weeks | Matthew Jason | 01A |
| 1605 | Weinert | Fred K. | 03FL |
| 1606 | Weisbecker | Stephen | 02A |
| 1607 | Weiss | Matthew | 03MO |
| 1608 | Wells | John | 02C |
| 1609 | Wenner | Cade T | 02B |
| 1610 | West | Clint | 03OH |
| 1611 | West | Michael | 02B |
| 1612 | Westover | Steve | 01A |
| 1613 | Wetoszke | Douglas | 99A |
| 1614 | Whalen | Jeremy Edward | 03TX |
| 1615 | Wheaton | David | 02A |
| 1616 | Wheeler | James Richard | 99B |
| 1617 | Whitcomb | Frederick D | 03KS |
| 1618 | White | 0 | 03CA |
| 1619 | White | Anthony | 99A |
| 1620 | White | Franklin Delano | 99B |
| 1621 | White | Lonnie | 96A |
| 1622 | White | Matthew | 01B |
| 1623 | White | Philip Joel | 01B |
| 1624 | White Jr. | Richard Allen | 02A |
| 1625 | Whiteoak | Jay R. | 03MN |
| 1626 | Whitfield | Charles Lee | 96B |
| 1627 | Wick | Matthew | 01A |
| 1628 | Wickman | Steve | 03MO |
| 1629 | Wiehl | Steven | 03RI |
| 1630 | Wierzbicki | Dariusz | 99A |
| 1631 | Wight | Jerry | 99A |
| 1632 | Wildeman | James | 96A |
| 1633 | Williams | Andre | 01A |
| 1634 | Williams | Barry C. | 99B |
| 1635 | Williams | Candice | 01A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1636 | Williams | Charles Anthony | 96B |
| 1637 | Williams | Christopher | 99A |
| 1638 | Williams | Damon | 99A |
| 1639 | Williams | Edward | 03B |
| 1640 | Williams | James | 03CA |
| 1641 | Williams | Jeffrey Lee | 99A |
| 1642 | Williams | Joel | 99B |
| 1643 | Williams | Kelan L | 03TX |
| 1644 | Williams | Larry James | 99A |
| 1645 | Williams | Michael | 99A |
| 1646 | Williams | Paul | 99A |
| 1647 | Williams | Robert C./Heather | 96A |
| 1648 | Williams | Shannon Lee | 01A |
| 1649 | Williams Jr. | Clarence | 96B |
| 1650 | Willis | Rufus L. | 03FL |
| 1651 | Wilmoth | Brandon | 03CA |
| 1652 | Wilson | David | 03CO |
| 1653 | Wilson | Jason L. | 02C |
| 1654 | Wilson | Robert N. | 99B |
| 1655 | Wilson | Robert Reed | 01A |
| 1656 | Wilson | Ronald Joseph | 02A |
| 1657 | Wilson | William A. | 02A |
| 1658 | Wilson Jr. | Ronald | 03CA |
| 1659 | Wilton | Jeffrey Dean | 99A |
| 1660 | Winans Sr. | Ronald | 99B |
| 1661 | Winberry | John | 02B |
| 1662 | Windom | Randy L. | 99B |
| 1663 | Wingo | Ryan Glenn | 01B |
| 1664 | Witkoske | Richard | 99A |
| 1665 | Wobbrock | Jeffrey Craig | 02A |
| 1666 | Wolf | Erik | 99B |
| 1667 | Wolf | Joann M. | 02A |
| 1668 | Wolfe | Jay Christopher | 99B |
| 1669 | Wolner | Timothy | 01A |
| 1670 | Wood | Lendon | 02F |
| 1671 | Wood | Michael Lane | 99A |
| 1672 | Wood | Robert | 99B |
| 1673 | Wood | Robert Lane | 03AL |
| 1674 | Woodfin | Kenneth E. | 03TX |
| 1675 | Woodson | Mark William | 02B |
| 1676 | Woody | Ronald | 01B |
| 1677 | Wookey | Gene | 99B |

| No. | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 1678 | Woolwine | Eric | 99A |
| 1679 | Wragg | Mark Richard | 01A |
| 1680 | Wright | Terry | 99A |
| 1681 | Xaros | Arthur | 99A |
| 1682 | Yates | Charles B. | 99A |
| 1683 | Ybarra | Louis | 99B |
| 1684 | Yim | Simon | 03CA |
| 1685 | Ymaya | Cesar | 02A |
| 1686 | Yontz | Robert | 96C |
| 1687 | Young | Richard | 99B |
| 1688 | Youngbrandt | Stefan | 99E |
| 1689 | Yowell | William | 03NC |
| 1690 | Zacharias | Michael | 03MN |
| 1691 | Zall | Bradley | 03CO |
| 1692 | Zapata | Fernando | 99A |
| 1693 | Zarbaugh | Ruth Ann | 03A |
| 1694 | Zavala | Edwin | 99B |
| 1695 | Zayas Jr. | Hector | 99A |
| 1696 | Zeda | Moises | 03I |
| 1697 | Zermeno | Oscar | 99A |
| 1698 | Zigler | Ryan L. | 99A |
| 1699 | Zygarlicke | Sarah R. | 03WI |
| 1700 | Zytkowicz | Michael | 99A |

F

## Exhibit F
## Louisiana

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1 | Addison | Jack | 03LA |
| 2 | Avery | Ivan Edward | 99E |
| 3 | Blessing | Jay | 03LA |
| 4 | Bolden | Alfonso | 03LA |
| 5 | Britt | Tony | 99A |
| 6 | Brown, Jr. | Gregory | 03LA |
| 7 | DeBose | Erroll A. | 96A |
| 8 | Fontenot Jr. | Gustave | 03LA - Conf. |
| 9 | Foto | Jacob J. | 99A |
| 10 | Galloway | Robert C. | 03LA |
| 11 | Giamalva, Jr. | Frank | 99A |
| 12 | Green | Steven | 02D |
| 13 | Gremillion | John Alex | 01A |
| 14 | Guthrie | Terrance P. | 03LA |
| 15 | Hutto | Herman | 99A |
| 16 | Jeansonne | Joel | 03LA |
| 17 | Johnson | Eugene | 96A |
| 18 | Lanclos | Joseph | 03LA |
| 19 | Lavergne IV | Theodore J. | 01A |
| 20 | Lewis | Donald | 99A |
| 21 | Livingston | Daniel | 03LA - Conf. |
| 22 | Maloch | Andrew | 03D |
| 23 | Manale III | Ted | 03LA |
| 24 | Massey | Jason K. | 03D |
| 25 | McCain | Kenny P. | 03LA |
| 26 | McCain | Barry Preston | 03LA |
| 27 | McDaniel | Chester | 02D |
| 28 | Nelson | Tyrick D. | 03LA |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 29 | Parker | Benny | 96A |
| 30 | Pierce | Glen H. | 02D |
| 31 | Prejean | Barney | 96A |
| 32 | Prescia | Salvador | 03LA |
| 33 | Price | Jason | 03LA |
| 34 | Ramirez | Brett | 99A |
| 35 | Rauch | Darren | 03LA |
| 36 | Richard | Dennis M | 03LA |
| 37 | Salazar | Gregory M. | 03LA |
| 38 | Santalucito | Vincent | 03LA |
| 39 | Siekkinen | John Davin | 96A |
| 40 | Slocum | Ray | 99A |
| 41 | Smith | Richard | 99A |
| 42 | Smith | Daniel | 03LA |
| 43 | Sutter | John Michael | 99A |
| 44 | Thomas | Jack Darren | 03LA |
| 45 | Tully, Jr. | John | 99A |
| 46 | White Jr. | Joseph | 99A |
| 47 | Witty | Aaron Paul | 03LA |
| 48 | Wood | Mark Dolton | 03LA |
| 49 | Yarbrough | Gary | 01A |

G

## Exhibit G
## Arizona

| Last Name | Last Name | First Name | Agreement Version |
|-----------|-----------|------------|-------------------|
| 1 | Abel | Robert J. | 02A |
| 2 | Barnard | Justin | 01A |
| 3 | Bustamante | Esequiel | 99A |
| 4 | Cavagnaro | Tina A. | 02A |
| 5 | Clouse | Daniel | 99A |
| 6 | Colihan | Robert | 02A |
| 7 | Covert | Roderick | 03AZ |
| 8 | Cox | Shane A | 03AZ |
| 9 | Dominguez | Frank Christopher | 99A |
| 10 | Doone | Benjamin | 99A |
| 11 | Glover | Robert | 02A |
| 12 | Goodman | Stuart S. | 01A |
| 13 | Green | Jason Warren | 02A |
| 14 | Held | David | 99A |
| 15 | Ivins | Justin | 03A |
| 16 | Jones | David E. | 02A |
| 17 | Line | Larry L. | 03AZ |
| 18 | Linkey | James Joseph | 02A |
| 19 | Maldonado | Daniel | 02A |
| 20 | Maser | Richard | 03AZ |
| 21 | Mason, Jr. | Charles E. | 02A |
| 22 | Maves | Cynthia | 99A |
| 23 | McCoy | Michael Eric | 99A |
| 24 | Otero | Joseph Scott | 99A |
| 25 | Pain | Eugene R. | 03AZ |
| 26 | Peace | Jarrod | 02A |
| 27 | Pettit | Douglas | 02A |
| 28 | Pilgrim | Todd | 99A |

| Last Name | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 29 | Randall | Kyle Richard | 99A |
| 30 | Sandoval | Manuel | 99A |
| 31 | Schaper | Matt | 03AZ |
| 32 | Shepherd | Rebecca | 02A |
| 33 | Sigl | Jonathan | 01A |
| 34 | Snell | Richard | 02A |
| 35 | Stokes | Bryan | 02A |
| 36 | Thomas III | George | 02A |
| 37 | Thompson | Robert | 02A |
| 38 | Vesey | Brena | 02A |
| 39 | Whitener | Jessy | 02A |
| 40 | Young Jr. | John W. | 01A |

H

## Exhibit H
## Pennsylvania

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1 | Baptist | Kenneth W. | 99A |
| 2 | Benecke | Stephen C | 01A |
| 3 | Blackburn | Jessica Lynn | 99A |
| 4 | Brandt | Dean | 96A |
| 5 | Brewster | James | 01A |
| 6 | Buttner | Christopher C. | 03PA |
| 7 | Checchia | Davide | 96A |
| 8 | Chew | William | 03A |
| 9 | Cintron | Michael S. | 02A |
| 10 | Cruz | Samuel | 03PA |
| 11 | Dauria | Philip | 99A |
| 12 | DeRenzo | Christopher | 01A |
| 13 | Dickson | Kevin | 99A |
| 14 | Dodson | Shirley | 03A |
| 15 | East | Joel | 99A |
| 16 | Eperthener | Andrew W. | 99A |
| 17 | Erickson | Daniel | 01A |
| 18 | Ericson | Robert | 01A |
| 19 | Faux | Jaime A. | 99A |
| 20 | Fellin | Paul Lewis | FAS-C |
| 21 | Folsom | James | 99A |
| 22 | Freeman | Scott | 01A |
| 23 | Geissinger | Michael B. | 02A |
| 24 | Gilbert | Brian | 01A |
| 25 | Gilchrist | Joe | 99A |
| 26 | Goida | Jeffrey | 99A |
| 27 | Gonzalez | Ivan | 99A |
| 28 | Gordineer | Donald | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 29 | Greene | Les | 03PA |
| 30 | Gula | Jon | 99A |
| 31 | Hall | Renee | 99A |
| 32 | Henning | William D., II | 03PA |
| 33 | James | Joseph | 99A |
| 34 | Klutch | Thomas | 03PA |
| 35 | Kuba | Daniel | 99A |
| 36 | Laskowski Jr. | Thomas M. | 02A |
| 37 | Lauer | Mark | 99A |
| 38 | Leazier | Linda | 03A |
| 39 | Lipscomb III | Leonard | 99A |
| 40 | Loranger | Matt | 99A |
| 41 | Marsicano | Angelo | 99A |
| 42 | Martell Jr. | Charles | 96A |
| 43 | Martin | Douglas | 02A |
| 44 | Maule | John | 99A |
| 45 | McCue, Jr. | Edward | 01A |
| 46 | Mecum | Andrew O. | 03PA |
| 47 | Mertens | James | 96A |
| 48 | Michelfelder | John | 99A |
| 49 | Mikulski | Zenard W. | 02A |
| 50 | Miller | Josh | 02A |
| 51 | Mullin | John | 01A |
| 52 | Munn | Brian | 96A |
| 53 | Murphy | Matthew | 02A |
| 54 | Nicotero III | Ross | 99A |
| 55 | Novatnak | Robert | 99A |
| 56 | Nye | Timothy | 02A |
| 57 | O'Connell | Stephen | 02A |
| 58 | Olli | Mark, Jr. | 99A |
| 59 | Orsini | Chris | 99A |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 60 | Ortiz | Andres | 02A |
| 61 | Osman | Michael | 03PA |
| 62 | Overman | Alonzo K. | 99A |
| 63 | Phillips | Jason | 02A |
| 64 | Potechko | Carl | 01A |
| 65 | Pottichen Jr. | William F. | 96A |
| 66 | Primerano | David | 96A |
| 67 | Quinn | Michael | 01A |
| 68 | Raymond | Thomas | 99A |
| 69 | Reedy Jr. | Robert | 99A |
| 70 | Riley | Brian | 99A |
| 71 | Santana | Victor | 99A |
| 72 | Schwartz | Glenn | 03A |
| 73 | Scialanca | David | 02A |
| 74 | Sciscio | Jesse Paul | 02A |
| 75 | Secora | Jason | 01A |
| 76 | Shortencarrier | Daniel | 02A |
| 77 | Smith | Michael S. | 03PA |
| 78 | Sossong | Thomas | 02A |
| 79 | Staggs | James Ervin | 96A |
| 80 | Stefani | John | 01A |
| 81 | Stefanick | Jared | 99A |
| 82 | Stillfield | Miguel | 96A |
| 83 | Tokish | Nicholas | 02A |
| 84 | Torris III | Leonard R | 99A |
| 85 | Vallette | Charles | 96A |
| 86 | Vickless | Dave | 99A |
| 87 | Wiggins | Raiford F. | 99A |

**I**

## <u>Exhibit I</u>

| No. | Last Name | First Name | Disputed States | Agreement Version |
|-----|-----------|------------|-----------------|-------------------|
| 1 | Gentry | David Lewis | GA, TN | 96A |
| 2 | Lackey | Christopher Alan | GA, TN | 99A |

J

## Exhibit J

| Last Name | First Name | State | Agreement Version |
|-----------|------------|-------|-------------------|
| Bradley | Thomas | MO | 96A |
| Bruck | Louise | OH | 99A |
| Gumbs | Allan | MD | 99A |
| Johnson | Douglas | KS | 99A |
| Olson | Andrew | CA | 02B |
| Stewart | Clarence | CA | 03CA |

Note: Plaintiff Gumbs was compelled to arbitrate as part of the Court's April 5, 2004 Order. Plaintiffs nonetheless assert a challenge on his behalf.

