IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>   Petitioner,<br><br>vs.<br><br>CHARLES LEROY GRAY, DAVID W. REED, and NEAL CAPUCHINO, individuals,<br><br>   Respondents. | Case No. 06-162 |

PRAECIPE



TO: Clerk of the Court
   United States District Court
   844 King Street
   Wilmington, DE 19801

PLEASE ISSUE SUMMONS to Neal Capuchino in the form attached hereto as Exhibit A. We have done a diligent search, and at this point in time the best address we are able to locate for Neal Capuchino is the P. O. Box address listed on the attached summons. We have been unable to find a street address for his home.

              MORRIS, NICHOLS, ARSHT & TUNNELL LLP


              _____
              Martin P. Tully (#465)
              Jon E. Abramczyk (#2432)
              Jason A. Cincilla (#4232)
              1201 N. Market Street
              P.O. Box 1347
OF COUNSEL:          Wilmington, DE 19899
              (302) 658-9200
               Attorneys for Cintas Corporation

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
(415) 954-0200

March 10, 2006

# EXHIBIT A

# United States District Court

_____ DISTRICT OF __DELAWARE_____

| | |
|---|---|
| CINTAS CORPORATION, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CHARLES LEROY GRAY, DAVID W. )<br>REED, and NEAL CAPUCHINO, )<br>)<br>Respondents. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: ___06-162___ |

TO:   Neal Capuchino
       P. O. Box 92
       Creighton, MO  64739

   **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Martin P. Tully, Esq.
Jon E. Abramczyk, Esq.
Jason A. Cincilla, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market St.
P. O. Box 1347,
Wilmington, DE 19899

an answer to the Petition which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
_____        _____
CLERK                                     DATE


_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| ] | (Messenger) |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              *Date*                        *Signature of Server*

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE 19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure