IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>    Petitioner,<br><br>vs.<br><br>CHARLES LEROY GRAY, DAVID W. REED, and NEAL CAPUCHINO, individuals,<br><br>    Respondents. | Case No. 06-162 |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Mark C. Dosker, Michael W. Kelly and Joseph A. Meckes of Squire, Sanders & Dempsey L.L.P., One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, to represent petitioner Cintas Corporation.

             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

             _____
             Martin P. Tully (#465)
             Jon E. Abramczyk (#2432)
             Jason A. Cincilla (#4232)
             1201 N. Market Street
             P.O. Box 1347
             Wilmington, DE  19899
             (302) 658-9200
              Attorneys for Cintas Corporation

Dated: March 21, 2006

511995

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Mark C. Dosker, Michael W. Kelly and Joseph A. Meckes is granted.

Dated: _____          _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and am admitted to practice in the Supreme Court of the State of California, United States Supreme Court, United States Court of Appeals, Ninth Circuit, United States Court of Appeals, Federal Circuit, United States Court of Appeals, Second Circuit, United States District Court, Northern District of California, United States District Court, Eastern District of California, United States District Court, Central District of California, United States District Court, Southern District of California, United States Tax Court, and United States Court of Federal Claims. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 20, 2006

[signature]
Mark C. Dosker (CA Bar # 114789)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
(415) 954-0200

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and am admitted to practice in the Supreme Court of the State of Ohio, Supreme Court of the State of California, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States District Court, Northern District of California, United States District Court, Eastern District of California, United States District Court, Southern District of California, United States District Court for the Western District of Texas, and United States District Court for the Northern District of Ohio. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 17, 2006

Michael W. Kelly (CA Bar # 214038)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
(415) 954-0200

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and am admitted to practice in the United States Supreme Court, California Supreme Court, Ninth Circuit Court of Appeals, Federal Circuit Court of Appeals, United States District Court for the Northern District of California, United States District Court for the Eastern District of California, United States District Court for the Central District of California, and United States District Court for the Southern District of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 17, 2006

Joseph A. Meckes (CA Bar # 190279)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
(415) 954-0200