# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RECEIVED APR 10 2006

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Robert A. Cahn
Executive Attorney

~~DIRECT REPLY TO:~~

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 7, 2006

TO INVOLVED JUDGES

Re: MDL-1781—In re Cintas Corp. Overtime Pay Arbitration Litigation

06-162 JJF

(See Attached Schedule of Actions)

Dear Judges:

    Presently before the Panel pursuant to 28 U.S.C. § 1407 is a motion to transfer which includes at least one action before you in the above-described docket. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel becomes effective.

    If you have a motion pending – such as a motion to remand to state court (if the action was removed to your court) – you are free to rule on the motion, of course, or wait until the Panel has decided the transfer issue. The latter course may be especially appropriate if the motion raises questions likely to arise in other actions in the transferee court and, in the interest of uniformity, might best be decided there if the Panel orders centralization.

    Please feel free to contact our staff in Washington with any questions.

Kindest regards,

Wm. Terrell Hodges
Chairman

# SCHEDULE OF ACTIONS
## DOCKET NO. 1781
## IN RE CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION

Middle District of Alabama
*Cintas Corp. v. Randall M. Cornelius, et al.,* C.A. No. 2:06-227  (Judge W. Harold Albritton, III)

Northern District of Alabama
*Cintas Corp. v. Darren Mitchell Anderson, et al.,* C.A. No. 2:06-492  (Judge Virginia Emerson Hopkins)

Southern District of Alabama
*Cintas Corp. v. Ramon J. Baudier, Jr., et al.,* C.A. No. 1:06-148  (Judge Kristi K. DuBose)

District of Arizona
*Cintas Corp. v. Robert J. Abel, et al.,* C.A. No. 2:06-693  (Judge Earl H. Carroll)

Central District of California
*Cintas Corp. v. Roberto Carlos Alegria, et al.,* C.A. No. 2:06-1750  (Judge Christina A. Snyder)

Eastern District of California
*Cintas Corp. v. Ronald Arvizu, et al.,* C.A. No. 2:06-611  (Judge Frank C. Damrell, Jr.)

Northern District of California
*Paul Veliz, et al. v. Cintas Corp., et al.,* C.A. No. 4:03-1180  (Judge Saundra Brown Armstrong)

Southern District of California
*Cintas Corp. v. Daniel E. Ainsworth, et al.,* C.A. No. 3:06-632  (Judge John A. Houston)

District of Colorado
*Cintas Corp. v. John D. Bickham, et al.,* C.A. No. 1:06-427  (Judge Lewis T. Babcock)

District of Connecticut
*Cintas Corp. v. Eugene Christensen, et al.,* C.A. No. 3:06-360  (Judge Alvin W. Thompson)

District of Delaware
*Cintas Corp. v. Charles Leroy Gray, et al.,* C.A. No. 1:06-162  (Judge Joseph J. Farnan, Jr.)

Middle District of Florida
*Cintas Corp. v. Alice Allen, et al.,* C.A. No. 8:06-400  (Judge Elizabeth A. Kovachevich)

Northern District of Florida
*Cintas Corp. v. Joseph Frazier, et al.,* C.A. No. 3:06-103  (Judge M. Casey Rodgers)

Southern District of Florida
*Cintas Corp. v. David J. Abrahamsen, et al.,* C.A. No. 0:06-60310  (Judge William J. Zloch)

Middle District of Georgia
*Cintas Corp. v. Matthew J. DeFelix, et al.,* C.A. No. 1:06-38  (Judge W. Louis Sands)

Northern District of Georgia
*Cintas Corp. v. Jeffrey Aybar, et al.,* C.A. No. 1:06-569  (Judge Marvin H. Shoob)

Southern District of Georgia
*Cintas Corp. v. Joe L. Banks, et al.,* C.A. No. 1:06-35  (Judge Dudley H. Bowen, Jr.)