**K**

# Exhibit K

| No. | Last Name | First Name | State | Agreement Version |
|-----|-----------|------------|-------|-------------------|
| 1 | Beil | Ronald | AZ | 2B |
| 2 | Boone | Henry L. | MA | 2B |
| 3 | Brice | Gregory | MD | 2B |
| 4 | Brieva | William | FL | 2B |
| 5 | Evans | William | MD | 2B |
| 6 | Gorman | Friedrich | PA | 2B |
| 7 | Hamilton | Anthony | MD | 2B |
| 8 | Kelly, Jr. | Donald Hugh | SC | 2B |
| 9 | Metcalf | James P. | KY | 2B |
| 10 | Milligan | Michael | NC | 2B |
| 11 | Milz | Patrick | IL | 2B |
| 12 | Nislar | Oscar | VA | 2B |
| 13 | Ramirez | Robert | NV | 2B |
| 14 | Ray | Richard T. | SC | 2B |
| 15 | Standley | Robert K. | MI | 2B |
| 16 | Stephens | Charles | MI | 2B |
| 17 | Van Williams II | Ryal | SC | 2B |
| 18 | Vergara | Jesus | FL | 2B |
| 19 | Wrightson | William | MD | 2B |
| 20 | Anslinger | Gary | IN | MLS |
| 21 | Atkins | Thomas | IN | MLS |
| 22 | Bockelman | Jerome | IN | MLS |
| 23 | Brandt | Bruce | IN | MLS |
| 24 | Bullard | Edward | MI | MLS |
| 25 | Fivecoate | Todd M. | IN | MLS |
| 26 | Frisch | John T. | IN | MLS |
| 27 | Gilmore | Robert | IN | MLS |
| 28 | Herndon | Kenneth R. | IN | MLS |
| 29 | Hill | Randall C. | MI | MLS |
| 30 | Hunsinger | Dan | IN | MLS |
| 31 | Kelly | Kirby R. | IN | MLS |
| 32 | Pilon | Michael S. | MI | MLS |
| 33 | Reed | Larky | IN | MLS |
| 34 | Schroeder | Christopher A | IN | MLS |
| 35 | Stumpf | Kevin L. | IN | MLS |
| 36 | Walker | Brad A. | IN | MLS |

# Exhibit K

| No. | Last Name | First Name | State | Agreement Version |
|-----|-----------|-----------|-------|-------------------|
| 1 | Beil | Ronald | AZ | 2B |
| 2 | Boone | Henry L. | MA | 2B |
| 3 | Brice | Gregory | MD | 2B |
| 4 | Brieva | William | FL | 2B |
| 5 | Evans | William | MD | 2B |
| 6 | Gorman | Friedrich | PA | 2B |
| 7 | Hamilton | Anthony | MD | 2B |
| 8 | Kelly, Jr. | Donald Hugh | SC | 2B |
| 9 | Metcalf | James P. | KY | 2B |
| 10 | Milligan | Michael | NC | 2B |
| 11 | Milz | Patrick | IL | 2B |
| 12 | Nislar | Oscar | VA | 2B |
| 13 | Ramirez | Robert | NV | 2B |
| 14 | Ray | Richard T. | SC | 2B |
| 15 | Standley | Robert K. | MI | 2B |
| 16 | Stephens | Charles | MI | 2B |
| 17 | Van Williams II | Ryal | SC | 2B |
| 18 | Vergara | Jesus | FL | 2B |
| 19 | Wrightson | William | MD | 2B |
| 20 | Anslinger | Gary | IN | MLS |
| 21 | Atkins | Thomas | IN | MLS |
| 22 | Bockelman | Jerome | IN | MLS |
| 23 | Brandt | Bruce | IN | MLS |
| 24 | Bullard | Edward | MI | MLS |
| 25 | Fivecoate | Todd M. | IN | MLS |
| 26 | Frisch | John T. | IN | MLS |
| 27 | Gilmore | Robert | IN | MLS |
| 28 | Herndon | Kenneth R. | IN | MLS |
| 29 | Hill | Randall C. | MI | MLS |
| 30 | Hunsinger | Dan | IN | MLS |
| 31 | Kelly | Kirby R. | IN | MLS |
| 32 | Pilon | Michael S. | MI | MLS |
| 33 | Reed | Larky | IN | MLS |
| 34 | Schroeder | Christopher A | IN | MLS |
| 35 | Stumpf | Kevin L. | IN | MLS |
| 36 | Walker | Brad A. | IN | MLS |

EXHIBIT 3

Original 1
FILED

NOV 10 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    DEPARTMENT 3, FOURTH FLOOR SAUNDRA BROWN ARMSTRONG, JUDGE

4    -oOo-

5    VELIZ                      )  C-03-01180E  SBA

6         PLAINTIFF,            )

7    V.                         )  TUESDAY, **OCTOBER 18, 2005**

8    CINTAS CORPORATION,        )  OAKLAND, CALIFORNIA

9         DEFENDANT.            )  **PLAINTIFF/DEFENDANTS MOTIONS**

10   _____)

11        REPORTER'S TRANSCRIPT OF PROCEEDINGS

12   **APPEARANCES:**

13   FOR THE PLAINTIFF:

14   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
     BY:  MICHAEL RUBIN,
15        EILEEN B. GOLDSMITH,
          ATTORNEYS AT LAW
16   177 POST STREET, SUITE 300
     SAN FRANCISCO, CALIFORNIA  94108
17   TEL (415) 421-7151
     FAX (415) 362-8064
18   MRUBIN@ALTSHULERBERZON.COM

19   FOR THE DEFENDANT:

20   LERACH, COUGHLIN, STOIA GELLER RUDMAN ROBBINS, LLP
     BY:  STEVEN W. PEPICH,
21        ATTORNEY AT LAW
     655 WEST BROADWAY, SUITE 1900
22   SAN DIEGO, CALIFORNIA  92101-3301
     TEL (619) 231-1058
23   FAX (619) 231-7423
     WWW.LERACHLAW.COM, SPEPICH@LERACHLAW.COM
24

25   (MORE APPEARANCES ON THE NEXT PAGE)