Southern District of Iowa
*Cintas Corp. v. Donald Allen Griffin, et al.,* C.A. No. 4:06-91  (Judge Ronald E. Longstaff)

District of Idaho
*Cintas Corp. v. David DeBilzan, et al.,* C.A. No. 1:06-104 (Judge B. Lynn Winmill)

Central District of Illinois
*Cintas Corp. v. James Allen Burress, et al.,* C.A. No. 1:06-1068 (Judge Joe B. McDade)

Northern District of Illinois
*Cintas Corp. v. Vince Agozzino, et al.,* C.A. No. 1:06-1343 (Judge James B. Zagel)

Northern District of Indiana
*Cintas Corp. v. James Atkins, et al.,* C.A. No. 2:06-85 (Judge Rudy J. Lozano)

Southern District of Indiana
*Cintas Corp. v. Ryan Albright, et al.,* C.A. No. 1:06-401 (Judge John Daniel Tinder)

District of Kansas
*Cintas Corp. v. Matthew L. Blackman, et al.,* C.A. No. 2:06-2091 (Judge John W. Lungstrum)

Eastern District of Kentucky
*Cintas Corp. v. Danny L. Brown, et al.,* C.A. No. 2:06-52 (Judge William O. Bertelsman)

Western District of Kentucky
*Cintas Corp. v. Jason Agostini, et al.,* C.A. No. 3:06-131 (Judge Jennifer B. Coffman)

Eastern District of Louisiana
*Cintas Corp. v. Jack Addison, et al.,* C.A. No. 2:06-1247 (Judge Lance M. Africk)

Middle District of Louisiana
*Cintas Corp. v. Gustave Fontenot, Jr., et al.,* C.A. No. 3:06-188 (Judge Frank J. Polozola)

Western District of Louisiana
*Cintas Corp. v. Ivan Edward Avery, et al.,* C.A. No. 6:06-391 (Judge Tucker L. Melancon)

District of Massachusetts
*Cintas Corp. v. Philip Daniel Blaisdell, et al.,* C.A. No. 1:06-10442 (Judge William G. Young)

District of Maryland
*Cintas Corp. v. Joe Andrews, et al.,* C.A. No. 8:06-641 (Judge Peter J. Messitte)

District of Maine
*Cintas Corp. v. Randall Bowles, et al.,* C.A. No. 2:06-55 (Judge George Z. Singal)

Eastern District of Michigan
*Cintas Corp. v. Brandon Alioto, et al.,* C.A. No. 2:06-11043 (Judge Nancy G. Edmunds)

Western District of Michigan
*Cintas Corp. v. Travis M. Ault, et al.,* C.A. No. 1:06-180 (Judge Richard A. Enslen)

District of Minnesota
*Cintas Corp. v. John Callahan, et al.,* C.A. No. 0:06-1012 (Judge David S. Doty)

Eastern District of Missouri
*Cintas Corp. v. Relton Barnes, et al.,* C.A. No. 4:06-450 (Judge Jean C. Hamilton)

Western District of Missouri
*Cintas Corp. v. Randall Adams, et al.,* C.A. No. 4:06-208 (Judge Scott O. Wright)

SCHEDULE OF ACTIONS - DOCKET NO. 1781                                        Page 3 of 4

Southern District of Mississippi
*Cintas Corp. v. Gregory Cole Bigbee, et al.*, C.A. No. 3:06-137 (Judge Tom S. Lee)

Eastern District of North Carolina
*Cintas Corp. v. Matthew Anderson, et al.*, C.A. No. 5:06-113 (Judge James C. Dever, III)

Middle District of North Carolina
*Cintas Corp. v. Gus Aranegui, et al.*, C.A. No. 1:06-225 (Judge UNASSIGNED)

Western District of North Carolina
*Cintas Corp. v. Jonathan Allred, et al.*, C.A. No. 3:06-114 (Judge David Keesler)

District of Nebraska
*Cintas Corp. v. Jeffrey Anderson, et al.*, C.A. No. 8:06-262 (Judge Laurie Smith Camp)

District of New Jersey
*Cintas Corp. v. Joseph Allen, et al.*, C.A. No. 2:06-1164 (Judge John C. Lifland)

District of New Mexico
*Cintas Corp. v. Tony L. Bostick, et al.*, C.A. No. 1:06-185 (Judge Alan C. Torgerson)

District of Nevada
*Cintas Corp. v. Anthony Dean Hamby, et al.*, C.A. No. 2:06-300 (Judge Brian E. Sandoval)