2

```
 1   SQUIRE, SANDERS & DEMPSEY, LLP
     BY:  MARK C. DOSKER,
 2        ATTORNEY AT LAW
     ONE MARITIME PLAZA, SUITE 300
 3   SAN FRANCISCO, CALIFORNIA  94111-3492
     TEL (415) 954-0200
 4   DIRECT (415) 954-0210
     FAX (415) 393-9887
 5   MDOSKER@SSD.COM

 6   REPORTED BY:  STARR A. WILSON, CSR 2462

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   OAKLAND, CALIFORNIA; TUESDAY, OCTOBER 18, 2005; 3:00 P.M.,

2   DEPARTMENT THREE, THIRD FLOOR; SAUNDRA BROWN ARMSTRONG,

3   JUDGE

4                              -oOo-

5        **THE CLERK:**   ALL RISE.   THIS COURT IS NOW IN

6   SESSION.   THE HONORABLE SAUNDRA BROWN ARMSTRONG PRESIDING.

7   PLEASE BE SEATED.

8        CALLING CIVIL 03-1180, VELIZ VS. CINTAS

9   CORPORATION.

10       **MR. RUBIN:**   GOOD AFTERNOON, YOUR HONOR.   MICHAEL

11   --

12       **THE COURT:**   GOOD AFTERNOON.

13       **MR. RUBIN:**   GOOD AFTERNOON, YOUR HONOR.   MICHAEL

14   RUBIN FOR THE PLAINTIFFS.

15       **THE COURT:**   GOOD AFTERNOON, MR. RUBIN.

16       **MR. PEPICH:**   GOOD AFTERNOON, YOUR HONOR.   STEVEN

17   PEPICH FOR CINTAS.

18       **THE COURT:**   STEPHEN PEPICH, GOOD AFTERNOON.

19       **MR. PEPICH:**   GOOD AFTERNOON.

20       **MS. GOLDSMITH:**   EILEEN GOLDSMITH FOR CINTAS.

21       **THE COURT:**   EILEEN GOLDSMITH.   GOOD AFTERNOON, MS.

22   GOLDSMITH.

23       **MR. DOSKER:**   GOOD AFTERNOON, YOUR HONOR.   MARK

24   DOSKER FOR CINTAS.

25       **MS. O'ROURKE:**   OKAY.   GOOD AFTERNOON, YOUR HONOR.

4

1  ANGELA O'ROURKE ALSO APPEARING FOR CINTAS.

2      **THE COURT:**  OKAY.  GOOD AFTERNOON.

3      OKAY.  I APPRECIATE YOUR BEING AVAILABLE THIS

4  AFTERNOON.  I NEEDED A LITTLE MORE TIME TO KIND OF GO

5  THROUGH AND SORT OUT SOME OF THE MATERIAL THAT YOU ALL HAVE

6  SUBMITTED SINCE THERE IS QUITE A BIT.

7      WHAT I THOUGHT I WOULD DO TODAY IS TO KIND OF GO

8  THROUGH WITH YOU WHAT MY INCLINATIONS ARE WITH RESPECT TO

9  SOME OF THESE ISSUES, AND -- AND WHAT MY RULINGS ARE WITH

10  RESPECT TO OTHERS.  AND THEN TELL YOU WHAT MY QUESTIONS ARE

11  WITH RESPECT TO OTHERS.  AND THAT WAY YOU ALL CAN FOCUS YOUR

12  ORAL ARGUMENT ON -- ON ANY OR ALL OF THAT.

13      UM, FIRST OF ALL, FOR THE RECORD, IF THIS MATTER

14  COMES BEFORE THE COURT ON -- ON DEFENDANT'S MOTION TO STAY

15  PROCEEDINGS PURSUANT TO TITLE NINE, UNITED STATES CODE,

16  SECTION THREE, AS TO CERTAIN OPT-IN PLAINTIFFS WHO ARE NOT

17  SUBJECT TO THE COURT'S APRIL 5, 2004 ORDER.

18      SECOND, PLAINTIFF'S MOTION CONCERNING COMPLIANCE

19  WITH COURT ORDERS REGARDING WHICH PLAINTIFFS MUST ARBITRATE

20  AND WHICH PLAINTIFFS MAY LITIGATE THEIR NON-ERISA OVERTIME

21  WAGE CLAIMS.

22      THIRD, DEFENDANT'S MOTION TO DISMISS AS TO CERTAIN

23  OPT-IN PLAINTIFFS FOR IMPROPER VENUE.  OR, IN THE

24  ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE OR, IN THE

25  ALTERNATIVE, TO TRANSFER IN THE INTERESTS OF JUSTICE AND

1    CONVENIENCE.

2            AND, FOURTH, PLAINTIFF'S MOTION FOR LEAVE TO FILE

3    A SECOND AMENDED COMPLAINT.

4            NOW, BASED UPON THE BRIEFING SUBMITTED BY THE

5    PARTIES, THE JOINT STATEMENT FILED IN SEPTEMBER, THE COURT

6    SUMMARIZES THE PERTINENT ISSUE AS FOLLOWS:

7            FIRST OF ALL, THE PARTIES, THE COURT'S

8    UNDERSTANDING IS, THE PARTIES HAVE REACHED AGREEMENT

9    REGARDING WHICH PLAINTIFFS MAY LITIGATE AND WHICH ARE

10   SUBJECT TO ENFORCEABLE ARBITRARY PROVISIONS; SPECIFICALLY,

11   (1), THE PARTIES HAVE AGREED THAT 444 PLAINTIFFS MAY

12   LITIGATE THEIR CLAIM BEFORE THIS COURT.  THAT'S IN THE JOINT

13   STATEMENT.

14           WELL, IF THERE'S A DISPUTE, WE CAN SPEAK TO THAT.

15   I WANT TO SUMMARIZE MY UNDERSTANDING SO YOU ALL CAN TELL ME

16   IF THAT'S CORRECT.

17           SECOND, PURSUANT TO THE COURT'S APRIL 5, 2004

18   ORDER, 55 PLAINTIFFS ARE COMPELLED TO ARBITRATE THEIR

19   CLAIMS.

20           THIRD, PURSUANT TO THE COURT'S JUNE 9, 2004 ORDER,

21   STIPULATION AND ORDER -- EXCUSE ME -- THE COURT'S JUNE 9,

22   2004 STIPULATION AND ORDER COMPELLING ARBITRATION OF OPT-IN

23   PLAINTIFFS FROM ALABAMA, FLORIDA, KENTUCKY AND NEVADA, THE

24   PARTIES AGREED, 11 PLAINTIFFS ARE COMPELLED TO ARBITRATE

25   THEIR CLAIMS.

1        NEXT, THE PARTIES AGREE THAT 1,700 PLAINTIFFS ARE

2    SUBJECT TO ENFORCEABLE ARBITRATION AGREEMENTS.

3        AND THOSE ARE THE ISSUES THAT THE PARTIES HAVE

4    REACHED AGREEMENT REGARDING SO FAR; IS THAT CORRECT?

5        **MR. DOSKER:**  YOUR HONOR, ON THE LAST ONE, THE

6    17200 -- THE 1700 --

7        **THE COURT:**  YES.

8        **MR. DOSKER:**  -- WHICH IS, I BELIEVE, YOUR HONOR'S

9    REFERRING TO EXHIBIT E TO THE JOINT STATEMENT.

10       **THE COURT:**  RIGHT.

11       **MR. DOSKER:**  I WANT TO JUST EMPHASIZE --

12       **THE COURT:**  JOINT STATEMENT IS ON PAGE TWO, 12 TO

13   15 AND EXHIBIT E.

14       **MR. DOSKER:**  YES, YOUR HONOR.  I JUST WANT TO

15   EMPHASIZE AS IS SET FORTH ON PAGE ONE OF THE JOINT

16   STATEMENT, THAT THAT LIST, WHILE THE PARTIES AGREE THAT THEY

17   HAVE ENFORCEABLE ARBITRATION AGREEMENTS UNDER SECTION TWO OF

18   THE FEDERAL ARBITRATION ACT, CINTAS VERY STRONGLY SUBMITS

19   THAT IT HAS MOVED ONLY TO STAY AS TO THEM, NOT AS TO COMPEL

20   UNDER SECTION FOUR; AND THAT, THEREFORE, THEY CAN ONLY BE

21   STAYED, NOT COMPELLED, BY THIS COURT.  THE PLAINTIFFS HAVE A

22   DIFFERENT VIEW AS SET FORTH IN THEIR BRIEF.

23       **THE COURT:**  RIGHT.  WELL, WHAT I'M READING IS

24   BASICALLY WHAT YOU HAVE IN HERE, IN YOUR JOINT STATEMENT

25   THAT YOU AGREE THAT 1700 PLAINTIFFS ARE SUBJECT "TO

1   ENFORCEABLE ARBITRATION AGREEMENTS".

2           I'LL GET INTO THE LEGAL ISSUES IN TERMS IF YOU

3   HAVE AN ISSUE.  BUT IS THAT WHAT YOU HAVE IN YOUR JOINT

4   STATEMENT NOT CORRECT?

5           MR. DOSKER:  NO, THAT IS CORRECT.

6           THE COURT:  OKAY.  WELL, THEN THAT'S ALL I KNOW IF

7   IT IS CORRECT.

8           MR. DOSKER:  BUT IT IS MODIFIED BY WHAT IS IN THE

9   JOINT STATEMENT, PAGE ONE, LINES 11 TO 16.  AND THAT HAS THE

10  FUNDAMENTAL QUESTION OF WHAT'S THE LEGAL OUTCOME?

11          THE COURT:  WHAT IS THE PURPOSE OF WHAT YOU HAVE

12  AT PARAGRAPH -- AT PAGE TWO LINES 12 TO 15 IN EXHIBIT E?

13          MR. DOSKER:  THE PURPOSE OF PAGE -- OF THAT --

14          THE COURT:  PAGE TWO, LINES 12 TO 15.

15          MR. DOSKER:  YES, YOUR HONOR.  THAT IS TO CONVEY

16  TO YOUR HONOR THAT THE PARTIES AGREE THAT THERE ARE

17  ENFORCEABLE ARBITRATION AGREEMENTS SENT TO THOSE PEOPLE BUT

18  THE DISPUTE IS OVER.

19          THE COURT:  RIGHT.  AND THAT'S ALL I SAID.  THAT'S

20  ALL I SAID.  I DON'T WANT TO GET INTO A DISCUSSION OF

21  SEMANTICS.  I'M JUST READING WHAT YOU ALL HAVE PROVIDED ME

22  IN YOUR JOINT STATEMENT AND SAYING THAT'S WHAT YOU ALL HAVE

23  AT LEAST REPRESENTED TO ME THAT YOU AGREE.

24          MR. DOSKER:  YES, YOUR HONOR.

25          THE COURT:  I'M NOT -- I'VE NOT IDENTIFIED ALL THE

1    ISSUES YET.  I HAVEN'T EVEN GOT INTO THE BEGINNING YET.  I

2    JUST GOT INTO THE WHAT I CONSIDER THE AGREEMENT BASED ON

3    WHAT YOU HAVE ALL HAVE TOLD ME IN YOUR -- IN THIS JOINT

4    STATEMENT.  AND SO, UM, AS I UNDERSTAND IT, THAT THAT --

5    THOSE ARE THE AGREEMENTS; IS THAT CORRECT?

6              **MR. DOSKER:**  YES.

7              **THE COURT:**  AS SET FORTH ARE THE PARTICULAR

8    AGREEMENTS UNDER WHAT YOU HAVE HERE AS YOU STATED ON PAGE

9    TWO --

10             **MR. DOSKER:**  CORRECT.

11             **THE COURT:**  -- LINES 12 TO 15.

12             **MR. DOSKER:**  YES.  SUBJECT TO WHAT WE HAVE SAID ON

13   PAGE ONE, LINES 11 TO 16, YES, YOUR HONOR.

14             **THE COURT:**  YOU DON'T HAVE THAT IN PARAGRAPH ON

15   PAGE TWO, LINES 12 TO 15.  I'M JUST READING WHAT YOU HAVE ON

16   PAGE TWO, LINES 12 TO 15, IN TERMS OF WHAT YOU'VE AGREED TO.

17   THAT'S WHAT I TOLD YOU ALL TO SUBMIT.  THAT'S WHAT YOU

18   SUBMITTED.  AND THAT'S WHAT YOU SAID.  AND THAT'S WHAT I'M

19   SAYING NOW.  OKAY.

20             ANYTHING ELSE THAT -- THAT YOU DIDN'T STATE

21   CORRECTLY?

22             **MR. RUBIN:**  YOUR HONOR, PLAINTIFF'S AGREE THAT

23   YOUR STATEMENT OF THE AGREEMENT IS ACCURATE AND CORRECT.

24             **THE COURT:**  OKAY.  THANK YOU.

25             NOW, THE PARTIES REMAIN IN DISPUTE TO SOME EXTENT

1  REGARDING WHICH PLAINTIFFS MAY LITIGATE AND WHICH ARE

2  SUBJECT TO ENFORCEABLE ARBITRATION PROVISIONS; SPECIFICALLY,

3  FIRST, PLAINTIFF'S ARGUE THE ARBITRATION AGREEMENTS ARE

4  UNENFORCEABLE UNDER ARIZONA, LOUISIANA AND PENNSYLVANIA LAW;

5  THUS PLAINTIFFS CONTEND PLAINTIFFS FROM THOSE STATES WHICH

6  ARE, I THINK 196 PLAINTIFFS, MUST LITIGATE THEIR CLAIMS.

7       NEXT, THE PARTIES DISPUTE THE APPLICABLE LAW

8  GOVERNING CLAUSE, AND THE EFFECT OF STATE LAW ON THE

9  ENFORCEABILITY OF THE ARBITRATION AGREEMENTS AS TO TWO

10 PLAINTIFFS.

11      THIRD, PLAINTIFFS ALLEGE PROCEDURAL

12 UNCONSCIONABILITY AS TO SIX PLAINTIFFS.

13      AND THEN NEXT, DEFENDANTS SEEK TO DISMISS OR

14 TRANSFER 36 PLAINTIFFS FOR IMPROPER VENUE.

15      IS THAT CORRECT SO FAR?

16      **MR. DOSKER:** YES, YOUR HONOR.

17      **MR. RUBIN:** FROM PLAINTIFF'S PERSPECTIVE, YOUR

18 HONOR, THAT IS CORRECT.  MY NOTES HAD 170 LOUISIANA, ARIZONA

19 AND PENNSYLVANIA PLAINTIFFS.  BUT YOU ARE PROBABLY RIGHT.

20      **THE COURT:** I HAVE 196.  LET ME JUST SEE.  AND I'M

21 LOOKING AT PAGE TWO, YOUR JOINT STATEMENT, PAGE TWO, LINES

22 17 TO 28, AND EXHIBITS F, G AND H.

23      **MR. RUBIN:** I'M SURE I ADDED THEM INCORRECTLY.

24 BUT THOSE -- THOSE ARE THE LISTS.  AND THEY'RE IDENTIFIED.

25 AND IF THAT'S WHAT THEY ADDED UP TO.

1          **THE COURT:**  OKAY.

2          **MR. RUBIN:**  IT'S WHATEVER THEY ADD UP TO.

3          **THE COURT:**  OKAY.  THANK YOU.  AND SO THE

4    COURT IS, UM, --

5          **MR. RUBIN:**  JUST DOUBLE CHECK.

6          **THE COURT:**  MR. DOSKER?

7          **MR. DOSKER:**  WE'LL DOUBLECHECK THE NUMBERS.

8          **THE COURT:**  OKAY.  GOOD.  THANK YOU.  BECAUSE

9    THAT'S ALL WE DID WAS JUST ADDED IT UP.  SO IF OUR ADDITION

10   IS INCORRECT, WE'LL CORRECT THE RECORD AFTER THE RECESS.

11         **MR. RUBIN:**  IT'S PROBABLY INCORRECT.

12         **MR. DOSKER:**  WE'LL AGREE IT'S WHATEVER THOSE

13   EXHIBITS ADD UP TO.

14         **THE COURT:**  AND SO FROM MY PERSPECTIVE, THE COURT

15   IS FACED WITH THE FOLLOWING SIX DISPUTED ISSUES BY THE

16   PARTIES:  THE FIRST ISSUE IS WHETHER THE 1700 PLAINTIFFS

17   LISTED IN EXHIBIT E OF THE JOINT STATEMENT, WHICH THE

18   PARTIES AGREE ARE SUBJECT TO ENFORCEABLE ARBITRATION

19   AGREEMENTS, MUST BE COMPELLED TO ARBITRATE OR WHERE THEIR

20   CLAIMS MAY BE STAYED BY THIS COURT.

21         THE SECOND ISSUE IS WHETHER THE ARBITRATION

22   AGREEMENTS ARE ENFORCEABLE UNDER THE LAWS OF LOUISIANA,

23   ARIZONA AND PENNSYLVANIA.

24         THE THIRD ISSUE IS WHETHER THERE WAS PROCEDURAL

25   UNCONSCIONABILITY AS TO SIX PLAINTIFFS.

1        THE FOURTH ISSUE, WHETHER THE DEFENDANTS MAY

2    EITHER DISMISS OR TRANSFER THE CLAIMS OF 36 PLAINTIFFS.

3        THE FIFTH ISSUE IS WHETHER PLAINTIFFS MAY BE

4    GRANTED LEAVE TO AMEND THEIR FIRST AMENDED COMPLAINT.

5        AND THEN THE SIXTH ISSUE IS WHAT THE APPLICABLE

6    LAW GOVERNING CLAUSE IS REGARDING THE TWO PLAINTIFFS LISTED

7    IN EXHIBIT ONE OF THE JOINT STATEMENT.

8        WITH RESPECT TO THE SIXTH ISSUE, I WILL SAY THERE

9    IS NO BRIEFING BEFORE THE COURT ON THIS ISSUE.  THE ONLY

10   EVIDENCE SUBMITTED TO THE COURT ON THE ISSUE ARE THE

11   DECLARATIONS OF MANAGER OF ACCOUNTING SERVICES FOR CINTAS

12   CORPORATION, STEVEN CHRISTENSON.

13       FROM PAYROLL RECORDS MAINTAINED BY CINTAS IN THE

14   REGULAR AND ORDINARY CASE OF ITS BUSINESS, MR. CHRISTENSON

15   HAS DETERMINED THE STATE WHERE EACH EMPLOYEE WAS WORKING

16   WHEN HE OR SHE RECEIVED HIS OR HER LAST PAYCHECK FROM

17   CINTAS.  AND THAT STAGE IS GEORGIA FOR BOTH PLAINTIFFS IN

18   EXHIBIT ONE.

19       SO IT'S NOT CLEAR ON WHAT BASIS PLAINTIFFS ARE

20   DISPUTING THE DETERMINATION THAT GEORGIA IS THE APPLICABLE

21   STATE, BUT YOU MAY ADDRESS THIS IN YOUR ORAL ARGUMENT IF YOU

22   CHOOSE TO.  IF NOT, UM, I WILL STATE THAT IT'S MY

23   INCLINATION WITH REGARD TO THAT ISSUE TO FIND, BASED UPON

24   WHAT I HAVE, THAT GEORGIA WILL BE THE STATE FOR THOSE

25   PERSONS IN THE ABSENCE OF YOUR ADDRESSING THE ISSUE.

1      **MR. RUBIN:** THANK YOU, YOUR HONOR.

2      **THE COURT:** NOW, I WILL STATE NOW, AND SO WITH

3   RESPECT TO THE ISSUES THAT I HAVE IDENTIFIED, THOSE ARE ALL

4   THE ISSUES THAT ARE BEFORE ME AT THIS POINT; IS THAT

5   CORRECT?

6      **MR. RUBIN:** THAT IS CORRECT, YOUR HONOR.

7      **MR. DOSKER:** I BELIEVE SO, YOUR HONOR, YES.

8      **THE COURT:** SO I WILL NOW GO THROUGH AND STATE MY

9   INCLINATION WITH REGARD TO ISSUES NUMBER ONE THROUGH FIVE

10   SINCE I'VE ALREADY GIVEN YOU MY INCLINATION WITH RESPECT TO

11   NUMBER SIX. AND IN THE CONTEXT OF THE MOTION, FOR THE FOUR

12   MOTIONS THAT ARE PENDING BEFORE THIS COURT, AND I WILL

13   INDICATE SPECIFIC QUESTIONS AS I INDICATE THEM AS I GO ALONG

14   IF I HAVE SPECIFIC QUESTIONS, WHICH QUESTIONS THAT YOU MAY

15   WANT TO INCORPORATE INTO YOUR DISCUSSION.

16      WITH RESPECT TO THE MOTION TO STAY, I AM INCLINED

17   TO GRANT THE DEFENDANT'S MOTION TO STAY. THE COURT HAS NO

18   QUESTIONS REGARDING THIS MOTION AS THE PARTIES HAVE AGREED

19   THAT 1700 PLAINTIFFS ARE "SUBJECT TO ENFORCEABLE ARBITRATION

20   AGREEMENTS". AND SINCE SECTION THREE OF THE FEDERAL

21   ARBITRATION ACT REQUIRES THIS COURT TO STATE FURTHER

22   PROCEEDINGS ONCE IT IS SATISFIED THAT PLAINTIFF'S CLAIMS ARE

23   REFERRABLE TO ARBITRATION, THE COURT IS INCLINED TO STATE

24   THE CLAIMS OF THOSE 1700 PLAINTIFFS.

25      SECTION THREE OF THE FAA STATES, "IN ANY SUIT OR

1  PROCEEDING BROUGHT -- IN ANY OF THE COURTS OF THE UNITED

2  STATES UPON ANY ISSUE".  I'M SORRY.  THERE IS A

3  TYPOGRAPHICAL ERROR HERE.  OKAY.

4          OKAY.  "IF ANY SUIT OR PROCEEDING BE BROUGHT IN

5  ANY OF THE COURTS OF THE UNITED STATES UPON ANY ISSUE

6  REPARABLE TO ARBITRATION UNDER AN AGREEMENT IN WRITING, FOR

7  SUCH ARBITRATION, THE COURT IN WHICH SUCH SUIT IS PENDING

8  UPON BEING SATISFIED THAT THE ISSUE INVOLVED IN SUCH SUIT OR

9  PROCEEDING IS REFERRABLE TO ARBITRATION UNDER SUCH AN

10 AGREEMENT, SHALL, ON APPLICATION BY ONE OF THE PARTIES, STAY

11 THE TRIAL OF THE ACTION UNTIL SUCH ARBITRATION HAS BEEN HAD

12 IN ACCORDANCE WITH THE TERMS OF THE AGREEMENT, PROVIDING THE

13 APPLICANT FOR THE STAY IS NOT IN DEFAULT IN PROCEEDING WITH

14 SUCH ARBITRATION.  THERE IS NO ISSUE WITH RESPECT TO

15 DEFAULT".

16          SO THEREFORE THE APPROPRIATE INQUIRY FOR MOTION TO

17 STAY UNDER THE FAA IS WHETHER THE COURT IS SATISFIED THAT

18 THE ISSUE INVOLVED IN SUCH SUIT OR PROCEEDING IS REFERABLE

19 TO ARBITRATION UNDER AN ARBITRATION AGREEMENT.

20          AND, UM, WITHOUT GOING INTO ALL OF THE PROVISIONS,

21 THE COURT IS EMPOWERED TO SEVER THE PROVISIONS FOUND TO BE

22 UNCONSCIONABLE FROM AN EMPLOYMENT AGREEMENT AND ENFORCED

23 REMAINDER.

24          AND THE DEFENDANTS IN THIS CASE CONCEDE THAT SINCE

25 THE COURT HAS PREVIOUSLY FOUND UNCONSCIONABLE, THE COURT

1  RULES THE PAINES PROVISION THAT THEY WILL CONSENT TO AN

2  ORDER BY THIS COURT SEVERING THAT PROVISION FROM THE