Eastern District of New York
Cintas Corp. v. Troy Amott, et al., C.A. No. 1:06-1105 (Judge Eric N. Vitaliano)

Northern District of New York
*Cintas Corp. v. Hugh J. Kingsley, et al.*, C.A. No. 5:06-311 (Judge Norman A. Mordue)

Southern District of New York
*Cintas Corp. v. Louis Alves, et al.*, C.A. No. 1:06-1933 (Judge Victor Marrero)

Western District of New York
*Cintas Corp. v. Robert F. Bowles, Jr., et al.*, C.A. No. 6:06-6147 (Judge Charles J. Siragusa)

Northern District of Ohio
*Cintas Corp. v. Bradley Agler, et al.*, C.A. No. 3:06-7083 (Judge James G. Carr)

Southern District of Ohio
*Cintas Corp. v. Donald Adkins, et al.*, C.A. No. 1:06-126 (Judge Herman J. Weber)

Eastern District of Oklahoma
*Cintas Corp. v. Robert Hall, et al.*, C.A. No. 6:06-97 (Judge Ronald A. White)

Northern District of Oklahoma
*Cintas Corp. v. Brent Berna, et al.*, C.A. No. 4:06-148 (Judge Terence C. Kern)

Western District of Oklahoma
*Cintas Corp. v. Raymond Mac Harris, Jr., et al.*, C.A. No. 5:06-247 (Judge Joe L. Heaton)

District of Oregon
*Cintas Corp. v. Dennis Bassett, et al.*, C.A. No. 6:06-335 (Judge Ann Aiken)

Eastern District of Pennsylvania
*Cintas Corp v. Kenneth W. Baptist, et al.*, C.A. No. 2:06-1053 (Judge Marvin Katz)

Middle District of Pennsylvania
*Cintas Corp. v. Brian Ash, et al.*, C.A. No. 3:06-517 (Judge James M. Munley)

Western District of Pennsylvania
*Cintas Corp. v. Christopher Derenzo, et al.*, C.A. No. 2:06-324 (Judge Gary L. Lancaster)

District of Rhode Island
*Cintas Corp. v. Joseph E. Edwards, et al.*, C.A. No. 1:06-112 (Judge William E. Smith)

District of South Carolina
*Cintas Corp. v. Thomas Eugene Alert, et al.*, C.A. No. 3:06-762 (Judge Margaret B. Seymour)

Eastern District of Texas
*Cintas Corp. v. Stephen Barlow, et al.*, C.A. No. 1:06-137 (Judge Marcia A. Crone)

Northern District of Texas
*Cintas Corp. v. Bryan Armstrong, et al.*, C.A. No. 3:06-432 (Judge Jane J. Boyle)

Southern District of Texas
*Cintas Corp. v. Judd Allen, et al.*, C.A. No. 4:06-824 (Judge Vanessa D. Gilmore)

Western District of Texas
*Cintas Corp. v. Issac Anaya, et al.*, C.A. No. 5:06-216 (Judge Orlando L. Garcia)

District of Utah
*Cintas Corp. v. Wade Bell, et al.*, C.A. No. 2:06-205 (Judge Paul G. Cassell)

Eastern District of Virginia
*Cintas Corp. v. John O. Ansink, Jr., et al.*, C.A. No. 1:06-267 (Judge James C. Cacheris)

Western District of Virginia
*Cintas Corp. v. Nelson Carter, Jr.*, C.A. No. 5:06-23 (Judge Samuel G. Wilson)

Eastern District of Washington
*Cintas Corp. v. Scott Burgess, et al.*, C.A. No. 2:06-3023 (Judge Fred Van Sickle)

Western District of Washington
*Cintas Corp. v. Michael Anderson, et al.*, C.A. No. 2:06-332 (Judge Thomas S. Zilly)

Eastern District of Wisconsin
*Cintas Corp. v. Nathan J. Andree, et al.*, C.A. No. 2:06-303 (Judge Lynn S. Adelman)

Western District of Wisconsin
*Cintas Corp. v. Chris Brown, et al.*, C.A. No. 3:06-133 (Judge Barbara B. Crabb)