3  EMPLOYMENT AGREEMENT; AND SECOND, SINCE THE COURT HAS ALSO

4  FOUND UNCONSCIONABLE THE TIME LIMITATION WITHIN WHICH AN

5  EMPLOYEE MUST BRING A CLAIM AS WELL AS THE PROVISIONS NOT

6  GUARANTEEING ATTORNEYS' FEES AND COSTS AS GOVERNED BY THE

7  LAWS OF CALIFORNIA, COLORADO, CONNECTICUT, MARYLAND,

8  MICHIGAN, NEW JERSEY, NEW YORK AND NORTH CAROLINA.

9          THE DEFENDANTS HAVE ALSO INDICATED THEY'RE WILLING

10  TO CONSENT TO ALSO SEVERING THOSE PROVISIONS AS WELL.

11          THIRD, THROUGH THE MEET AND CONFER PROCESS, THE

12  PARTIES HAVE AGREED THAT DEFENDANTS WILL NOT SEEK TO STAY

13  THE PROCEEDINGS AS TO OPT-IN PLAINTIFFS FROM TENNESSEE OR

14  WEST VIRGINIA.

15          NOW, WITHOUT CITATION TO ANY AUTHORITY, PLAINTIFFS

16  ARE ARGUING THAT ANY PLAINTIFF WHOSE CLAIMS ARE ARGUABLE

17  UNDER THIS COURT'S OPPORTUNITY ANALYSIS MUST BE COMPELLED TO

18  ARBITRATE AND ONLY THEN MAY THOSE PLAINTIFFS CLAIMS IN COURT

19  BE STATED UNDER SECTION THREE OF THE FAA.

20          BY THIS ARGUMENT, MY POSITION IS THE PLAINTIFFS

21  SEEM TO BE CONTEMPLATING THE OPPORTUNITY TO MAKE A

22  DETERMINATION THAT THE COURT'S AUTHORITY TO COMPEL

23  ARBITRATION PURSUANT TO SECTION FOUR OF THE FAA.

24          THE SUPREME COURT HAS HELD THAT "THE POWER TO

25  GRANT A STAY IS ENOUGH WITHOUT THE POWER TO ORDER THAT THE

1    ARBITRATION PROCEED FOR IF A STAY BE GRANTED, THE DEFENDANT

2    CAN NEVER GET RELIEF UNLESS HE PROCEEDS TO ARBITRATION".

3    AND THAT'S THE ANACONDA CASE AT 322 US 42.

4         ADDITIONALLY, THIS COURT HAS PREVIOUSLY STATED,

5    "NOTHING IN THE TEXT OF SECTION THREE SUGGESTS THAT THE

6    COURT CAN COMPEL ARBITRATION UNDER THAT SECTION".  AND

7    THAT'S IN MY ORDER, APRIL 5, 2004 ORDER, PAGE 13.

8         PERSUASIVE AUTHORITY ON THIS MATTER CAN BE FOUND

9    FROM THOSE COURTS THAT GRANTED A DEFENDANT'S MOTION TO STAY

10   WITHOUT ALSO COMPELLING ARBITRATION.  THE SIMS V. MARCEL

11   CHRYSLER CASE IS DIRECTLY ON POINT WITH THE CIRCUMSTANCES

12   PRESENTED IN THIS CASE.  AND I FOUND THAT CASE VERY

13   PERSUASIVE.

14        IN GRANTING DEFENDANT'S MOTION TO STAY, THE

15   DISTRICT COURT HELD "THE COURT RESPECTFULLY REJECTS THE

16   PLAINTIFF'S SUGGESTION THAT, IN THIS CASE, SEVENTH CIRCUIT

17   PRECEDENT, MANDATES THAT A STATE PENDING ARBITRATION NEVER

18   CAN BE GRANTED UNLESS AND UNTIL THE DEFENDANT MOVES TO

19   COMPEL UNDER SECTION FOUR OR OTHERWISE COMMENCES ARBITRATION

20   PROCEEDINGS AGAINST ITSELF.  NOTHING IN THE TEXT OF SECTION

21   THREE DIRECTS THAT RESULT.  AND PLAINTIFF HAS CITED NO

22   LEGISLATIVE HISTORY IN SUPPORT OF THAT INTERPRETATION.

23        LIKEWISE, SEVENTH CIRCUIT PRECEDENT DIRECTS THAT

24   THE FILING OF A MOTION TO STAY IS A PROPER METHOD FOR THE

25   INITIAL ASSERTION OF ARBITRATION RIGHTS.  SEVENTH CIRCUIT

1    TEACHING EXPRESSLY ACKNOWLEDGES THAT A LITIGANT SUCH AS

2    DEFENDANT IS OFTEN CONTENT WITH A STAY ALONE PURSUANT TO

3    SECTION THREE BECAUSE THE CASE AGAINST A DEFENDANT WILL THEN

4    BE STYMIED UNLESS THE PLAINTIFF PUSHES THE LITIGATION

5    FORWARD IN ARBITRATION.

6         AND AT LEAST FROM THE COURT'S RESEARCH ON THE

7    ISSUE, THE PARTIES BREACH ARE RATHER ABBREVIATED.  IT

8    APPEARS THAT EVERY COURT THAT HAS PASSED ON THE ISSUE HAS

9    FOUND THAT A DEFENDANT NEED NOT PUSH LITIGATION FORWARD

10   AGAINST ITSELF BY ACTUALLY COMMENCING ARBITRATION TO WARRANT

11   AN OTHERWISE LEGITIMATE STAY UNDER SECTION THREE OF THE FAA.

12        AND THAT'S THE -- FOUND AT PAGE 317, FED SUP 2ND

13   838, SPECIFICALLY AT PAGE 843.

14        AND THERE ARE A NUMBER OF OTHER CASES THAT I ALSO

15   FOUND PERSUASIVE.  BUT MORE IMPORTANTLY, PLAINTIFFS DO NOT

16   POINT TO ANY AUTHORITY THAT MANDATES A SIMULTANEOUS ORDER

17   COMPELLING ARBITRATION IN THE CONTEXT OF A MOTION TO STAY.

18   AND SO LONG AS THE EMPLOYMENT AGREEMENTS OF THE OPT-IN

19   PLAINTIFFS ARE ENFORCEABLE PURSUANT TO LOCAL STATE LAWS, THE

20   COURT IS INCLINED TO GRANT DEFENDANT'S MOTION TO STAY.

21        THAT'S MY INCLINATION WITH RESPECT TO THE MOTION

22   TO STAY.

23        WITH RESPECT TO THE MOTION CONCERNING COMPLIANCE,

24   THE COURT HAS THREE GLOBAL QUESTIONS IT WISHES THE PARTIES

25   TO ADDRESS IN THEIR ORAL ARGUMENTS CONCERNING PLAINTIFF'S

1    **THE COURT:**  SO A FACILITATIVE NOTICE HAS SAID THAT

2    IF THESE PEOPLE ARE ALL GOING TO BE COMPELLED TO ARBITRATION

3    SO WHY -- HOW WOULD I RELY ON IT WHEN I ISSUE A FACILITATIVE

4    NOTICE THAT DIDN'T SAY THAT?

5    **MR. RUBIN:**  BECAUSE THE PARAGRAPH SIX THAT I

6    QUOTED THAT DISCUSSED THE PROCEDURE WHERE THE ARBITRATORS'

7    DECISIONS ON CLASS CERTIFICATION WILL COME BACK TO YOU.

8    **THE COURT:**  ALL RIGHT.

9    **MR. RUBIN:**  OCCUR WHEN, AS THE PARTIES UNDERSTOOD

10   AT THE TIME, THE ARBITRATOR IS ONE WHO GOT THE CASES

11   PURSUANT TO AN ORDER COMPELLING ARBITRATION.  OTHERWISE, IF

12   SOME OTHER COURT COMPELLED ARBITRATION, AN ARBITRABLE

13   DECISION WOULD GO TO THAT COURT.  IF PLAINTIFFS FILED

14   ELSEWHERE, IT'S NOT CLEAR WHICH COURT IT WOULD GO TO.

15   WE WILL FILE THE ARBITRATION CLAIMS BEFORE JUSTICE

16   MYERSON.  AND WE WILL TRY TO HAVE THEM CONSOLIDATED AND

17   HEARD TOGETHER.  WE'RE TRYING TO AVOID UNNECESSARY

18   LITIGATION OVER ARBITRATION VENUE.

19   BUT YOUR STATEMENT, YOUR APPROVAL OF THE STATEMENT

20   THAT YOU WILL DECIDE CLASS CERTIFICATION ON REVIEW OF THE

21   ARBITRATOR'S DECISION NECESSARILY REFLECTED YOUR

22   UNDERSTANDING THAT YOU WOULD BE COMPELLING THE PLAINTIFFS'

23   NON-ERISA CLAIMS TO THE ARBITRATION THAT IS COMING BACK TO

24   YOU.  OTHERWISE, IT WOULD BE COMING BACK --

25   **THE COURT:**  THE ONES THAT I COMPEL ARBITRATION OF.

1    NOW, HAVING MOVED FOR RECONSIDERATION AND CHANGED THE GROUND

2    RULES, PLAINTIFF IS TRYING TO CONCOCT AN ARGUMENT BASED ON A

3    CMC, AN ILLUSION OF A CMC STATEMENT THAT SOMEHOW CINTAS GAVE

4    UP A CLEAR STATUTORY RIGHT TO MAKE THE MOTION THAT IT HAS

5    MADE AND WHICH IS PENDING BEFORE YOU NOW.  SO FOR THAT

6    ADDITIONAL REASON, YOUR HONOR, YOUR HONOR'S ADDITIONAL YOUR

7    HONOR'S ORIGINAL ASSESSMENT WHEN YOU TOOK THE BENCH THIS

8    AFTERNOON IS CORRECT.

9         **THE COURT:**  MR. RUBIN, IS THERE ANY AUTHORITY THAT

10   YOU CAN CITE TO WHERE A COURT CAN COMPEL ARBITRATION WITHOUT

11   A MOTION TO COMPEL UNDER SECTION FOUR?  IF SO, I'M GOING TO

12   GIVE YOU THE OPPORTUNITY TO PROVIDE IT TO ME AND LET MR. --

13   UM, COUNSEL.

14        **MR. DOSKER:**  DOSKER.  THANK YOU.

15        **THE COURT:**  I'M SORRY -- RESPOND TO IT BECAUSE IT

16   JUST SEEMS TO ME THAT YOU'RE ASKING FOR A NOVEL APPLICATION

17   OF SECTION THREE.  AND I, AND I HONESTLY AND IT COULD BE

18   THAT IT'S THE LATENESS OF THE HOUR.  WE'VE BEEN IN COURT ALL

19   DAY.  BUT I -- I'M JUST NOT -- I UNDERSTAND WHAT YOU'RE

20   ARGUING BUT WHAT YOU'RE POINTING ME TO, I'M NOT PERSUADED

21   SAYS THAT.

22        **MR. RUBIN:**  YOUR HONOR --

23        **THE COURT:**  I DON'T.  I, UM, AND I GUESS MAYBE THE

24   HEART OF THIS ALL THIS FOR ME, TOO, THAT'S MOST TROUBLING IS

25   THAT YOU ALL ARE THE ONES THAT SUBMITTED THE STIPULATION.

1    OUR HEARING.

2         **MR. RUBIN:**  THANK YOU, YOUR HONOR.

3         AND THANK YOU ALSO TO THE COURT REPORTER FOR

4    STICKING AROUND AND TO YOUR CLERK.  I KNOW IT'S LATE.  I

5    APPRECIATE IT.

6         **THE COURT:**  IT IS LATE.  OKAY.  YOU ALL HAVE A

7    NICE EVENING.

8         **MR. DOSKER:**  THANK YOU, YOUR HONOR.

9         **MR. RUBIN:**  THANK YOU, YOUR HONOR.

10        **MR. DOSKER:**  YOU, TOO.

11        (WHEREUPON, AT 5:45 P.M. THE PROCEEDINGS CONCLUDED.)

12            COURT REPORTER'S CERTIFICATE

13        I, STARR A. WILSON, CSR NO. 2462, UNITED STATES

14    DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, DO HEREBY

15    CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

16    RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

17        I CERTIFY THAT THE TRANSCRIPT FEES AND FORMAT

18    COMPLY WITH THOSE PRESCRIBED BY THE COURT AND JUDICIAL

19    CONFERENCE OF THE UNITED STATES.

20

21    _____

22            STARR A. WILSON, CSR NO. 2462

23

24

25

EXHIBIT 4

PAGES 1 - 87

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

PAUL VELIZ, ET AL.,              )
                                 )
          PLAINTIFFS,            )
                                 )
  VS.                            )      NO. C 03-01180 SBA
                                 )
CINTAS CORPORATION, ET AL., )           THURSDAY, OCTOBER 27, 2005
                                 )
                                 )      OAKLAND, CALIFORNIA
          DEFENDANTS.            )
_____  )

COPY

REPORTER'S TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:          ALTSHULER, BERZON, NUSSBUAM
                         RUBIN & DEMAIN
                         177 POST STREET - SUITE 300
                         SAN FRANCISCO, CALIFORNIA  94108
                   BY:   MICHAEL RUBIN, ESQUIRE
                         EILEEN B. GOLDSMITH, ESQUIRE

                         LERACH COUGHLIN STOIA GELLER
                         RUDMAN & ROBBINS
                         401 B STREET, SUITE 1700
                         SAN DIEGO, CALIFORNIA 92101
                   BY:   STEVEN W. PEPICH, ESQUIRE


FOR DEFENDANTS:          SQUIRE, SANDERS & DEMPSEY
                         ONE MARITIME PLAZA, THIRD FLOOR
                         SAN FRANCISCO, CALIFORNIA  94111
                   BY:   MARK C. DOSKER, ESQUIRE
                         ANGELA N. O'ROURKE, ESQUIRE
                         Y. ANNA SUH, ESQUIRE


REPORTED BY:             DIANE E. SKILLMAN, CSR #4909, RPR, FCRR
                         OFFICIAL COURT REPORTER

1  <u>THURSDAY, OCTOBER 27, 2005</u>                    <u>12:10 P.M.</u>

2

3          THE CLERK:  CALLING CIVIL 03-1180 VELIZ VERSUS

4  CINTAS CORPORATION.

5          THE COURT:  GOOD MORNING -- GOOD AFTERNOON, I SHOULD

6  SAY.

7          MR. RUBIN:  MICHAEL RUBIN OF ALTSHULER BERZON FOR

8  PLAINTIFFS.

9          THE COURT:  GOOD AFTERNOON.

10         MR. RUBIN:  WITH ME IS EILEEN GOLDSMITH OF ALTSHULER

11 BERZON AND OUR COLLEAGUE STEVEN PEPICH FROM THE LERACH LAW

12 FIRM.

13         THE COURT:  GOOD AFTERNOON.

14         MR. DOSKER:  GOOD AFTERNOON, YOUR HONOR, MARK DOSKER

15 FROM SQUIRE, SANDERS & DEMPSEY ON BEHALF OF CINTAS.  WITH ME

16 ARE MY COLLEAGUES ANGELA O'ROURKE --

17         THE COURT:  ANGELA O'ROURKE, OKAY.

18         MR. DOSKER:  -- AND ANNA SUH.

19         THE COURT:  ANNA WHAT?

20         MR. DOSKER:  SUH, S-U-H.

21         THE COURT:  S-U-H.  OKAY, GOOD AFTERNOON.

22         OKAY.  WE'RE IN CONTINUATION OF THE HEARING THAT WE

23 STARTED ON OCTOBER 18TH FOR ORAL ARGUMENTS ON THE MOTIONS,

24 DEFENDANTS' MOTION TO STAY PROCEEDINGS, PLAINTIFFS' MOTION TO

25 STAY IN COMPLIANCE WITH COURT ORDERS, DEFENDANTS' MOTION TO

1  DISMISS AS TO CERTAIN OPERATIVE PLAINTIFFS AND PLAINTIFFS'

2  MOTION TO FILE SECOND AMENDED COMPLAINT.

3          AT THE TIME THAT WE HAD THE LAST HEARING, WHICH

4  LASTED ABOUT TWO TO THREE HOURS, I GUESS, I HAD GIVEN YOU ALL

5  MY INCLINATIONS WITH RESPECT TO EACH OF THE MOTIONS, AND

6  ALTHOUGH THE ORAL ARGUMENT WAS FOCUSED EXCLUSIVELY ON THE

7  ISSUES RAISED BY DEFENDANTS' MOTION TO STAY, I HAD GIVEN YOU

8  SOME QUESTIONS WITH RESPECT TO THE OTHER MOTIONS THAT I WAS

9  INTERESTED IN HAVING YOU ADDRESS.

10         GIVEN THE TIME FRAME THAT WE SPENT DISCUSSING THE

11 MOTION TO STAY AND THE LATENESS OF THE HOUR, WE DECIDED THAT

12 COUNSEL FOR PLAINTIFFS' REQUEST TO CONTINUE THE HEARING TO

13 ALLOW YOU ALL TO SUBMIT SUPPLEMENTAL BRIEFING WITH RESPECT TO

14 THE ISSUE THAT YOU WERE ARGUING AND CONTINUE IT TILL TODAY, AND

15 I GRANTED THAT REQUEST.

16         I HAVE RECEIVED THE SUPPLEMENTAL BRIEFING THAT BOTH

17 OF YOU HAVE SUBMITTED, AND GIVEN THAT THE MOTION TO STAY IS BUT

18 ONE OF THE MOTIONS I HAVE TO RESOLVE TODAY, I AM ACTUALLY JUST

19 GOING TO RULE ON IT BASED ON WHAT YOU HAVE SUBMITTED.  I DON'T

20 REALLY HAVE A NEED FOR FURTHER ARGUMENT ON IT.  AND I WOULD

21 LIKE FOR YOU ALL -- I THINK YOU INDICATED YOU NEEDED A HALF AN

22 HOUR AND TAKE THE TIME THAT YOU HAVE TO FOCUS ON THE OTHER

23 ISSUES AS WELL.

24         NOW, WITH RESPECT TO THE DEFENDANTS' MOTION TO STAY,

25 THERE APPEARS TO BE NO DISAGREEMENT AS TO WHETHER THE COURT

1    SHOULD GRANT THE MOTION TO STAY.  SO THAT MOTION IS OBVIOUSLY

2    GOING TO BE GRANTED.

3           THE ONLY ISSUE IS WHETHER THE COURT MUST ALSO COMPEL

4    ARBITRATION.  AND I HAVE GONE THROUGH WHAT BOTH OF YOU HAVE

5    SUBMITTED, AND IT'S SOMEWHAT TROUBLING TO ME THAT PLAINTIFFS

6    CITE TO NO CASE WHERE THE COURT HAS COMPELLED ARBITRATION OF

7    PLAINTIFFS' CLAIMS IN THE ABSENCE OF A MOTION TO COMPEL.

8    PLAINTIFFS CITE TO NO CASE WHERE A COURT HAS FOUND THE

9    DEFENDANT HAS WAIVED HIS RIGHTS TO SEEK AND STATE PURSUANT TO

10   SECTION 3.  AND PLAINTIFFS ALSO CITE TO NO CASE WHERE A COURT

11   FOUND AN ADOPTION OF JUDICIAL ESTOPPEL PREVENTING A DEFENDANT

12   FROM ELECTING TO SEEK A STAY PURSUANT SECTION 3, WHILE AT THE

13   SAME TIME ELECTING NOT TO SEEK A MOTION TO COMPEL UNDER

14   SECTION 4.

15           THE EXCERPTS THAT WERE -- FIRST OF ALL, I WILL SAY

16   THAT I WAS ALSO TROUBLED BY THE -- I GAVE FIVE -- GAVE YOU ALL

17   LEAVE TO FILE A SELF-CONTAINING SUPPLEMENTAL IN FIVE PAGES, AND

18   I WAS NOT UNDER THE IMPRESSION AT ALL IN READING THESE PAPERS

19   THAT YOU ALL HAD INDEED RESTRICTED YOURSELVES TO THE FIVE

20   PAGES, BUT BY INCORPORATING BY REFERENCE AND THEN ARGUING ABOUT

21   DOCUMENTS THAT WERE NOT PART OF THE FIVE PAGES, AND I

22   INTERPRETED THAT AS BEING A DIRECT ATTEMPT TO CIRCUMVENT THE

23   COURT'S GRANTING YOU FIVE PAGES.  AND I FOUND THAT TROUBLING.

24           IN ANY EVENT, READ IN CONTEXT, THE EXCERPTS THAT

25   WERE PROVIDED TO THE COURT DO NOT DEMONSTRATE DEFENDANTS AGREED

1  TO PROSPECTIVELY COMPEL FUTURE PLAINTIFFS TO ARBITRATION.  MUCH

2  OF THE QUOTED TEXT PERTAINS TO 36 ADDITIONAL SSR'S FROM STATES

3  WHICH QUOTE "BECAUSE OF TIMING OF WHEN THEIR CONSENTS TO SUE

4  WERE FILED" WERE NOT ADDRESSED IN THE MOTION TO COMPEL

5  ARBITRATION.  BECAUSE THOSE STATES WERE NOT ADDRESSED IN THE

6  COURT'S APRIL 5TH ORDER, THE PARTIES AGREED TO MEET AND CONFER

7  AS TO WHETHER THE COURT WOULD OR WOULD NOT ENFORCE THE

8  ARBITRATION AGREEMENT IN THOSE STATES.

9        THAT IS NOT A STATEMENT AS TO FUTURE TREATMENT OF

10  PLAINTIFFS THAT HAVE NOT YET OPTED IN, BUT A WAY IN WHICH THE

11  PARTIES CAN AGREE AS TO WHICH PLAINTIFFS MUST PROCEED IN

12  ARBITRATION OR IN COURT, WITHOUT THIS COURT'S RULING ON THE

13  MOTION.

14        THE CITING OF THE LANGUAGE IN THE APRIL 23RD ORDER

15  IN TERMS OF THE MOTION TO COMPEL ALSO IS NOT AS PLAINTIFFS

16  APPARENTLY HAVE INTERPRETED IT.  THE LANGUAGE BASICALLY IS THAT

17  THE PARTIES WOULD BE, ONCE THEY RECEIVED THE NOTICE, THE THRUST

18  OF THE ORDER WAS TO INSTRUCT THE PARTIES AS TO THE FORM AND

19  PROCEDURE OF MAILING THE FACILITATED NOTICE, AND THAT THEY

20  WOULD BE COMPELLED IN THE SENSE OF THE INDIVIDUALS BEING

21  LEGALLY REQUIRED TO ARBITRATE IN ACCORDANCE WITH THE TERMS OF

22  WHATEVER AGREEMENTS THEY HAD AT THE TIME THAT GOVERN.

23        AND, FINALLY, THE JUNE 9TH, 2004 ORDER COMPELLING

24  ARBITRATION OF OPT-IN PLAINTIFFS FROM ALABAMA, FLORIDA,

25  KENTUCKY, NEVADA AND OHIO BASICALLY WAS PART OF AN AGREEMENT

1  THAT YOU ALL -- YOU CAME UP WITH.  AND THERE IS NOTHING IN THE

2  WORDING OF THAT ORDER THAT SUGGESTS THAT IT APPLIES TO ANY

3  PLAINTIFF OTHER THAN THOSE WHO SUBMITTED CONSENT-TO-SUE FORMS

4  AS OF THAT DATE AND ARE FROM THOSE STATES OF ALABAMA, FLORIDA,

5  KENTUCKY, NEVADA AND OHIO.

6       THE STIPULATION AND ORDER IS SPECIFICALLY TIED TO

7  BRING OF THE MOTION TO COMPEL.  THE STIPULATION STATES QUOTE,

8  "IF CINTAS FILED A MOTION TO COMPEL ARBITRATION OF THE CLAIMS

9  OF CINTAS EMPLOYEES FROM", AND GIVES THE STATES AND GOES ON.

10  AND THEN THE COURT HELD THAT IT WAS COMPELLING ARBITRATION

11  SUBJECT TO QUOTE "ALL RIGHTS OF JUDICIAL REVIEW, APPEAL AND

12  CHALLENGE THAT THE PARTIES WOULD HAVE IF THEY HAD FULLY

13  LITIGATED SAID MOTION TO COMPEL ARBITRATION OF CLAIMS FILED BY

14  CINTAS EMPLOYEES."

15       I SEE THAT AS BEING A SIGNIFICANT DISTINCTION.  IN

16  GENERAL, MY READING OF PLAINTIFFS' PAPERS IS THAT PLAINTIFFS

17  ARE BASICALLY IGNORING THE RATIONALE BEHIND SECTION 4.  WHERE A

18  PLAINTIFF WHO IS OTHERWISE SUBJECT TO AN ENFORCEABLE

19  ARBITRATION AGREEMENT INSTEAD FILES A COMPLAINT AGAINST A

20  DEFENDANT IN COURT, SECTION 4 EMPOWERS THE DEFENDANT TO BRING A

21  MOTION TO COMPEL ARBITRATION OF THAT PLAINTIFF'S CLAIM.

22       THERE IS NO SUCH DISPUTE HERE.  THE PARTIES AGREE

23  THAT 1700 PLAINTIFFS ARE SUBJECT TO ENFORCEABLE ARBITRATION

24  AGREEMENTS.  IF THOSE 1700 PLAINTIFFS WISH TO PURSUE THEIR

25  CLAIMS AGAINST DEFENDANT, THEY MUST, THEREFORE, PROCEED IN

1  ARBITRATION.  AS A PRACTICAL MATTER, WHY SHOULD THIS COURT

2  COMPEL ARBITRATION OF PLAINTIFFS WHEN THEY KNOW AND THEY AGREE

3  THEY ARE SUBJECT TO ARBITRATION.  I DON'T UNDERSTAND WHY IT'S

4  EVEN NECESSARY WHEN THERE IS NO DISPUTE IN THAT RESPECT.

5        BUT, ANYWAY, THERE IS A TOTAL ABSENCE OF AUTHORITY

6  SUPPORTING PLAINTIFFS' POSITION, AND THE FACTS ARE NOT EVEN

7  SUPPORTING IT.  THE DEFENDANTS' MOTION TO STAY IS GRANTED.  AND

8  TO THE EXTENT THAT PLAINTIFFS HAVE A MOTION TO COMPEL OR TO

9  HAVE THE COURT FIND THAT IT MUST ALSO SIMULTANEOUSLY GRANT A

10  MOTION TO COMPEL WITH A MOTION TO STAY, THAT IS DENIED.

11        NOW, THE MOTION CONCERNING COMPLIANCE, I HAD A

12  COUPLE OF QUESTIONS.  THE FIRST QUESTION I HAD WAS WHETHER

13  THERE WAS ANY DISPUTE THAT THE IRREPARABLE HARM CLAUSE APPEARS

14  IN ALL YOUR AGREEMENTS WITH PLAINTIFFS.

15        **MR. DOSKER:**  YOUR HONOR, WE DOUBLE-CHECKED THAT, AND

16  WE BELIEVE THAT IT DOES APPEAR IN THEM ALL.

17        **THE COURT:**  IT DOES.  OKAY.

18        **MR. DOSKER:**  WE OBSERVE, YOUR HONOR, TO ANSWER THE

19  RELATED QUESTION YOUR HONOR HAD, WE THINK THAT, YES, YOUR HONOR

20  WAS RIGHT THAT THE BUSINESS PURPOSE FOR THE CLAUSE APPEARS IN

21  THE FACE OF IT, AND THAT IS THAT THE COURTS, OF COURSE, ARE

22  ALWAYS OPEN.  AN ARBITRATOR DOESN'T GET SELECTED FOR A MONTH OR

23  MAYBE TWO OR THREE INTO A CASE --

24        **THE COURT:**  RIGHT.

25        **MR. DOSKER:**  -- SO IF A PARTY NEEDS A TRO, TEMPORARY

1    YOUR HONOR.

2         THE COURT:  OKAY.

3         I ALSO WONDER, EVEN THOUGH I HAVE ALREADY DENIED THE

4    MOTION TO COMPEL, WHY DO YOU ALL FEEL IT NECESSARY TO FILE FOR

5    A MOTION TO COMPEL ARBITRATION OF 1700 PEOPLE THAT YOU ALL

6    AGREE MUST ARBITRATE?  WHY IS ALL THIS ACTIVITY NECESSARY?

7         MR. RUBIN:  WHY IS IT IMPORTANT?

8         THE COURT:  TO HAVE A MOTION TO COMPEL PEOPLE WHO

9    HAVE KNOWLEDGE THAT THEY HAVE TO ARBITRATE.

10        MR. RUBIN:  BECAUSE IF YOUR HONOR COMPELS

11   ARBITRATION --

12        THE COURT:  I MEAN, OTHER THAN YOUR STRATEGIC

13   WANTING TO HAVE IT IN ONE PLACE; IS THAT IT?  YOU WANT ME TO

14   PUT THEM ALL IN ONE PLACE, BUT --

15        MR. PEPICH:  THERE IS A REASON, YOUR HONOR --

16        THE COURT:  THE THING THAT BOTHERS ME IS THIS IS A

17   LOT OF WORK THAT IS UNNECESSARY BECAUSE YOU ALL DON'T HAVE ANY

18   DISPUTE AS TO WHETHER THEY HAVE TO ARBITRATE, BUT YOU COME IN

19   HERE ARGUING OVER WHETHER I HAVE TO COMPEL IT, AND I REALLY

20   WOULD LIKE YOU TO ANSWER DIRECTLY MY QUESTION --

21        MR. PEPICH:  I WILL DO THAT, YOUR HONOR.

22        THE COURT:  -- WHY ARE YOU ASKING ME TO COMPEL

23   ARBITRATION FOR 1700 PEOPLE THAT THERE IS NO DISPUTE MUST

24   ARBITRATE OTHER THAN A STRATEGIC DESIRE TO HAVE THEM IN ONE

25   LOCATION, WHICH I DON'T CONSIDER THE COURT OBJECTIVE HERE.

1       MR. PEPICH:  BECAUSE, YOUR HONOR, WE WOULD NOT AGREE

2   WITH CINTAS THAT THESE PEOPLE HAVE TO ARBITRATE.

3       THE COURT:  I THOUGHT YOU ALREADY HAVE.

4       MR. PEPICH:  WE HAVE ONLY AGREED TO THAT BECAUSE WE

5   EARLIER STIPULATED THAT THE PROVISIONS OF THE APRIL 5 ORDER

6   COMPELLING THE FIRST 55 PEOPLE TO ARBITRATE WOULD EXTEND OUT TO

7   FUTURE PEOPLE.  BUT WE DON'T VOLUNTARILY --

8       THE COURT:  THAT'S NOT IN THERE.  I DIDN'T SEE

9   ANYTHING SUPPORTING THAT.

10      MR. PEPICH:  I APOLOGIZE, YOUR HONOR.  IT ACTUALLY

11  GOES ALL THE WAY BACK TO THE JOINT CMC STATEMENT THAT WAS

12  SUBMITTED IN APRIL 23 OF 2004, IN WHICH THE PARTIES -- CINTAS

13  CAME TO US AFTER IT WON THE MOTION TO COMPEL ARBITRATION AND

14  SAID, LOOK, WE DON'T WANT TO HAVE TO CONTINUE TO BRING MOTIONS

15  TO COMPEL ARBITRATION, WILL YOU AGREE THAT WE CAN EXTEND THE

16  PROVISIONS OF THE APRIL 5 ORDER TO THE NEW OPT-INS.

17      MR. DOSKER:  OBJECTION, YOUR HONOR.  NO SUCH

18  STATEMENT WAS MADE.

19      THE COURT:  I AM NOT GOING TO GET INTO --

20      MR. PEPICH:  I AM JUST TELLING YOU THAT'S THE REASON

21  WHY WE DON'T AGREE THAT THESE PEOPLE HAVE TO ARBITRATE.  WE

22  ONLY AGREE THAT THE APRIL 5TH ORDER AND THE REASONING OF THE

23  COURT'S ORDER EXTENDS TO THEM, AND IF CINTAS WERE TO BRING A

24  MOTION --

25      MR. RUBIN:  THERE IS A NONSTRATEGIC PRACTICAL

1   REASON, YOUR HONOR.

2           THE COURT:  BECAUSE WHAT I HAVE IS THE PARTIES AGREE

3   TO 1700 PLAINTIFFS ARE SUBJECT TO ENFORCEABLE ARBITRATION

4   AGREEMENTS.

5           MR. RUBIN:  THAT'S SUBJECT -- BASED ON YOUR

6   ANALYSIS, WHICH WE HAVE DISPUTED, BUT WE RECOGNIZE IS YOUR

7   ANALYSIS.

8           THE COURT:  RIGHT.

9           MR. RUBIN:  THE REAL REASON AT THIS POINT THAT WE

10  ARE ARGUING OVER THIS MOTION TO COMPEL IS BECAUSE IF CINTAS

11  OPPOSES ALL PLAINTIFFS ARBITRATING IN ONE PLACE, AND TRIES TO

12  SPLIT THESE 700 (SIC) PEOPLE THROUGHOUT THE COUNTRY --

13          THE COURT:  1700 PEOPLE.

14          MR. RUBIN:  1700 PEOPLE THROUGHOUT THE COUNTRY --

15          THE COURT:  WHAT DO YOU MEAN "TRY TO SPLIT"?  THESE

16  PEOPLE HAVE AGREEMENTS.  I DON'T UNDERSTAND THIS.

17          PEOPLE -- AND THE ONES THAT ARE UNENFORCEABLE ARE

18  UNENFORCEABLE.  BUT THE ONES THAT ARE ENFORCEABLE, THESE ARE

19  ENFORCEABLE AGREEMENTS THAT THEY HAVE AGREED TO.

20          SO WHAT DO YOU MEAN THEY ARE TRYING TO SPLIT THEM?

21  THESE ARE AGREEMENTS THAT THEY HAVE AGREED TO.  SO WHAT YOU ARE

22  ASKING ME IS TO CONSIDER ENGAGING IN AN ANALYSIS THAT IS

23  DESIGNED TO OR LIKELY TO RESULT IN PROVIDING A RELIEF THAT THEY

24  HAVE NOT AGREED TO.

25          MR. RUBIN:  IT'S RELIEF THAT IS MANDATED BY STATUTE,

1   BY SECTION 4, AND SINCE YOU HAVE RETAINED JURISDICTION OVER

2   EACH OF THESE 1700 PEOPLE'S ERISA CLAIMS --

3           **THE COURT:**  NO.  NEVER MIND.  I THOUGHT YOU WERE

4   GOING TO ANSWER THE QUESTION, BUT I DON'T THINK YOU ARE.

5           LET'S GET TO THE NEXT ISSUE.  WITH RESPECT TO THE --

6   OKAY.

7           SO I INDICATED AT THE LAST HEARING THAT I WAS

8   INCLINED TO DENY PLAINTIFFS' MOTION THAT THE ARBITRATION

9   AGREEMENT IS UNENFORCEABLE UNDER LAWS OF ARIZONA, LOUISIANA AND

10  PENNSYLVANIA, AND I HAVEN'T HEARD ANYTHING THAT WOULD SUGGEST

11  OTHERWISE.  SO --

12          **MR. RUBIN:**  YOUR HONOR, WE HAVEN'T ARGUED THAT, AND

13  I HAVE JUST ONE BRIEF POINT I WOULD MAKE ON IT.

14          **THE COURT:**  OKAY.

15          **MR. RUBIN:**  THE -- WHAT YOU EXPLAINED IN YOUR

16  TENTATIVE IS THAT YOU LOOKED QUITE COMPREHENSIVELY AT THE

17  VARIOUS CASES, AND YOU CONCLUDED THAT THE BETTER REASONED

18  CASES -- AND LET'S START WITH LOUISIANA.  IN LOUISIANA, YOU

19  FOUND THAT THE BETTER REASONED CASE WAS A LOUISIANA FEDERAL

20  COURT DECISION.  THEREFORE, YOU CONCLUDED, APPLYING THE

21  REASONING OF THAT CASE, IN CONTRAST TO THE LOUISIANA STATE

22  CASES THAT WE CITED, LOUISIANA IS NOT LIKE ARKANSAS LAW.

23          SO THE POINT I AM MAKING IS SIMPLY THIS:  UNDER

24  SECTION 2 OF THE FEDERAL ARBITRATION ACT AND UNDER YOUR

25  APRIL 5TH, 2004 ORDER, THE ONLY ISSUE IS WHAT DOES THE STATE

<u>CERTIFICATE OF REPORTER</u>

I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN C-03-1180 SBA, PAUL VELIZ, ET AL. V. CINTAS CORPORATION, ET AL., PAGES NUMBERED 1 THROUGH 87, WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AT THE TIME OF FILING.

**THE INTEGRITY OF THE REPORTER'S CERTIFICATION OF SAID TRANSCRIPT MAY BE VOID UPON REMOVAL FROM THE COURT FILE.**

*Diane E. Skillman*

DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930**

EXHIBIT 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| PAUL VELIZ, et al, On behalf of Themselves and All Others Similarly Situated. <br><br> Plaintiffs, <br><br> vs. <br><br> CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive, <br><br> Defendants. | Case No. 03-01180 (SBA) <br><br> CLASS ACTION <br><br> ORDER <br><br> [Docket Nos. 433, 445, 451 & 460] |

## I.    INTRODUCTION

The following motions are before this Court:  (1) Defendant Cintas Corporation's ("Cintas") Motion to Stay Proceedings, Pursuant to 9 U.S.C. § 3, as to Certain Opt-in Plaintiffs Who are not Subject to the Court's April 5, 2004 Order [Docket No. 445], (2) Defendants' Motion to Dismiss as to Certain Opt-In Plaintiffs for Improper Venue or, in the Alternative, to Transfer for Improper Venue or, in the Alternative, to Transfer in the Interests of Justice and Convenience [Docket No. 433], (3) Plaintiffs' "Motion in Compliance with Court Orders Regarding Which Plaintiffs Must Arbitrate and Which Plaintiffs May Litigate Their Non-ERISA Overtime Wage Claims " [Docket No. 451], and  (4) Plaintiffs' Motion for Leave to File Second Amended Complaint [Docket No. 460].  Having read and considered the arguments presented by the parties in support of and in opposition to those motions in the papers submitted to the Court, and having heard and considered the arguments presented by counsel at the October 18, 2005 and October 27, 2005 hearings on those motions, the Court hereby enters the following Order, for the reasons stated herein and for the reasons as were more fully stated by the Court on the record at the hearings on October 18, 2005 and October 27, 2005.

**II.    CINTAS' MOTION TO STAY PROCEEDINGS, PURSUANT TO 9 U.S.C. § 3, AS TO CERTAIN OPT-IN PLAINTIFFS WHO ARE NOT SUBJECT TO THE COURT'S APRIL 5, 2004 ORDER**

Since Cintas filed its Motion to Compel Arbitration (Docket No. 45) as to certain plaintiffs in August 2003, approximately 2,400 persons have "opted in" to this case by filing consent-to-sue forms.  Many of them signed individual employment agreements with arbitration terms.  The parties have agreed that the plaintiffs to whom Cintas' Motion to Stay was directed consist of the persons listed on Exhibits E, F, G, H, I and J to the Joint Statement of the Parties in Response to the Court's September 27, 2005 Order [Docket No. 501].  A copy of those lists is attached as an Appendix hereto.  The 1,884 persons on the lists attached as an Appendix hereto are referred to in this Order as the "Stay Motion Plaintiffs".[1]

This Court has held that none of the Stay Motion Plaintiffs is subject to Cintas' original Motion to Compel (and thus have not been compelled by this Court to arbitrate their claims).  May 4, 2005 Order at 13 [Docket No. 426].

Cintas has now moved pursuant to Section 3 of the Federal Arbitration Act ("FAA") to stay further litigation of the claims asserted in this action by each of the Stay Motion Plaintiffs until "arbitration has been had in accordance with the terms of the agreement" into which each of the Stay Motion Plaintiffs entered.  Under the FAA, if the Court determines that a party's claims are arbitrable, it must stay the litigation of those claims upon a party's request. 9 U.S.C. § 3.

Plaintiffs have asserted that the Court is also required to compel arbitration of the claims of the Stay Motion Plaintiffs on the theory advanced by plaintiffs -- that Cintas waived its statutory right under the FAA to move in this Court only to stay or should be estopped from arguing that the Stay Motion Plaintiffs should not be compelled by this Court based on prior statements to this Court.  The Court has reviewed the parties' submissions and finds no authority, and plaintiffs have cited no case, where a court has compelled arbitration of plaintiffs' claims in

---

[1] The parties agreed at the hearing that, by virtue of this Court's Order of April 5, 2004 and the Stipulation and Order of June 9, 2004, all opt-in plaintiffs with arbitrable overtime claims, who had filed consents to sue prior to June 9, 2004 would be compelled to arbitrate their claims.  Therefore, the Stay Motion Plaintiffs are those plaintiffs who filed consent-to-sue forms and opted into the litigation after June 9, 2004.

1    the absence of a motion or petition to compel arbitration under 9 U.S.C. § 4. Nor have plaintiffs

2    cited any authority where a court has found that a defendant has waived its rights to seek a stay of

3    proceedings pursuant to 9 U.S.C. § 3, or where a court found judicial estoppel preventing a

4    defendant from electing to seek a stay pursuant to 9 U.S.C. § 3, while at the same time electing

5    not to make a motion or petition to compel under 9 U.S.C. § 4. Nor have plaintiffs put forward

6    any facts that support their assertions.   Based upon the parties' submissions and for the reasons

7    more fully stated on the record, Cintas' Motion is GRANTED and the Court hereby STAYS the

8    claims of each of the Stay Motion Plaintiffs[2] until arbitration of such Stay Motion Plaintiff's

9    FLSA and state law claims (if any) "has been had in accordance with the terms of the agreement"

10    into which such person entered.  9 U.S.C. § 3.

12    **III.    CINTAS' MOTION TO DISMISS AS TO CERTAIN OPT-IN PLAINTIFFS FOR**
13    **IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER FOR**
        **IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER IN THE**
        **INTERESTS OF JUSTICE AND CONVENIENCE**

14            Cintas moved to dismiss or transfer venue with respect to 36 opt-in plaintiffs who

15    executed employment agreements with Cintas or a predecessor company that contain forum

16    selection clauses ("Venue Motion Plaintiffs").  Cintas moved to dismiss the claims of the Venue

17    Motion Plaintiffs pursuant to Federal Rule of Civil Procedure 12(b)(3) or, alternatively, dismiss

18    or transfer venue either pursuant to 28 U.S.C. §1406(a) or §1404(a).

19            For the reasons more fully stated on the record, the Court finds that Cintas has waived any

20    right to move to dismiss these plaintiffs' claims by failing to timely raise any objection to venue.

21    28 U.S.C. § 1406(b).   In its Answer to Plaintiffs' First Amended Complaint, filed July 9, 2004, at

22    a time when several venue plaintiffs had already opted into the litigation, Cintas admitted that

23    venue in this Court was proper.  Moreover, Cintas failed to timely assert improper venue prior to

24    the instant motion without any credible justification for its failure and indicated by its course of

---

[2]  This portion of the Court's Order does not apply to Plaintiffs Thomas Bradley of Missouri,
Louise Bruck of Ohio, and Andrew M. Olson of California.  These three plaintiffs are addressed
separately in Section IV below.  Furthermore, it does not apply to those opt-in plaintiffs that had
filed consents to sue by June 9, 2004, pursuant to the Stipulation and Order of June 9, 2004.

1    conduct over the two and a half years this matter has been in litigation that it had no objection to

2    venue. Therefore, the Court DENIES Cintas' requests under Federal Rule of Civil Procedure

3    12(b)(3) and under 28 U.S.C. § 1406(a). Further, after hearing, discussing and considering the

4    parties' arguments addressing the numerous factors that the Court is to consider in evaluating a 28

5    U.S.C. § 1404(a) motion, and for the reasons stated more fully on the record, the Court finds that

6    Cintas has not met its burden of demonstrating that a transfer of the action as to these plaintiffs

7    will enhance the convenience of the parties and witnesses, and serve the interests of justice. IT IS

8    HEREBY ORDERED that Cintas' Motion to Dismiss for Improper Venue Pursuant to Federal

9    Rule of Civil Procedure 12(b)(3), or to transfer the claims pursuant to 28 U.S.C. § 1406(a) or 28

10   U.S.C. § 1404(a) is DENIED.

11
12   **IV.    PLAINTIFFS' "MOTION IN COMPLIANCE WITH COURT ORDERS
             REGARDING WHICH PLAINTIFFS MUST ARBITRATE AND WHICH
13           PLAINTIFFS MAY LITIGATE THEIR NON-ERISA OVERTIME WAGE
             CLAIMS"**

14           Plaintiffs' Motion in Compliance with Court Orders Regarding Which Plaintiffs Must

15   Arbitrate and Which Plaintiffs May Litigate Their Non-ERISA Overtime Wage Claims seeks the

16   following relief: (1) an Order that the arbitration agreements between Cintas and opt-in plaintiffs

17   from Arizona, Louisiana and Pennsylvania are unenforceable under state law; (2) that the

18   arbitration agreements between Cintas and six opt-in plaintiffs -- Thomas Bradley, Louise Bruck,

19   Allan J. Gumbs, Douglas A. Johnson, Andrew M. Olson, and Clarence E. Stewart III -- are

20   unenforceable on the ground that they are procedurally unconscionable; and (3) that the Court

21   should deny Cintas' Motion to Stay Proceedings, Pursuant to 9 U.S.C. §3 as to Certain Opt-In

22   Plaintiffs Who Are Not Subject to the Court's April 5, 2004 Order [Docket No. 445]. Because

23   the Court has granted Cintas' Motion to Stay, the Court does not further consider here plaintiffs'

24   request in that regard.[3]

25   _____

26   [3] Plaintiffs' counsel also challenged the enforceability of agreements signed by two individuals,
     David Gentry and Christopher Lackey. The Court finds that Cintas' evidence, showing that
     Messrs. Gentry and Lackey last worked for Cintas in Georgia, is persuasive. While plaintiffs'
27   counsel contends that those two employees worked in Tennessee, the only admissible evidence
     offered on the point is the Christerson Declaration [Docket No. 431 at Exhibit A] showing that
28   the last place worked for these individuals was in Georgia. The Court finds that David Gentry

4

1.    The Laws of Arizona, Louisiana and Pennsylvania Do Not Render the
Arbitration Agreements Unconscionable

The parties dispute whether Cintas' arbitration agreements are enforceable under the laws of Arizona, Louisiana, and Pennsylvania. For the reasons stated more fully on the record, Cintas' arbitration agreements are enforceable under the laws of those three states because those laws do not require bilaterality of promises to arbitrate. Even if Pennsylvania law requires such bilaterality, absent a showing of "business realities" that would justify non-mutuality of promises, Cintas has demonstrated sufficient business need for access to the courts to litigate claims against employees who breach their confidentiality and non-compete covenants. *Lytle v. CitiFinancial Servs., Inc.*, 810 A.2d 643 (Pa .Super. 2002). Therefore, opt-in plaintiffs who executed arbitration agreements and who last worked for Cintas in Arizona, Louisiana, and Pennsylvania must arbitrate their overtime claims.

a.    Arizona

Under *Gates v. Ariz. Brewing Co.*, 95 P.2d 49, 52 (1939), mutuality exists where the parties have exchanged mutual promises. Arizona courts do not require a special promise to be directed to a particular obligation. *See Carroll v. Lee*, 712 P.2d 923, 926 (Ariz. Sup. Ct. 1986). The Court further notes that plaintiffs have not directed the Court to any authorities suggesting that bilaterality is a factor that must be considered under Arizona law. The Court finds that the arbitration agreements between Cintas and the plaintiffs from Arizona are enforceable under state law and under 9 U.S.C. § 2.

b.    Louisiana

Louisiana courts will not uphold an arbitration agreement where a promise is illusory or where there is no mutuality of obligation between the parties. Plaintiffs do not contend the arbitration agreement here is illusory. While Cintas reserved the right to pursue in court certain claims, that reservation does not negate their obligation to arbitrate claims brought by plaintiffs. It is relevant to note that in *Gill v. Jim Walter Homes of La., Inc.*, 187 F.Supp.2d 618 (W.D. La.

and Christopher Lackey are subject to individual employment agreements with Georgia as the governing state law.

1   2002), where, as here, only one party reserved the right to pursue certain claims in court, the court

2   found there was mutuality of obligation. Given the presumption of arbitrability that the Louisiana

3   Supreme Court has imposed, and the adoption of a liberal policy favoring arbitration, *see*

4   *Aguillard v. Auction Mgmt. Corp.*, 908 So.2d 1 (2005), the Court finds the arbitration agreement

5   enforceable under Louisiana law.

6

7                c.     Pennsylvania

8         Plaintiffs argue that the Court should hold agreements between Cintas and plaintiffs from

9   Pennsylvania to be unenforceable as lacking mutuality, relying primarily on *Lytle v. CitiFinancial*

10   *Servs., Inc.*, 810 A.2d 643 (Pa. Super. Ct. 2002). According to *Lytle*, the party that retained the

11   right to litigate in court must have a justification of business realities which compel the inclusion

12   of the right to litigate in the agreement; otherwise the agreement is void as unconscionable. *Id.* at

13   665. Plaintiffs do not dispute that there are business realities that would justify the inclusion of

14   the right to litigate in the Cintas agreements with respect to conduct identified under the

15   irreparable harm provision. Thus, with respect to Cintas reserving for itself the right to go into

16   court to seek an injunction, for the purpose of that conduct that falls within the irreparable harm

17   clause, under *Lytle*, this Court finds that even assuming that *Lytle* were the only applicable state

18   law authority, the standard has been met. The Court also finds that the weight of federal

19   authorities supports this conclusion. *See, e.g., Aames Funding Corp. v. Sharpe*, No. 04-4337,

20   2004 WL 2418284, * 5 (E.D. Pa. Oct. 28, 2004) (citing *Harris v. Green Tree Fin. Corp.*, 183

21   F.3d 173, 183 (3d Cir. 1999), *vacated on other grounds,* 2004 WL 2980407 (E.D. Pa. Dec. 22,

22   2004); *In re Brown*, 311 B.R. 702, 709-10 (Bankr. E.D. Pa. 2004) (finding *Lytle* to be suspect

23   based on *Harris and Blair v. Scott Specialty Gases*, 283 F.3d 595, 603 (3d Cir. 2002)); *Choice v.*

24   *Option One Mortg. Corp.*, No. 02-6626, 2003 U.S. Dist. LEXIS 9714 (E.D. Pa. May 13, 2003

25   (same)); *Montgomery v. Decision One Fin. Network Inc.*, No. 04-4551, 2005 U.S. Dist. LEXIS

26   3031, *6-9 (E.D. Pa. Mar. 1, 2005).

27         The Court finds that the arbitration agreements between Cintas and plaintiffs from

28   Pennsylvania are enforceable under state law and 9 U.S.C. § 2.

2.     Six Plaintiffs' Declarations Regarding Procedural Unconscionability.

Plaintiffs contend that this Court should not enforce arbitration agreements between six individual plaintiffs and Cintas because they were executed under procedurally unconscionable circumstances.  As more fully stated on the record, the Court has analyzed each of these plaintiffs' declarations to determine whether they were executed under conditions of procedural unconscionability as set forth in the laws of the states where they worked for Cintas.  As to the six plaintiffs, the Court finds as follows:

a.     *Thomas Bradley*

Under Missouri law, procedural unconscionability focuses on whether there is "high pressure exerted on the parties, fine print of the contract, misrepresentation, or unequal bargaining position." *Funding Systems Leasing Corp., v. King Louie Int'l, Inc.*, 597 S.W.2d 624, 634 (Mo. Ct. App. 1979).  Mr. Bradley, a Missouri plaintiff, declares that when he was shown his employment agreement, he asked to take it home for review, but was not permitted to do so.  He also declares he had no opportunity to read the agreement and was pressured into signing it.  For the reasons stated at the hearing, and based on his declaration, the Court finds procedural unconscionability rendering Mr. Bradley's arbitration agreement unenforceable.

b.     *Louise  Bruck*

Under Ohio law, no formation of an agreement occurs when no voluntary agreement existed.  The Ohio courts consider the bargaining positions of the parties, whether the terms of the agreement were explained to the weaker party, and whether the party claiming the provision is unconscionable was represented by counsel.  *Porpora v. Gatliff Bldg. Co.*, 828 N.E.2d 1081, 1084 (Oh. Ct. App. 2005).  Ms. Bruck declares that she was not permitted to take the agreement home or to have an attorney review it prior to her signing it.  She declares that she was instructed to sign the agreement immediately.  For the reasons stated at the hearing, and based on her declaration, the Court finds procedural unconscionability rendering Ms. Bruck's arbitration agreement unenforceable.

     c.    *Allan Jason Gumbs*

     Under Maryland law, the courts' analyses of procedural unconscionability focuses on "whether the imposed-upon party had meaningful choice about whether and how to enter the transaction." *Walther v. Sovereign Bank*, 386 Md. 412, 426 (2005).   Mr. Gumbs declares that he requested to take home "some materials", but his request was denied. Mr. Gumbs neglects to identify what "materials" he requested to take home or, more importantly, whether they included the employment agreement. He does not indicate that he was rushed in his review of the agreement or that he raised any issues or concerns with anyone, such that he was denied a meaningful choice about whether to execute the agreement. For the reasons stated at the hearing, and based on his declaration, the Court finds no procedural unconscionability under Maryland law.

     d.    *Douglas A. Johnson*

     Under Kansas law, the state Supreme Court has identified the following factors to aid in the determination of unconscionability: (1) the use of printed form or boilerplate contracts drawn skillfully by the party in the strongest economic position, which establish industry wide standards offered on a take it or leave it basis to the party in a weaker economic position; (2) a significant cost-price disparity or excessive price; (3) a denial of basic rights and remedies to a buyer of consumer goods; (4) the inclusion of penalty clauses; (5) the circumstances surrounding the execution of the contract, including its commercial setting, its purpose and actual effect; (6) the hiding of clauses which are disadvantageous to one party in a mass of fine print trivia or in places which are inconspicuous to the party signing the contract; (7) phrasing clauses in language that is incomprehensible to a layman or that divert his attention from the problems raised by them or the rights given up through them; (8) an overall imbalance in the obligations and rights imposed by the bargain; (9) exploitation of the underprivileged, unsophisticated, uneducated and the illiterate; and (10) inequality of bargaining or economic power. *Willie v. Southwestern Bell Tel. Co.*, 219 Kan. 755, 758-59 (1976).   Mr. Johnson declares that he requested to take the agreement home with him, but he does not specify that the request was denied. Moreover, he states that he read the agreement, but not thoroughly. It appears that Mr. Johnson was afforded an opportunity to

1   review the contract and may or may not have been denied the opportunity to review it at home.

2   While he asserts a lack of knowledge of the arbitration agreement provision, that failure can be

3   laid at his feet as he admits he failed to read the agreement thoroughly.   For the reasons stated at

4   the hearing, and based on his declaration, the Court finds no procedural unconscionability under

5   Kansas law.

6                    e.      *Andrew M. Olson*

7           Under California law, the courts have determined procedural unconscionability

8   encompasses the contract formation focusing on the "oppression or surprise due to unequal

9   bargaining power." *Little v. Auto Stiegler, Inc.*, 29 Cal.4th 1064, 1071 (2003).   Mr. Olson

10   declares that when he requested to review the employment agreement at home, he was told he had

11   to sign it immediately.  Further, he was specifically advised that there was nothing important in

12   the document.  For the reasons stated at the hearing, and based on his declaration, the Court finds

13   procedural unconscionability rendering Mr. Olson's arbitration agreement unenforceable.

14                    f.      *Clarence E. Stewart III*

15           The same California state law standard expressed above with respect to Mr. Olson applies

16   to Mr. Stewart as well.  Given the information contained in his declaration, the Court is unable to

17   assess the fairness of his execution of the agreement in context.  Although Mr. Stewart declares

18   that he was given the agreement to sign before leaving on the day the agreement was presented,

19   he does not indicate how much time he had to review his employment agreement.  Moreover, Mr.

20   Stewart had previously signed, without challenge, two other employment agreements containing

21   identical arbitration provisions.  No oppression or surprise has been shown.  For the reasons

22   stated at the hearing, and based upon his declaration, the Court finds no procedural

23   unconscionability under California law.

24           CONCLUSION

25           IT IS HEREBY ORDERED that plaintiffs' Motion [Docket No. 451] is DENIED in part

26   such that (1) the arbitration agreements between Cintas and opt-in plaintiffs from Arizona,

27   Louisiana and Pennsylvania are enforceable under the respective state laws and 9 U.S.C. § 2, and

28   (2) the arbitration agreements between Cintas and opt-in plaintiffs Allan J. Gumbs, Douglas A.

1    Johnson, and Clarence E. Stewart III are valid and enforceable under applicable state law and 9

2    U.S.C. § 2.  Plaintiffs' Motion [Docket No. 451] is GRANTED in part such that the arbitration

3    agreements between Cintas and opt-in plaintiffs Thomas Bradley, Louise Bruck, and Andrew M.

4    Olson are held to be unenforceable on the ground that they are procedurally unconscionable under

5    applicable state law.

6

7    **V.    PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR PROPOSED SECOND
        AMENDED COMPLAINT**

8            Plaintiffs have moved for leave to file a proposed Second Amended Complaint adding

9    state-law overtime claims on behalf of plaintiffs from an additional

10           15 states:  Arkansas, Kansas, Kentucky, Maine, Maryland, Massachusetts, Minnesota,

11   New Mexico, Ohio, Oregon, Pennsylvania, Rhode Island, Washington, West Virginia and

12   Wisconsin.  [Docket No. 460 at 3:1-19].  The Motion "also propose[d] to add class

13   representatives for each state subclass on the additional overtime claims, *see* ¶¶ 9-10, 20-29, 34-

14   35, 42, 44-54 [of the proposed Second Amended Complaint] and to name these same individuals

15   as additional representatives of the national FLSA class. *See* ¶ 149" [of the proposed Second

16   Amended Complaint].  [Docket No. 460 at 3:20-23.]

17

18           Cintas confirmed in the hearings that it does not oppose the Motion for leave to file the

19   proposed Second Amended Complaint to the extent that the Motion would add the claims

20   proposed therein of those proposed putative class representative plaintiffs who are permitted to

21   litigate their claims in this Court.  However, Cintas has opposed the Motion on grounds that leave

22   to amend is improper because the claims as to many of the proposed named plaintiffs have

23   previously been stayed or have now been stayed by virtue of the Court having granted Cintas'

24   Motion to Stay.  Cintas also opposes the Motion on the ground that leave to amend is improper as

25   to those proposed state-law subclass claims as to which the proposed representative plaintiffs are

26   persons who are stayed from litigating.  Finally, Cintas opposes the Motion for leave to amend to

27   state an Arkansas law subclass claim on the ground that it would be futile to do so.

28

1    For the reasons stated more fully on the record, the motion is GRANTED IN PART and

2    DENIED IN PART.  The Court GRANTS the Motion for leave to file the proposed Second

3    Amended Complaint with respect to those putative class or subclass representative plaintiffs who

4    the parties agree may litigate their claims before this Court, and DENIES the Motion for leave to

5    amend with respect to those plaintiffs who have been previously compelled to arbitration or who

6    are subject to defendant's Motion to Stay which has been granted elsewhere in this Order.

7    Regarding plaintiffs' proposed Arkansas subclass claim, the Court DENIES the request to

8    amend the complaint to include such a claim without prejudice to later revisiting the issue, if

9    appropriate, should the legal posture of this case change and/or the applicability of the Arkansas

10   statute.

11   IT IS HEREBY ORDERED that plaintiffs' Motion [Docket No. 460] is DENIED in part.

12   Plaintiffs are DENIED leave to file an amended complaint as to the claims of any plaintiffs who

13   are compelled to arbitrate or who are stayed from litigating.  Plaintiffs are DENIED without

14   prejudice leave to file an amended complaint adding an Arkansas state minimum wage law claim

15   as a Fourth Claim for Relief or otherwise.  Plaintiffs' Motion [Docket No. 460] is GRANTED in

16   part in that they are granted leave to file a Second Amended Complaint with respect to those

17   putative class or subclass representative plaintiffs who the parties agree may litigate their claims

18   before this Court.  Plaintiffs shall have ten (10) days' leave to file their Second Amended

19   Complaint, to the extent that leave to do so has been granted by this Order.   Defendants shall

20   have ten (10) days after service of the Second Amended Complaint to respond to it.

21

22   **IT IS SO ORDERED.**

23

24   Dated: 2/13/06_____        _____
                                              SAUNDRA BROWN ARMSTRONG
25                                            United States District Judge

26

27

28

# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| PAUL VELIZ, et al., on behalf of themselves and all others similarly situated, | Case No. 03-01180 (SBA) |
| Plaintiffs, | CLASS ACTION |
| | E-FILING |
| vs. | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO RECONSIDER ORDER GRANTING IN PART DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| CINTAS CORPORATION, an Ohio corporation; PLAN ADMINISTRATOR for the Cintas Partners' Plan; and DOES 1-25, inclusive, | |
| Defendants. | |
| _____/ | |

     Plaintiffs' Motion to Reconsider Order Granting in Part Defendant's Motion to Compel Arbitration [Docket No. 377] and Cintas' opposition thereto came before this Court, and was submitted on the papers without oral argument. Having considered the papers presented, and the argument of counsel set forth therein, the Court GRANTS IN PART and DENIES IN PART plaintiffs' Motion.

## I.    RELIEF REQUESTED BY PLAINTIFFS' MOTION

     In its Order dated April 5, 2004 [Docket No.140], the Court granted in part Cintas' Motion to Compel Arbitration and Stay Proceedings, finding that 56 of the original 65 plaintiffs were subject to enforceable agreements to arbitrate their claims against Cintas before the American Arbitration

1

Association ("AAA").  Applying the respective governing law at issue as to those 56 persons, the Court

determined that some of the terms of the arbitration agreements were unconscionable, such as a

"loser-pays" provision in the parties' 1996 agreements, which the Court severed, all as is more fully

stated in the April 5, 2004 Order.

Plaintiffs thereafter submitted to the AAA a Demand for Classwide Arbitration, seeking

arbitration on a class and/or collective basis.  Dosker Decl. Exh. A. [Docket No. 389].

In seeking reconsideration of the April 5, 2004 Order, plaintiffs claim that there are new facts

that warrant the Court revisiting its April 5, 2004 Order to find that the arbitration agreements are

unconscionable and, therefore, unenforceable.  First, plaintiffs argue that the AAA intends to hold them

responsible under its Supplementary Rules for Class Arbitration for one half of the costs of arbitration on

a class or collective basis, including arbitrator compensation.  Plaintiffs contend that the arbitration

agreements (which incorporate the AAA's National Employment Rules), unconscionably interfere with

their ability to vindicate their statutory rights through arbitration on a class or collective basis.

Second, plaintiffs argue that the Court should find the parties' arbitration agreements

unconscionable because Cintas has taken the position *in the arbitration* that the specific arbitration (on

a nationwide class or collective basis) demanded by plaintiffs is in breach of the various choice-of-law

and place-of-arbitration provisions in the various individual arbitration agreements.  Each of the

individuals' arbitration agreements with Cintas provides that the AAA's National Employment Rules

apply; they make no mention of the AAA Supplementary Rules for Class Arbitration. See e.g.,

Clendening Decl. Ex. B at paragraph 5 and at corresponding term in Exs C through III [Docket Nos.

50, 51]. The AAA applies its Supplementary Rules for Class Arbitration to all demands for arbitration in

2

which classwide relief is demanded.  Dosker Decl. Exh. I at Rule 1(a) (page 1) [Docket No. 389].

Third, plaintiffs contend that a declaration submitted by Cintas employee Jenice Clendening in a different case provides new evidence of procedural unconscionability with regard to the California plaintiffs such that the Court should not enforce the California plaintiffs' arbitration agreements.

Finally, plaintiffs argue that the place-of-arbitration provision in the parties' arbitration agreements is unenforceable because: (1) the Court is not empowered to compel arbitration outside of this district pursuant to 9 U.S.C. § 4; and (2) enforcing the place-of-arbitration provision would result in fundamental unfairness.

## II.    DISCUSSION

The FAA establishes a "liberal federal policy favoring arbitration agreements." *Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 24 (1983).  The "primary purpose" of the FAA is to ensure that "private agreements to arbitrate are enforced according to their terms." *Volt Info. Scis. v. Bd. of Trs.*, 489 U.S. 468, 479 (1989).  Any "questions of arbitrability must be addressed with a healthy regard for the federal policy favoring arbitration" and "any doubts concerning the scope of arbitrable issues should be resolved in favor of arbitration." *Moses H. Cone*, 460 U.S. at 24.  Thus, where one of the parties is resisting arbitration, the United States Supreme Court requires that party to "bear[] the burden of proving that the claims at issue are unsuitable for arbitration." *Green Tree Fin. Corp. v. Randolph*, 531 U.S. 79, 91 (2000).  In seeking reconsideration of the Court's April 5, 2004 Order, plaintiffs fail to satisfy this burden.

//

3

    **a.**    **THE COSTS OF ARBITRATION AT ISSUE ARE NOT UNCONSCIONABLE BECAUSE PLAINTIFFS CAN VINDICATE THEIR STATUTORY RIGHTS IN INDIVIDUAL ARBITRATIONS, AND THE COSTS IN QUESTION ONLY APPLY TO ARBITRATION ON A CLASS OR COLLECTIVE BASIS**

Plaintiffs argue that the Court should not enforce their agreements to arbitrate because they believe that the AAA will hold them responsible for one half the costs of arbitration on a class or collective basis, which the plaintiffs estimate could exceed $25,000. Rubin Decl. 33 [Docket No. 383]. Although plaintiffs acknowledge that they could pursue their claims through individual arbitrations at Cintas' expense,[1] they contend that requiring them to bear any expense for arbitration on a *class or collective basis* "impose[s] a substantial barrier to the vindication of their rights." Plaintiffs' Memorandum of Points and Authorities ("Memo") at 11. [Docket No. 384]. The Court finds that plaintiffs' arguments fail.

Precedent establishes that even an inability to proceed on a class or collective basis in arbitration has no impact on a plaintiff's ability to vindicate his or her substantive statutory rights.

The United States Supreme Court held in *Gilmer v. Interstate/Johnson Lane Corp.*, 500 U.S. 20, 32 (1991) that a party's inability to pursue class or collective relief in arbitration does not interfere with that party's ability to vindicate his statutory rights. The *Gilmer* plaintiff argued that he should not be compelled to arbitrate his claims under the Age Discrimination in Employment Act ("ADEA") because he would be unable to pursue class or collective treatment in arbitration. *Id.*[2] Rejecting this argument, the

---

[1]Plaintiffs' Memorandum of Points and Authorities at 2:12-14 [Docket No. 384]; Rubin Decl. ¶16 [Docket No. 383]; Dosker Decl. Ex. D at p.2[Docket No. 389]; Docket No. 365; Docket No. 370 at 2:5-7; and items cited in note 6 below.

[2]The provision for class actions (collective actions) in the ADEA is the FLSA provision for class actions (collective actions), which the ADEA expressly adopts. 29 U.S.C. § 626(b); *Carter v.*

Court held that a party *can* vindicate statutory rights through individual arbitration and "does not forgo the substantive rights afforded by the statute; it only submits to their resolution in an arbitral, rather than a judicial, forum." *Id.* at 26. In language directly relevant to the present motion, the Court in *Gilmer* stated that:

> [E]ven if the arbitration could *not go forward as a class action or class relief could not be granted by the arbitrator*, the fact that the [ADEA] provides for the possibility of bringing a collective action does not mean that individual attempts at conciliation were intended to be barred.

500 U.S. at 32 (emphasis added) (citation omitted).

In *Carter v. Countrywide Credit Indus., Inc.*, 362 F.3d 294, 298 (5th Cir. 2004), the Court of Appeals expressly rejected plaintiffs' argument that their "inability to proceed collectively [under the FLSA] deprives them of substantive rights under the FLSA." *Id.* So long as a plaintiff can pursue the substantive statutory rights through individual arbitration, a plaintiff's inability to proceed collectively or on behalf of a class is legally irrelevant. The Court of Appeals held that:

> we reject the Carter Appellants' claim that their inability to proceed collectively deprives them of substantive rights available under the FLSA. The Supreme Court rejected similar arguments concerning the ADEA in *Gilmer*, despite the fact that the ADEA, like the FLSA, explicitly provides for class action suits. 500 U.S. at 32. What is more, the provision for class actions in the ADEA is the FLSA class action provision, which the ADEA expressly adopts. 29 U.S.C. § 626(b). *Accordingly, Gilmer's conclusion in this respect applies with equal force to FLSA claims.*"

*Id.* (emphasis added). Similarly, in *Adkins v. Labor Ready, Inc.*, 303 F.3d 496, 503 (4th Cir. 2002), the Court of Appeals held that there was "no suggestion in the text, legislative history, or purpose of the

---

*Countrywide Credit Indus., Inc.*, 362 F.3d 294, 298 (5th Cir. 2004); see 29 U.S.C. § 216(b).

FLSA that Congress intended to confer a nonwaivable right to a class action under that statute." The court held that the plaintiffs' "inability to bring a class action . . . cannot by itself suffice to defeat the strong congressional preference for an arbitral forum." *Id.*

In *Kuehner v. Dickinson & Co.*, 84 F.3d 316, 320 (9th Cir. 1996), the Ninth Circuit held that when an employee agrees to arbitrate, she forfeits any procedural rights arising from the FLSA, while retaining her substantive rights (e.g., the right to obtain substantive relief) in arbitration.

Because plaintiffs are able to pursue their statutory claims through individual arbitration at no substantial cost, the costs for pursuing arbitration on a class or collective basis are not a "condition of access to the arbitration forum" and are, therefore, not unconscionable. *Cf. Circuit City v. Adams,* 279 F.3d 889, 896 (9th Cir. 2001).[3]

Based on these authorities, it is apparent that enforcement of an arbitration agreement does not impact a plaintiff's ability to vindicate his or her statutory rights if such enforcement interferes with a plaintiff's ability to pursue arbitration on a class or collective basis, or indeed leads to a complete inability to pursue arbitration on a class or collective basis. Because plaintiffs have access to the arbitral forum in individual arbitrations for no substantial costs whatsoever, any costs imposed by the AAA based on plaintiffs' tactical choice to proceed by means of their demand for arbitration on a class or collective

---

[3]The Ninth Circuit says that courts have "interpreted *Gilmer* to require basic procedural and remedial protections so that claimants can effectively pursue their statutory rights", and cites the discussion of *Gilmer* in the case of *Cole v. Burns*, 105 F.3d 1465, 1482 (D.C.Cir. 1997) as listing the five basic requirements that an arbitral forum must meet. *Circuit City v. Adams*, 279 F.3d at 895; *Ting,* 319 F.3d 1126, 1151 (9th Cir. 2003). The ability to proceed as a class or collective is <u>not</u> one of them. *Cole,* 105 F.3d at 1482. Unlike in those cases, the availability here of the virtually no-cost individual arbitration forum means that the plaintiffs here "do not have to pay either unreasonable costs or any arbitrators' fees or expenses as a condition of access to the arbitration forum." *Cf. Circuit City v. Adams* 279 F.3d at 895; *cf. Ting v. AT&T,* 319 F.3d 1126, 1151.

basis cannot render the agreements to arbitrate unconscionable.

### b. PLAINTIFFS HAVE FAILED TO PRESENT EVIDENCE SUFFICIENT TO SHOW THAT COSTS WILL BE UNREASONABLY BURDENSOME

Even if the Court assumed that plaintiffs had a right to proceed collectively or as a class, their reconsideration motion is still deficient. In *Randolph*, the United States Supreme Court held that a party challenging an arbitration agreement as unconscionable on the ground that arbitration would be "prohibitively expensive . . . bears the burden of showing the likelihood of incurring such costs." 531 U.S. at 91-92. Given the "liberal federal policy favoring arbitration agreements," the party challenging arbitration must present an evidentiary record showing prohibitive costs will essentially "preclude a litigant . . . from effectively vindicating her federal statutory rights in the arbitral forum." *Id.* at 90-91.

Courts interpreting state law unconscionability standards in light of *Randolph* have held that a party seeking to invalidate an arbitration agreement must not only bear the burden of showing that it will incur high arbitration costs, it must also show that such costs will preclude them from seeking relief through arbitration. In *Bradford v. Rockwell Semiconductor Sys. Inc.*, 238 F.3d 549, 556 (4th Cir. 2001), for example, the Court of Appeals held that the determination of whether fee-splitting renders an agreement unenforceable must be examined in light of each individual plaintiff's ability to pay, on a case-by-case basis:

> [T]he appropriate inquiry is one that evaluates whether the arbitral forum in a particular case is an adequate and accessible substitute to litigation, i.e., a case-by-case analysis that focuses, among other things, upon the claimant's ability to pay the arbitration fees and costs, the expected cost differential between arbitration and litigation in court, and whether that cost differential is so

7

substantial as to deter the bringing of claims.[4]

The evidence submitted by plaintiffs is inadequate under *Randolph* to enable the Court to

undertake a case-by-case analysis to determine whether costs that might be assessed by the AAA

would preclude plaintiffs from pursuing their statutory claims.[5]     Although 56 plaintiffs seek

reconsideration, only five of them claim that the costs of arbitration will be prohibitive.  On this evidence,

the Court cannot find that the AAA's alleged cost-splitting policy for class arbitrations somehow renders

the individual arbitration agreements between Cintas and each plaintiff unconscionable, even if there

were some right to pursue arbitration on a class or collective basis.

Further, in determining whether an express cost splitting provision (which there is none here)

would preclude a litigant from effectively vindicating statutory rights, the Court considers whether "the

---

[4]*See also, e.g., Blair v. Scott Specialty Gases,* 283 F.3d 595 (3rd Cir. 2002) (adopting
*Bradford* case-by-case approach); *Morrison v. Circuit City Stores, Inc.,* 317 F.3d 646, 664 (6th
Cir. 2003) (holding that the courts must evaluate on a case-by-case basis "whether the 'overall cost of
arbitration,' from the perspective of the potential litigant, is greater than 'the cost of litigation in court.'");
*Livingston v. Assoc. Fin., Inc.,* 339 F.3d 553, 557 (7th Cir. 2003) (holding that "individualized
evidence" of inability to pay costs required); *Faber v. Menard, Inc.,* 367 F.3d 1048, 1054 (8th Cir.,
2004) (refusing to invalidate arbitration clause where plaintiff failed to show costs were prohibitive);
*Rains v. Found. Health Sys. Life & Health,* 23 P.3d 1249 (Colo. Ct. App. 2001) (plaintiffs must
provide evidence of an inability to pay).

[5]  The Court further observes that the motion is premature since the AAA has not issued any
invoices and has not demanded payment of any specific amounts.  Based on the evidence presented, it
is unclear whether and to what extent plaintiffs will be subject to costs in the arbitration.  Because the
dispute regarding payment of costs arises from what the plaintiffs contend is an incorrect interpretation
of the AAA's rules (see Memo. at 14 n.11)[Docket No. 384], plaintiffs should have first addressed this
issue to the appointed arbitrator. *Howsam v. Dean Witter Reynolds, Inc.,* 537 U.S. 79, 84 (2002)
("procedural questions which grow out of [a] dispute and bear on its final disposition are presumptively
*not* for the judge, but for an arbitrator, to decide.").

overall cost of arbitration, *from the perspective of the potential litigant*, is greater than the cost of

litigation in court." *Morrison*, 317 F.3d at 664 (emphasis added). In so doing, the Court may consider

whether prospective costs will not be borne by the plaintiffs' contingent-fee firms. *Id.* Plaintiffs,

however, have offered no evidence that plaintiffs will be asked to bear any costs whatsoever. The Court

will not speculate that the costs to plaintiffs would be greater in class arbitration than in litigation absent

compelling proof to the contrary; but in any event, individual arbitration is available at no material cost.

Moreover, plaintiffs have cited no cases in which the arbitrator's compensation could be borne

equally by the thousands of voluntary opt-in plaintiffs who eventually elect to take part in a collective

arbitration. Based on the Consents-to-Sue filed by plaintiffs to date, there are now over 2,000 opt-in

plaintiffs. Dosker Decl. 13 [Docket No. 389]. Until it is determined which of these plaintiffs will be

required to arbitrate, it is impossible to even estimate how much of the arbitrator's compensation each

plaintiff might have to bear in a classwide arbitration -- but it would be virtually nothing (i.e., $125 or

less) in individual arbitrations.[6]

### c. THE QUESTION OF WHETHER THE ARBITRATION AGREEMENTS PERMIT ARBITRATION ON A CLASS OR COLLECTIVE BASIS IS FOR THE ARBITRATOR, NOT THE COURT, TO DECIDE IN THE FIRST INSTANCE

The Court further rejects plaintiffs' argument that the Court can find an individual agreement to

---

[6]Absent the Supplementary Rules for Class Arbitrations, which would not apply in individual arbitrations, the National Employment Rules limit an employee's costs in an individual arbitration to an initial filing fee of $125; the employer must pay all arbitrator compensation and hearing room fees. National Employment Rules Fee Schedule (Dosker Decl. Ex. K)[Docket 389]. Moreover, most of the applicable arbitration agreements further protect the employee by capping individual arbitration costs yet lower. *See e.g.*, Clendening Decl. Ex. B at paragraph 5 and at corresponding term in Exs C through III (Docket Nos. 50, 51]. And National Employment Rule 38 offers yet less cost, in an appropriate situation, if even $100 or $125 is too much to bear. Dosker Decl. Ex. K [Docket 389].

arbitrate unconscionable simply because one of the parties contends in the arbitration that class or

collective arbitration is precluded by the parties' arbitration agreement.[7]   As the Supreme Court plainly

stated in *Green Tree Financial Corp. v. Bazzle*, 539 U.S. 444, 452-53 (2003), whether an otherwise

valid agreement to arbitrate allows class or collective arbitration concerns "the kind of arbitration

proceeding the parties agreed to" not "the validity of the arbitration clause." Thus, the determination of

whether the arbitration agreements at issue allow for class arbitration or not is for the arbitrator, not the

Court, to decide. *Id.* at 454.

> **d.     PLAINTIFFS HAVE PRESENTED NO NEW GROUNDS FOR FINDING
> PROCEDURAL UNCONSCIONABILITY WITH RESPECT TO THE
> CALIFORNIA PLAINTIFFS**

Based on a declaration submitted by Cintas employee Jenice Clendening in a different case,

plaintiffs ask the Court to revisit its April 5, 2004 ruling that the arbitration agreements between Cintas

and the California plaintiffs were not procedurally unconscionable.  As the Court previously stated:

> While Plaintiffs proffered a number of declarations, they did not proffer any for the California
> plaintiffs.  Without being informed of the circumstances under which the California Plaintiffs
> signed these Agreements, the Court cannot assume that the Agreements were procedurally
> unconscionable.  The scant evidence in the record suggests that, in fact, they are not
> unconscionable.  At least 12 per cent of Cintas' SSRs have not signed arbitration agreements,
> yet are employed by Cintas.

April 5, 2004 Order at 26.  Plaintiffs offer no evidence to contradict the Court's previous finding.

Instead, plaintiffs rely solely on a declaration submitted by Cintas employee Jenice Clendening in another

---

[7] Plaintiffs contend that Cintas has asserted that the parties "arbitration agreements preclude class arbitration." Memo. at 19 [Docket No. 384].  Cintas, however, says that it "does not claim that any language in the arbitration agreements necessarily precludes all class arbitration." Opposition Memorandum at 17 [Docket No. 388].  Even if Cintas *had* argued that class or collective arbitration were precluded, *Bazzle* dictates that this Court defer to the decision of the arbitrator. *Bazzle,* 539 U.S. at 452-53.

case in which she states that Cintas SSRs are "required to sign an Employment Agreement that contains an agreement to arbitrate." Rubin Decl. Ex. 20 [Docket No. 383].

The Court, however, does not find this to be evidence that Cintas requires arbitration agreements as a "condition of employment" as now argued by plaintiffs. See Clendening Reply Declaration 23 [Docket No. 103]. Indeed, in any event, Cintas' interrogatory responses verified under oath by Ms. Clendening, confirm that there have been no employment consequences to anyone for declining to sign an arbitration agreement.

> There have been no employment consequences for prospective Cintas drivers who chose not to sign an employment agreement containing an arbitration agreement. Likewise, there have been no employment consequences for former Cintas drivers who chose not to sign. Current employees who have not signed an employment agreement containing an arbitration agreement and who decline to sign one at the time of being offered additional consideration are subject to having withdrawn from them the offer of the additional consideration being offered in exchange for executing the agreement.

Dosker Decl. Ex. L at 5:3-18 [Docket No. 389]. Further, plaintiffs have not provided a single declaration from a single California plaintiff to support their claim that they were required to sign the agreements as a "condition of their employment." The Court finds that the Clendening declaration submitted in a different case does not merit reconsideration of the Court's April 5, 2004 Order.

**e. THE PLACE OF ARBITRATION PROVISIONS**

Plaintiffs also assert that the place-of-arbitration provision in the parties' arbitration agreements is unenforceable because: (1) the Court is not empowered to compel arbitration outside of this district pursuant to 9 U.S.C. § 4; and (2) enforcing the place-of-arbitration provision would result in fundamental unfairness. (Memo at 21).

Plaintiffs first assert that the Court cannot, as a matter of law, order arbitration to proceed

11

outside of this judicial district. (Motion, 21-22.)[8]   9 U.S.C. § 4 provides that "[t]he court shall hear the parties, and upon being satisfied that the making of the agreement for arbitration or the failure to comply therewith is not in issue, the court shall make an order directing the parties to proceed to arbitration in accordance with the terms of the agreement. The hearing and proceedings, under such agreement, ***shall be within the district in which the petition for an order directing such arbitration is filed***." 9 U.S.C. § 4 (emphasis added). The Ninth Circuit has interpreted this provision of 9 U.S.C. § 4 to require a district court compelling arbitration to order the arbitration to proceed within the district in which the petition to compel arbitration has been filed. *Continental Grain Co. v. Dant & Russell*, 118 F.2d 967, 968-69 (9th Cir. 1941); *Homestead Lead Co. of Missouri v. Doe Run Resources Corp.*, 282 F.Supp.2d 1131, 1143-1144 (N.D. Cal. 2003) ("The Ninth Circuit's 1941 decision in *Continental Grain Co. v. Dant & Russell* remains the controlling authority" for determining where a court can properly compel arbitration).

In the instant case, Defendant moved this Court to compel arbitration for 65 of the plaintiffs. In the April 5 Order, the Court ordered 56 of them to arbitration. The Court's April 5, 2004 Order did not designate where the arbitration was to take place. However, the law is clear that the Court was, and is, only permitted to compel arbitration in this district.

Defendant's argument that it did not bring its motion to compel arbitration under 9 U.S.C. § 4, but instead brought it under 9 U.S.C. § 3, is unavailing. 9 U.S.C. § 4 is the provision allowing a party to

---

[8]Plaintiffs did not assert that the place-of-arbitration provisions of the arbitration agreement were unenforceable in briefing on Defendant's Motion to Compel Arbitration, nor did Plaintiffs raise it as a grounds for relief in its Motion for Reconsideration pursuant to Civ. L.R. 7-9. Accordingly, to the extent plaintiffs argue that these provisions are unfair, they have waived those arguments.

move to compel arbitration, while 9 U.S.C. § 3 is the provision allowing a party to seek a stay of

litigation where arbitration is appropriate. *See Sink v. Aden Enters.*, 352 F.3d 1197, 1201 (9th Cir.,

2003). Nothing in the text of § 3 suggests that the Court can compel arbitration under that section.

Thus, to the extent that the arbitration agreements of the 56 plaintiffs compelled to arbitrate by

the April 5, 2004 Order require arbitration to proceed outside of this judicial district, the Court cannot

enforce those provisions. Accordingly, the Court modifies its April 5, 2004 Order to clarify that the

plaintiffs compelled to arbitrate must do so in this judicial district.[9]

## III.    CONCLUSION

For the foregoing reasons, plaintiffs' Motion [Docket No. 377] is GRANTED IN PART and

DENIED IN PART.

IT IS SO ORDERED.


Dated: May 4, 2005                          /s/ Saundra Brown Armstrong
                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

---

[9]Thus far, the Court has only compelled 56 plaintiffs to arbitration, and it is these 56 plaintiffs to arbitration, and it is these 56 plaintiffs who are compelled to arbitrate in this judicial district.

13