# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Catherine D. Maida
Acting Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

RECEIVED

JUN 2 0 2006

June 15, 2006

NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:              July 27, 2006

LOCATION OF HEARING SESSION:    Everett McKinley Dirksen United States Courthouse
                                                          Courtroom No. 2525, 25th Floor
                                                          219 South Dearborn Street
                                                          Chicago, Illinois 60604

TIME OF HEARING SESSION: In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **July 10, 2006.** Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation." These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

Catherine D. Maida

Catherine D. Maida
Acting Clerk of the Panel

c: Clerk, U.S. District Court for the Northern District of Illinois

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUNE 15, 2006

CATHERINE D. MAIDA
ACTING CLERK OF THE PANEL

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

## HEARING SESSION ORDER

IT IS ORDERED that on July 27, 2006, a hearing session will be held in Chicago, Illinois, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

_Wm. Terrell Hodges_

Wm. Terrell Hodges
Chairman

SCHEDULE OF MATTERS FOR HEARING SESSION
July 27, 2006 -- Chicago, Illinois


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL-1780 -- In re Digital Music Antitrust Litigation

      Motion of plaintiffs Cindy Seley, et al., for centralization of certain of the following actions in the United States District Court for the Southern District of New York and motion of defendants Sony BMG Music Entertainment; Sony Corporation of America; Bertelsmann Music Group, Inc.; Bertelsmann, Inc.; Universal Music Group, Inc.; Time Warner, Inc.; Warner Music Group Corporation; and EMI Music North America for centralization of the following actions in the United States District Court for the Southern District of New York:

      Central District of California

*Guy Williams v. Sony BMG Music Entertainment, et al.*, C.A. No. 2:06-1661
*Cato Thornton v. Sony BMG Music Entertainment, et al.*, C.A. No. 2:06-1748

      Northern District of California

*Dennis Bulcao, et al. v. Sony BMG Music Entertainment, et al.*, C.A. No. 3:06-1752
*Scott Ruth v. Sony BMG Music Entertainment, et al.*, C.A. No. 3:06-2161

      Southern District of California

*Richard Feferman, et al. v. Universal Music Group, Inc., et al.*, C.A. No. 3:06-378

      Southern District of New York

*Cindy Seley, et al. v. Universal Music Group, Inc., et al.*, C.A. No. 1:06-1887
*Jay S. Ewing, et al. v. Sony BMG Music Entertainment, et al.*, C.A. No. 1:06-2355
*Jason Candler v. Sony BMG Music Entertainment, et al.*, C.A. No. 1:06-2610
*Shannon Corkery v. Bertelsmann, Inc., et al.*, C.A. No. 1:06-2732

Schedule of Matters for Hearing Session, Section A                    p. 2
Chicago, Illinois


MDL-1781 -- In re Cintas Corp. Overtime Pay Arbitration Litigation

Motion of Northern District of California action plaintiffs Paul Veliz, et al. (some of whom also constitute the defendants in the remaining following actions) for centralization of the following actions in the United States District Court for the Northern District of California:

Middle District of Alabama

*Cintas Corp. v. Randall M. Cornelius, et al.*, C.A. No. 2:06-227

Northern District of Alabama

*Cintas Corp. v. Darren Mitchell Anderson, et al.*, C.A. No. 2:06-492

Southern District of Alabama

*Cintas Corp. v. Ramon J. Baudier, Jr., et al.*, C.A. No. 1:06-148

District of Arizona

*Cintas Corp. v. Robert J. Abel, et al.*, C.A. No. 2:06-693

Central District of California

*Cintas Corp. v. Roberto Carlos Alegria, et al.*, C.A. No. 2:06-1750

Eastern District of California

*Cintas Corp. v. Ronald Arvizu, et al.*, C.A. No. 2:06-611

Northern District of California

*Paul Veliz, et al. v. Cintas Corp., et al.*, C.A. No. 4:03-1180

Southern District of California

*Cintas Corp. v. Daniel E. Ainsworth, et al.*, C.A. No. 3:06-632

Schedule of Matters for Hearing Session, Section A                    p. 3
Chicago, Illinois


MDL-1781 (Continued)


     District of Colorado

*Cintas Corp. v. John D. Bickham, et al.*, C.A. No. 1:06-427

     District of Connecticut

*Cintas Corp. v. Eugene Christensen, et al.*, C.A. No. 3:06-360

     District of Delaware

*Cintas Corp. v. Charles Leroy Gray, et al.*, C.A. No. 1:06-162

     Middle District of Florida

*Cintas Corp. v. Alice Allen, et al.*, C.A. No. 8:06-400

     Northern District of Florida

*Cintas Corp. v. Joseph Frazier, et al.*, C.A. No. 3:06-103

     Southern District of Florida

*Cintas Corp. v. David J. Abrahamsen, et* al., C.A. No. 0:06-60310

     Middle District of Georgia

*Cintas Corp. v. Matthew J. DeFelix, et al.*, C.A. No. 1:06-38

     Northern District of Georgia

*Cintas Corp. v. Jeffrey Aybar, et* al., C.A. No. 1:06-569

     Southern District of Georgia

*Cintas Corp. v. Joe L. Banks, et al.*, C.A. No. 1:06-35

Schedule of Matters for Hearing Session, Section A                    p. 4
Chicago, Illinois


MDL-1781 (Continued)


District of Idaho

*Cintas Corp. v. David DeBilzan, et al.*, C.A. No. 1:06-104

Central District of Illinois

*Cintas Corp. v. James Allen Burress, et al.*, C.A. No. 1:06-1068

Northern District of Illinois

*Cintas Corp. v. Vince Agozzino, et al.*, C.A. No. 1:06-1343

Northern District of Indiana

*Cintas Corp. v. James Atkins, et al.*, C.A. No. 2:06-85

Southern District of Indiana

*Cintas Corp. v. Ryan Albright, et al.*, C.A. No. 1:06-401

Southern District of Iowa

*Cintas Corp. v. Donald Allen Griffin, et al.*, C.A. No. 4:06-91

District of Kansas

*Cintas Corp. v. Matthew L. Blackman, et al.*, C.A. No. 2:06-2091

Eastern District of Kentucky

*Cintas Corp. v. Danny L. Brown, et al.*, C.A. No. 2:06-52

Western District of Kentucky

*Cintas Corp. v. Jason Agostini, et al.*, C.A. No. 3:06-131

Schedule of Matters for Hearing Session, Section A                    p. 5
Chicago, Illinois


MDL-1781 (Continued)


Eastern District of Louisiana

*Cintas Corp. v. Jack Addison, et al.*, C.A. No. 2:06-1247

Middle District of Louisiana

*Cintas Corp. v. Gustave Fontenot, Jr., et al.*, C.A. No. 3:06-188

Western District of Louisiana

*Cintas Corp. v. Ivan Edward Avery, et al.*, C.A. No. 6:06-391

District of Maine

*Cintas Corp. v. Randall Bowles, et al.*, C.A. No. 2:06-55

District of Maryland

*Cintas Corp. v. Joe Andrews, et al.*, C.A. No. 8:06-641

District of Massachusetts

*Cintas Corp. v. Philip Daniel Blaisdell, et al.*, C.A. No. 1:06-10442

Eastern District of Michigan

*Cintas Corp. v. Brandon Alioto, et al.*, C.A. No. 2:06-11043

Western District of Michigan

*Cintas Corp. v. Travis M. Ault, et al.*, C.A. No. 1:06-180

District of Minnesota

*Cintas Corp. v. John Callahan, et al.*, C.A. No. 0:06-1012

Schedule of Matters for Hearing Session, Section A                              p. 6
Chicago, Illinois

MDL-1781 (Continued)

### Southern District of Mississippi

*Cintas Corp. v. Gregory Cole Bigbee, et al.*, C.A. No. 3:06-137

### Eastern District of Missouri

*Cintas Corp. v. Relton Barnes, et al.*, C.A. No. 4:06-450

### Western District of Missouri

*Cintas Corp. v. Randall Adams, et al.*, C.A. No. 4:06-208

### District of Nebraska

*Cintas Corp. v. Jeffrey Anderson, et al.*, C.A. No. 8:06-262

### District of Nevada

*Cintas Corp. v. Anthony Dean Hamby, et al.*, C.A. No. 2:06-300

### District of New Jersey

*Cintas Corp. v. Joseph Allen, et al.*, C.A. No. 2:06-1164

### District of New Mexico

*Cintas Corp. v. Tony L. Bostick, et al.*, C.A. No. 1:06-185

### Eastern District of New York

*Cintas Corp. v. Troy Amott, et al.*, C.A. No. 1:06-1105

### Northern District of New York

*Cintas Corp. v. Hugh J. Kingsley, et al.*, C.A. No. 5:06-311

Schedule of Matters for Hearing Session, Section A                    p. 7
Chicago, Illinois


MDL-1781 (Continued)


Southern District of New York

*Cintas Corp. v. Louis Alves, et al.*, C.A. No. 1:06-1933

Western District of New York

*Cintas Corp. v. Robert F. Bowles, Jr., et al.*, C.A. No. 6:06-6147

Eastern District of North Carolina

*Cintas Corp. v. Matthew Anderson, et al.*, C.A. No. 5:06-113

Middle District of North Carolina

*Cintas Corp. v. Gus Aranegui, et al.*, C.A. No. 1:06-225

Western District of North Carolina

*Cintas Corp. v. Jonathan Allred, et al.*, C.A. No. 3:06-114

Northern District of Ohio

*Cintas Corp. v. Bradley Agler, et al.*, C.A. No. 3:06-7083

Southern District of Ohio

*Cintas Corp. v. Donald Adkins, et al.*, C.A. No. 1:06-126

Eastern District of Oklahoma

*Cintas Corp. v. Robert Hall, et al.*, C.A. No. 6:06-97

Northern District of Oklahoma

*Cintas Corp. v. Brent Berna, et al.*, C.A. No. 4:06-148

MDL-1781 (Continued)

Western District of Oklahoma

*Cintas Corp. v. Raymond Mac Harris, Jr., et al.*, C.A. No. 5:06-247

District of Oregon

*Cintas Corp. v. Dennis Bassett, et al.*, C.A. No. 6:06-335

Eastern District of Pennsylvania

*Cintas Corp v. Kenneth W. Baptist, et al.*, C.A. No. 2:06-1053

Middle District of Pennsylvania

*Cintas Corp. v. Brian Ash, et al.*, C.A. No. 3:06-517

Western District of Pennsylvania

*Cintas Corp. v. Christopher Derenzo, et al.*, C.A. No. 2:06-324

District of Rhode Island

*Cintas Corp. v. Joseph E. Edwards, et al.*, C.A. No. 1:06-112

District of South Carolina

*Cintas Corp. v. Thomas Eugene Alert, et al.*, C.A. No. 3:06-762

Eastern District of Texas

*Cintas Corp. v. Stephen Barlow, et al.*, C.A. No. 1:06-137

Northern District of Texas

*Cintas Corp. v. Bryan Armstrong, et al.*, C.A. No. 3:06-432

Schedule of Matters for Hearing Session, Section A                    p. 9
Chicago, Illinois


MDL-1781 (Continued)


Southern District of Texas

*Cintas Corp. v. Judd Allen, et al.*, C.A. No. 4:06-824

Western District of Texas

*Cintas Corp. v. Issac Anaya, et al.*, C.A. No. 5:06-216

District of Utah

*Cintas Corp. v. Wade Bell, et al.*, C.A. No. 2:06-205

Eastern District of Virginia

*Cintas Corp. v. John O. Ansink, Jr., et al.*, C.A. No. 1:06-267

Western District of Virginia

*Cintas Corp. v. Nelson Carter, Jr.*, C.A. No. 5:06-23

Eastern District of Washington

*Cintas Corp. v. Scott Burgess, et al.*, C.A. No. 2:06-3023

Western District of Washington

*Cintas Corp. v. Michael Anderson, et al.*, C.A. No. 2:06-332

Eastern District of Wisconsin

*Cintas Corp. v. Nathan J. Andree, et al.*, C.A. No. 2:06-303

Western District of Wisconsin

*Cintas Corp. v. Chris Brown, et al.*, C.A. No. 3:06-133

Schedule of Matters for Hearing Session, Section A                          p. 10
Chicago, Illinois


MDL-1782 -- In re Pharmacy Benefit Managers Antitrust Litigation

    Motion of plaintiffs Brady Enterprises, Inc., et al., for centralization of the following
actions in the United States District Court for the Eastern District of Pennsylvania:


      Northern District of Alabama

*North Jackson Pharmacy, Inc., et al. v. Express Scripts Inc., et al.*, C.A. No. 5:03-2696
*North Jackson Pharmacy, Inc., et al. v. Medco Health Solutions, Inc., et al.*,
  C.A. No. 5:03-2697

      Northern District of California

*Mike's Medical Center Pharmacy, et al. v. Medco Health Solutions, Inc., et al.*,
  C.A. No. 3:05-5108

      Northern District of Illinois

*North Jackson Pharmacy, Inc., et al. v. Caremark RX Inc., et al.*, C.A. No. 1:04-5674

      Eastern District of Pennsylvania

*Brady Enterprises, Inc., et al. v. Medco Health Solutions, Inc., et al.*, C.A. No. 2:03-4730
*Bellvue Drug Co., et al. v. AdvancePCS*, C.A. No. 2:03-4731


MDL-1783 -- In re JP Morgan Chase & Co. Securities Litigation

    Motion of plaintiff Samuel I. Hyland for centralization of the following actions in the
United States District Court for the District of Delaware:


      District of Delaware

*Samuel I. Hyland, et al. v. William B. Harrison, Jr., et al.*, C.A. No. 1:05-162
*Samuel I. Hyland v. JPMorgan Securities, Inc.*, C.A. No. 1:06-244

      Northern District of Illinois

*Stephen Blau v. William B. Harrison, Jr., et al.*, C.A. No. 1:04-6592

Schedule of Matters for Hearing Session, Section A                    p. 11
Chicago, Illinois


MDL-1784 -- In re McDonald's French Fries Litigation

Motion of defendant McDonald's Corporation for centralization of the following actions in the United States District Court for the Northern District of Illinois:

Central District of California

*Nadia Sugich v. McDonald's Corp., et al.*, C.A. No. 2:06-1727
*Kathryn E. Stepkowski v. McDonald's Corp., et al.*, C.A. No. 2:06-1848

Middle District of Florida

*Richard Montalbano, et al. v. McDonald's Corp., et al.*, C.A. No. 3:06-298

Southern District of Florida

*David Levy, et al. v. McDonald's Corp.*, C.A. No. 0:06-60236

Northern District of Illinois

*Debra Moffatt v. McDonald's Corp.*, C.A. No. 1:06-1439
*Josh Gottwig v. McDonald's Corp.*, C.A. No. 1:06-1722
*Alissa Krinsky, et al. v. McDonald's Corp.*, C.A. No. 1:06-2064

Eastern District of Tennessee

*Amanda Spaid, et al. v. McDonald's Corp.*, C.A. No. 3:06-133

Schedule of Matters for Hearing Session, Section A                    p. 12
Chicago, Illinois


MDL-1785 -- In re Bausch & Lomb Inc. Contact Lens Solution Products Liability Litigation

Motion of plaintiffs Jacqueline Wartmann; Marcia Lamarche; Kimberly A. Beskin; David A. Lugo, et al.; and Mary Joyce Bedwell, et al., for centralization of certain of the following actions in the United States District Court for the Western District of Louisiana, or in the alternative, the United States District Court for the Southern District of Florida or the United States District Court for the Eastern District of New York and motion of plaintiff Helen Hreen for centralization of the following actions in the United States District Court for the Middle District of Florida:

### Middle District of Florida

*Helen Hreen v. Bausch & Lomb, Inc.*, C.A. No. 8:06-735

### Southern District of Florida

*Jacqueline Wartmann v. Bausch & Lomb, Inc.*, C.A. No. 0:06-60532

### Western District of Louisiana

*Marcia Lamarche v. Bausch & Lomb, Inc.*, C.A. No. 6:06-669

### Northern District of Mississippi

*Joan Lesley v. Bausch & Lomb, Inc.*, C.A. No. 1:06-132

### Eastern District of New York

*Kimberly A. Beskin v. Bausch & Lomb, Inc.*, C.A. No. 1:06-1749
*Mary Joyce Bedwell, et al. v. Bausch & Lomb, Inc.*, C.A. No. 1:06-1858

### Southern District of New York

*Nelson Huie v. Bausch & Lomb, Inc.*, C.A. No. 1:06-2911

### Western District of Pennsylvania

*Ryan Gregg v. Bausch & Lomb, Inc.*, C.A. No. 2:06-554

Schedule of Matters for Hearing Session, Section A                              p. 13
Chicago, Illinois


MDL-1785 (Continued)


### District of Rhode Island

*Barbara M. Cavallaro v. Bausch & Lomb, Inc.*, C.A. No. 1:06-205

### District of South Carolina

*Jennifer A. Kohn v. Bausch & Lomb, Inc.*, C.A. No. 2:06-1321


## MDL-1786 -- In re H&R Block, Inc., Express IRA Marketing Litigation

Motion of plaintiff Carol Bronson for centralization of the following actions in the United States District Court for the Western District of Missouri:


### Eastern District of Arkansas

*Debbie L. Jenkins v. H&R Block, Inc.*, C.A. No. 4:06-365

### Southern District of Illinois

*Pascha Perkins v. H&R Block, Inc., et al.*, C.A. No. 3:06-317

### Eastern District of Missouri

*Shawn Silverberg, et al. v. H&R Block, Inc., et al.*, C.A. No. 4:06-519
*Vanessa Rodriguez v. H&R Block, Inc., et al.*, C.A. No. 4:06-554
*Debra Kessler v. H&R Block, Inc., et al.*, C.A. No. 4:06-616

### Western District of Missouri

*Neil Terrelonge v. H&R Block, Inc.*, C.A. No. 4:06-222
*Tanya Adams v. H&R Block, Inc., et al.*, C.A. No. 4:06-231
*Jennifer Braun v. H&R Block, Inc.*, C.A. No. 4:06-242
*Brian M. Baxter v. H&R Block, Inc.*, C.A. No. 4:06-289

Schedule of Matters for Hearing Session, Section A                    p. 14
Chicago, Illinois


MDL-1786 (Continued)


### Western District of Missouri (Continued)

*Thomas Edward Carr, et al. v. H&R Block, Inc.*, C.A. No. 4:06-312
*Jeanine M. Rozum v. H&R Block, Inc.*, C.A. No. 4:06-326
*Rhonda Cribbs v. H&R Block, Inc., et al.*, C.A. No. 4:06-330
*Carol Bronson v. H&R Block, Inc., et al.*, C.A. No. 4:06-357
*Robert E. Dowda, Jr. v. H&R Block Tax Services, Inc., et al.*, C.A. No. 4:06-402


### MDL-1787 -- In re Sidney D. Torres, III, Contract Litigation

Motion of Sidney D. Torres, III, for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:


### Eastern District of Louisiana

*Sidney D. Torres, III v. Barcosh, Ltd., et al.*, C.A. No. 2:06-1292

### Northern District of Ohio

*Barcosh, Ltd. v. Sidney D. Torres, III*, C.A. No. 3:06-732


### MDL-1788 -- In re Qwest Communications International, Inc., Securities & "ERISA" Litigation (No. II)

Motion of defendants Qwest Communications International, Inc., and Qwest Capital Funding, Inc., for centralization of the following actions in the United States District Court for the District of Colorado:


### Northern District of California

*San Francisco Employees Retirement System v. Qwest Communications International, Inc., et al.*, C.A. No. 3:06-2615

Schedule of Matters for Hearing Session, Section A                        p. 15
Chicago, Illinois


MDL-1788 (Continued)


    <u>District of Colorado</u>

*New England Health Care Employees Pension Fund, et al. v. Qwest Communications
   International, Inc., et al.*, C.A. No. 1:01-1451
*Stanton Discount Pharmacy, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:01-1472
*Douglass Urquhart, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:01-1527
*Tyler Del Valle Grady, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:01-1616
*Robert Cline, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:01-1799
*David Tanner, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:01-1930
*Herbert S. Cohen Trust v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:02-333
*Adele Brody v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-374
*Valerie J. Brooks, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:02-464
*Janice Dudley, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:02-470
*Rod Coyle, et al. v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-482
*Brian Barry v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-507
*James Rooney, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:02-602
*Laila Abdelnour v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-658
*Paula Smith, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:02-714
*Stuart Wollman v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-755
*Seymour Tabacoff, et al. v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:02-798
*Mary Stuhr v. Qwest Communications International, Inc., et al.*, C.A. No. 1:02-2120
*Stichting Pensioenfonds ABP v. Qwest Communications International, Inc., et al.*,
   C.A. No. 1:04-238
*Donald Keller v. Qwest Communications International, Inc., et al.*, C.A. No. 1:04-680

Schedule of Matters for Hearing Session, Section A                        p. 16
Chicago, Illinois

MDL-1788 (Continued)

### District of Colorado (Continued)

*Shriners Hospitals for Children v. Qwest Communications International, Inc., et al.,*
  C.A. No. 1:04-781
*Teachers' Retirement System of Louisiana v. Qwest Communications International, Inc.,*
  *et al.,* C.A. No. 1:04-782
*New York City Employees Retirement System, et al. v. Qwest Communications*
  *International, Inc., et al.,* C.A. No. 1:04-1964
*Fire & Police Pension Association of Colorado v. Qwest Communications International,*
  *Inc., et al.,* C.A. No. 1:06-732

### Southern District of New York

*New York State Common Retirement Fund v. Qwest Communications International, Inc.,*
  *et al.,* C.A. No. 1:06-2996

### Eastern District of Pennsylvania

*Pennsylvania Public School Employees' Retirement System v. Qwest Communications*
  *International, Inc., et al.,* C.A. No. 2:06-1829

### MDL-1789 -- In re Fosamax and Actonel Products Liability Litigation

Motion of plaintiffs Margaret Harth, Ramon L. Harrison, Shirley A. Grizzle, Burdette
Burt, Suzanne Dengel, Jack Cuthbert, and Lena Simmons for centralization of the following
actions in the United States District Court for the Middle District of Tennessee, or in the
alternative, the United States District Court for the Southern District of New York:

### Middle District of Florida

*Linda Secrest, et al. v. Merck & Co., Inc.,* C.A. No. 2:06-191

Schedule of Matters for Hearing Session, Section A                    p. 17
Chicago, Illinois


MDL-1789 (Continued)


### Eastern District of New York

*Dorothy R. Edwards v. Merck & Co., Inc.*, C.A. No. 1:06-1645
*Delores Startt v. Merck & Co., Inc.*, C.A. No. 1:06-1647

### Southern District of New York

*Margaret Peggy Harth v. Merck & Co., Inc.*, C.A. No. 1:06-361
*Ramon L. Harrison v. Merck & Co., Inc.*, C.A. No. 1:06-365
*Shirley A. Grizzle v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 1:06-366
*Burdette Burt v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 1:06-368
*Suzanne Dengel v. Merck & Co., Inc.*, C.A. No. 1:06-372
*Jack Cuthbert v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 1:06-387
*Lena Simmons v. Proctor & Gamble Pharmaceuticals, Inc., et al.*, C.A. No. 1:06-454
*Avril Evans v. Merck & Co., Inc.*, C.A. No. 1:06-979
*Linda F. Hennrich v. Merck & Co., Inc.*, C.A. No. 1:06-2274
*Julie Lowell v. Novartis Pharmaceuticals Corp., et al.*, C.A. No. 1:06-3130
*Jo Anne Gladin De La Fuente v. Merck & Co., Inc.*, C.A. No. 1:06-3131
*Carlee Thomson v. Merck & Co., Inc., et al.*, C.A. No. 1:06-3813
*Sherri Moore v. Merck & Co., Inc.*, C.A. No. 1:06-3814
*Patricia Kincaid v. Merck & Co., Inc.*, C.A. No. 1:06-3815
*Sheldon Gottesfeld v. Merck & Co., Inc., et al.*, C.A. No. 1:06-3816

### Middle District of Tennessee

*Gwendolyn Wolfe, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-717

MDL-1790 -- In re Volkswagen and Audi Warranty Extension Litigation

Motion of plaintiffs Carol Carter, Eric Becker, Mildred Kasten, William Cohen, and defendant Volkswagen of America, Inc., for centralization of the following actions in the United States District Court for the Southern District of Illinois or the United States District Court for the Eastern District of Pennsylvania:

Central District of California

*Carol Carter v. Volkswagen of America, Inc.*, C.A. No. 2:06-2397

Middle District of Florida

*Eric Becker v. Volkswagen of America, Inc.*, C.A. No. 6:06-364

Southern District of Illinois

*Mildred Kasten v. Volkswagen of America, Inc.*, C.A. No. 3:06-285

Eastern District of Pennsylvania

*William Cohen v. Volkswagen of America, Inc.*, C.A. No. 2:06-1310

MDL-1791 -- In re National Security Agency Telecommunications Records Litigation

Motion of defendants Verizon Communications Inc., Verizon Global Networks Inc., and Verizon Northwest Inc. for centralization of the following actions in the United States District Court for the District of District of Columbia:

Eastern District of California

*Greg Conner, et al. v. AT&T Corp., et al.*, C.A. No. 1:06-632

Northern District of California

*Tash Hepting, et al. v. AT&T Corp., et al.*, C.A. No. 3:06-672

Schedule of Matters for Hearing Session, Section A                    p. 19
Chicago, Illinois

MDL-1791 (Continued)

### Southern District of California

*Shelly D. Souder v. AT&T Corp., et al.*, C.A. No. 3:06-1058

### District of District of Columbia

*David M. Driscoll, Jr., et al. v. Verizon Communications, Inc.*, C.A. No. 1:06-916
*Harold Ludman v. AT&T Inc.*, C.A. No. 1:06-917
*Lawrence Phillips v. BellSouth Corp.*, C.A. No. 1:06-918

### Northern District of Illinois

*Steven Schwarz, et al. v. AT&T Corp., et al.*, C.A. No. 1:06-2680
*Studs Terkel, et al. v. AT&T Inc.*, C.A. No. 1:06-2837

### Eastern District of Louisiana

*Tina Herron, et al. v. Verizon Global Networks, Inc., et al.*, C.A. No. 2:06-2491

### District of Montana

*Rhea Fuller v. Verizon Communications, Inc., et al.*, C.A. No. 9:06-77
*Steve Dolberg v. AT&T Corp., et al.*, C.A. No. 9:06-78

### Eastern District of New York

*Edward Marck, et al. v. Verizon Communications, Inc.*, C.A. No. 2:06-2455

### Southern District of New York

*Carl J. Mayer, et al. v. Verizon Communications Inc., et al.*, C.A. No. 1:06-3650

### District of Oregon

*Darryl Hines v. Verizon Northwest, Inc.*, C.A. No. 3:06-694

Schedule of Matters for Hearing Session, Section A                    p. 20
Chicago, Illinois


MDL-1791 (Continued)


### District of Rhode Island

*Charles F. Bissit, et al. v. Verizon Communications, Inc., et al.*, C.A. No. 1:06-220
*Pamela A. Mahoney v. AT&T Communications, Inc.*, C.A. No. 1:06-223
*Pamela A. Mahoney v. Verizon Communications, Inc.*, C.A. No. 1:06-224

### Middle District of Tennessee

*Kathryn Potter v. BellSouth Corp.*, C.A. No. 3:06-469

### Southern District of Texas

*Mary J. Trevino, et al. v. AT&T Corp., et al.*, C.A. No. 2:06-209

### Western District of Texas

*James C. Harrington, et al. v. AT&T Inc.*, C.A. No. 1:06-374

Schedule of Matters for Hearing Session, Section B                    p. 21
Chicago, Illinois


# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT


MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Southern District of Mississippi

*Rickey J. Brown v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-581
*James W. Brumfield v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-582
*Ira Buchanan v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-583
*Bobby D. Burkett v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-584
*Ernest Carthan, Jr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-585
*John H. Cessna v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-586
*Willie W. Chisolm, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-587
*Jerry L. Coon v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-588
*Jewell Crossley, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-589
*Raymond Cyprian v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-590
*Lawrence P. Davis v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-591
*Owen Davis v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-592
*William N. Davis v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-593
*Kenneth Deer, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-594
*Willie Carter v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-595
*Andrew Brown, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-596
*Carl Brower v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-597
*Omar W. Bounds v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-598
*James S. Baugh, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-599
*Charles E. Banks v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-600
*Gary M. Arceneaux v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-601

Schedule of Matters for Hearing Session, Section B                     p. 22
Chicago, Illinois


MDL-875 (Continued)


### Southern District of Mississippi (Continued)

*L.C. Adams v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-602
*Geemes H. Smith v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-603
*Wilson D. Steed, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-604
*Jimmy C. Sumrall v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-605
*C.L. Thompson v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-606
*Melvin Tims v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-607
*Doyle T. Turner v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-608
*Eugene D. Turner v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-609
*Alfred J. Tyler v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-610
*Charles E. Vessel v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-611
*Adrian E. Vicknair, Jr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-612
*Wardell Wash v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-613
*Joe M. White v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-614
*Michael C. White v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-615
*Granderson Williams v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-616
*Andrew D. Woodall, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-617
*Roy Young, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-618
*York Sit v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-619
*Louis E. Simmons v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-620
*Robert W. Sills v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-621
*Wayne T. Rollins v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-622
*Bill T. Robinson v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-623
*Colin N. Roberts v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-624
*Robert Parker v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-625
*Kenneth W. Porter v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-626
*Oles Newsome v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-627
*Matthew Nobles v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-628
*Henry W. Griffin v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-629
*Peggy O'Neal Hoyt, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-630
*Kenneth Jennings v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-631
*Louis Johnson v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-632
*Glen E. Jones v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-633
*Jake K. Keith v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-634
*Charles M. Leggett v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-635

Schedule of Matters for Hearing Session, Section B                    p. 23
Chicago, Illinois

MDL-875 (Continued)

### Southern District of Mississippi (Continued)

*Jimmie P. Lenoir v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-636
*Robert L. Lloyd v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-637
*Mitchell Magee v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-638
*Billy R. Marberry v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-639
*Jewel L. McDowell v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-640
*Louis B. McFatter v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-641
*Robert L. McField v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-642
*Robert L. Miller v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-643
*Joe Miciotto v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-644
*Otis Greer v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-645
*Jessie Gardner v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-646
*L.C. Fortner v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-647
*Clemmie Gales v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-648
*Perry R. Ely v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-649
*Chester L. Fedrick v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-650
*Early J. Ford v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-651
*Clarence D. Edwards v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-652
*Thomas J. Edwards v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-653
*Mary Carter, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-654
*Ella Louise Beck, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-696
*Roy Campbell, Jr., etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-697
*Isaac Colenberg, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-698
*Howard Jackson v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-699
*Joseph Jones, Sr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-700
*Alfred E. Mims v. Owens-Illinois, Inc., et* al., C.A. No. 1:05-701
*Raquel A. Mims, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-702
*Evelyn Pierson, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-703
*Rufus Puckett v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-704
*Regina Reed, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:05-705
*Albert J. Wyatt, Sr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-14
*Tommy E. Adams v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-15
*James V. Beck v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-16
*Alex Fleming, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-17
*Demetric Smith, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-18

Schedule of Matters for Hearing Session, Section B                    p. 24
Chicago, Illinois

MDL-875 (Continued)

### Southern District of Mississippi (Continued)

*Governor Lawyer v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-19
*Kathy L. Parker, et al. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-20
*Edward L. Perkins v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-21
*Bobby Jean Robertson, etc. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-22
*James Sanders v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-23
*Tyree Wheeler v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-24
*Wardell Brooks v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-25
*James M. Carpenter v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-26
*Howard Clark, Sr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-27
*Ike Ford, Jr. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-28
*Willie Gordon v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-29
*Marion Harried v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-30
*Tom Hudson v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-31
*Nolan E. Taylor v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-32
*Roy D. Wroten v. Owens-Illinois, Inc., et al.*, C.A. No. 1:06-33


Oppositions of defendants Ford Motor Company and General Motor Corporation to
remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for
the Middle District of Florida:

### Eastern District of Pennsylvania

*Ann Hauck v. Borg Warner Corp., et al.* (M.D. Florida, C.A. No. 6:04-1835)

Schedule of Matters for Hearing Session, Section B                    p. 25
Chicago, Illinois


MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
                    Liability Litigation

     Oppositions of plaintiffs Rhonda Russell and Richard Hewitt, et al., to transfer of their
respective following actions to the United States District Court for the Eastern District of
Pennsylvania:


       Northern District of Alabama

    *Rhonda Russell v. Wyeth*, C.A. No. 2:05-58

       Northern District of Texas

    *Richard Hewitt, et al. v. Pamela J. Edwards, M.D., et al.*, C.A. No. 3:06-436


MDL-1285 -- In re Vitamin Antitrust Litigation

     Opposition of plaintiff Jim Hood, etc., to transfer of the following action to the United
States District Court for the District of District of Columbia:


       Southern District of Mississippi

    *Jim Hood, etc. v. F. Hoffman-LaRoche, Ltd, et al.*, C.A. No. 3:06-122


MDL-1334 -- In re Managed Care Litigation

     Opposition of plaintiff Wayne Surgical Center, LLC, to transfer of the following action to
the United States District Court for the Southern District of Florida:


       District of New Jersey

    *Wayne Surgical Center, LLC v. Global Claim Services*, C.A. No. 2:06-1404

Schedule of Matters for Hearing Session, Section B                              p. 26
Chicago, Illinois


MDL-1481 -- In re Meridia Products Liability Litigation

       Opposition of plaintiff Lois Sugar to transfer of the following action to the United States
District Court for the Northern District of Ohio:


       Western District of New York

       *Lois Sugar v. Abbott Laboratories, et al.*, C.A. No. 1:06-126


MDL-1507 -- In re Prempro Products Liability Litigation

       Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of Arkansas:


       Eastern District of Missouri

       *Marilyn Billeau, et al. v. Wyeth, et al.*, C.A. No. 4:06-267
       *Betty Beck, et al. v. Wyeth, et al.*, C.A. No. 4:06-268
       *Linda Boelk, et al. v. Wyeth, et al.*, C.A. No. 4:06-269
       *Catherine Flores, et al. v. Wyeth, et al.*, C.A. No. 4:06-270
       *Brenda Ferguson, et al. v. Wyeth, et al.*, C.A. No. 4:06-271
       *Robert Henry Devalk, etc. v. Wyeth, et al.*, C.A. No. 4:06-272
       *Patricia Cushman, et al. v. Wyeth, et al.*, C.A. No. 4:06-273
       *Mary Lou Burton v. Wyeth, et al.*, C.A. No. 4:06-274
       *Donna M. Clark, et al. v. Wyeth, et al.*, C.A. No. 4:06-275
       *Betsy Calma, et al. v. Wyeth, et al.*, C.A. No. 4:06-276
       *Linda Burchfield, et al. v. Wyeth, et al.*, C.A. No. 4:06-277
       *Benjamin R. Wright, Jr., et al. v. Wyeth, et al.*, C.A. No. 4:06-278
       *Jeanne Bross v. Wyeth, et al.*, C.A. No. 4:06-279
       *Lori Riley, et al. v. Wyeth, et al.*, C.A. No. 4:06-281
       *Lucille Richardson, et al. v. Wyeth, et al.*, C.A. No. 4:06-282
       *Harolene Pridy, et al. v. Wyeth, et al.*, C.A. No. 4:06-283
       *Susan Trader, et al. v. Wyeth, et al.*, C.A. No. 4:06-284
       *Anthony Sbrocchi, etc. v. Wyeth, et al.*, C.A. No. 4:06-285
       *Dorothy Johnson, et al. v. Wyeth, et al.*, C.A. No. 4:06-286
       *Carol S. Buchanan, et al. v. Wyeth, et al.*, C.A. No. 4:06-288
       *Doris Ganzy, et al. v. Wyeth, et al.*, C.A. No. 4:06-289

Schedule of Matters for Hearing Session, Section B                    p. 27
Chicago, Illinois

MDL-1507 (Continued)

### Eastern District of Missouri (Continued)

*Gayle Ulmer v. Wyeth, et al.*, C.A. No. 4:06-290
*Darylle D. Willenbrock, et al. v. Wyeth, et al.*, C.A. No. 4:06-291
*Lorraine Wejrowski, et al. v. Wyeth, et al.*, C.A. No. 4:06-292
*Lois Barg v. Wyeth, et al.*, C.A. No. 4:06-293
*Gayle Ballew, et al. v. Wyeth, et al.*, C.A. No. 4:06-294
*Nancy Sullivan v. Wyeth, et al.*, C.A. No. 4:06-296
*Tonya Warner v. Wyeth, et al.*, C.A. No. 4:06-297
*Beverly Hellman, et al. v. Wyeth, et al.*, C.A. No. 4:06-298
*Ae Cha Wilson v. Wyeth, et al.*, C.A. No. 4:06-299
*Florence Jean Pritchett, et al. v. Wyeth, et al.*, C.A. No. 4:06-300
*Carolyn George, et al. v. Wyeth, et al.*, C.A. No. 4:06-301
*Betty Synegal v. Wyeth, et al.*, C.A. No. 4:06-302
*June Seaton, et al. v. Wyeth, et al.*, C.A. No. 4:06-303
*Barbara Liberman v. Wyeth, et al.*, C.A. No. 4:06-304
*Sandra L. Mower, et al. v. Wyeth, et al.*, C.A. No. 4:06-305
*Bonnie Johnson v. Wyeth, et al.*, C.A. No. 4:06-306
*Dorothy Hull v. Wyeth, et al.*, C.A. No. 4:06-307
*Catherine Kennon v. Wyeth, et al.*, C.A. No. 4:06-308
*Patricia Johnston, et al. v. Wyeth, et al.*, C.A. No. 4:06-309
*Margaret J. Grindle, et al. v. Wyeth, et al.*, C.A. No. 4:06-311
*Maureen Everett v. Wyeth, et al.*, C.A. No. 4:06-312
*Lucy Garcia, et al. v. Wyeth, et al.*, C.A. No. 4:06-313
*Sylvia Campbell, et al. v. Wyeth, et al.*, C.A. No. 4:06-314
*Theda Cagle, et al. v. Wyeth, et al.*, C.A. No. 4:06-315
*Judith Brege v. Wyeth, et al.*, C.A. No. 4:06-316
*Bonnie Campbell v. Wyeth, et al.*, C.A. No. 4:06-317
*Norma Dell Brown, et al. v. Wyeth, et al.*, C.A. No. 4:06-326
*Mary Bradley v. Wyeth, et al.*, C.A. No. 4:06-327
*Linda Bolton, et al. v. Wyeth, et al.*, C.A. No. 4:06-328
*Sharon L. Baena, et al. v. Wyeth, et al.*, C.A. No. 4:06-329
*Carol Anderson v. Wyeth, et al.*, C.A. No. 4:06-330
*Linda Suter v. Wyeth, et al.*, C.A. No. 4:06-331
*Arlene Weston, et al. v. Wyeth, et al.*, C.A. No. 4:06-332
*Janice Walrod v. Wyeth, et al.*, C.A. No. 4:06-333

Schedule of Matters for Hearing Session, Section B    p. 28
Chicago, Illinois


MDL-1507 (Continued)


Eastern District of Missouri (Continued)

*Connie Sides, et al. v. Wyeth, et al.*, C.A. No. 4:06-334
*Jane F. Sellepack v. Wyeth, et al.*, C.A. No. 4:06-335
*Leonie Schindler, et al. v. Wyeth, et al.*, C.A. No. 4:06-337
*Janis Roe v. Wyeth, et al.*, C.A. No. 4:06-338
*Molena Roberts v. Wyeth, et al.*, C.A. No. 4:06-339
*Loretta Patten v. Wyeth, et al.*, C.A. No. 4:06-340
*Ann Mullins, et al. v. Wyeth, et al.*, C.A. No. 4:06-341
*Michael Mounts, etc. v. Wyeth, et al.*, C.A. No. 4:06-342
*Judy Melendez v. Wyeth, et al.*, C.A. No. 4:06-343
*Ruth Ellen Morgan, et al. v. Wyeth, et al.*, C.A. No. 4:06-344
*Deanna Louderback v. Wyeth, et al.*, C.A. No. 4:06-345
*Mary Ann Long, et al. v. Wyeth, et al.*, C.A. No. 4:06-346
*Roma Killian, et al. v. Wyeth, et al.*, C.A. No. 4:06-347
*Marilyn Carll v. Wyeth, et al.*, C.A. No. 4:06-348
*Anna Mae Ayers v. Wyeth, et al.*, C.A. No. 4:06-349
*Ruth Mancini v. Wyeth, et al.*, C.A. No. 4:06-350
*Marilyn Ferguson, et al. v. Wyeth, et al.*, C.A. No. 4:06-351
*Martha Kennedy, et al. v. Wyeth, et al.*, C.A. No. 4:06-352
*Leona Hamm v. Wyeth, et al.*, C.A. No. 4:06-353
*Faye Johnson, et al. v. Wyeth, et al.*, C.A. No. 4:06-354
*Joyce Deloach, et al. v. Wyeth, et al.*, C.A. No. 4:06-355
*Gail McClellan v. Wyeth, et al.*, C.A. No. 4:06-356
*Donna Decker v. Wyeth, et al.*, C.A. No. 4:06-357
*Nancy Andrews v. Wyeth, et al.*, C.A. No. 4:06-358
*Margaret Bickel, et al. v. Wyeth, et al.*, C.A. No. 4:06-359
*Donna Merwin, et al. v. Wyeth, et al.*, C.A. No. 4:06-360
*Doris Fortner, et al. v. Wyeth, et al.*, C.A. No. 4:06-361
*Marie Morris, et al. v. Wyeth, et al.*, C.A. No. 4:06-362
*Karen K. O'Neil v. Wyeth, et al.*, C.A. No. 4:06-363
*Rochelle Scott, etc. v. Wyeth, et al.*, C.A. No. 4:06-364
*Patricia Morton, et al. v. Wyeth, et al.*, C.A. No. 4:06-365
*Jean Paradis v. Wyeth, et al.*, C.A. No. 4:06-371
*Judy Shephard v. Wyeth, et al.*, C.A. No. 4:06-372
*Walter Mae Shurn v. Wyeth, et al.*, C.A. No. 4:06-373

Schedule of Matters for Hearing Session, Section B                    p. 29
Chicago, Illinois


MDL-1507 (Continued)


### Eastern District of Missouri (Continued)

*Connie Webb v. Wyeth, et al.*, C.A. No. 4:06-374
*Barbara Jones, et al. v. Wyeth, et al.*, C.A. No. 4:06-376
*Patricia Wesley, et al. v. Wyeth, et al.*, C.A. No. 4:06-377
*Audrey Fenton v. Wyeth, et al.*, C.A. No. 4:06-378
*Margaret Rubin-Finn v. Wyeth, et al.*, C.A. No. 4:06-379
*Maxine Howard v. Wyeth, et al.*, C.A. No. 4:06-380
*Pamela S. Derefield, et al. v. Wyeth, et al.*, C.A. No. 4:06-411
*Linda Stamper, et al. v. Wyeth, et al.*, C.A. No. 4:06-537


MDL-1564 -- In re Farmers Insurance Co., Inc., FCRA Litigation

Opposition of plaintiffs Douglas Ashby, et al., to transfer of the following action to the
United States District Court for the Western District of Oklahoma:


### District of Oregon

*Douglas Ashby, et al. v. Farmers Insurance Co. of Oregon*, C.A. No. 3:01-1446


MDL-1596 -- In re Zyprexa Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of New York:


### Northern District of Alabama

*Vanessa Brownlee v. Eli Lilly & Co., et al.*, C.A. No. 7:06-634

### Northern District of California

*Claudia Stempien, et al. v. Eli Lilly & Co., et al.*, C.A. No. 3:06-1811

Schedule of Matters for Hearing Session, Section B                              p. 30
Chicago, Illinois


MDL-1596 (Continued)


### Northern District of California (Continued)

*Timothy Johnson, et al. v. Eli Lilly & Co., et al.*, C.A. No. 3:06-2188
*Russel Woodrow, et al. v. Eli Lilly & Co.*, C.A. No. 3:06-2385
*John Grant, et al. v. Eli Lilly & Co., et al.*, C.A. No. 3:06-2386
*Andra Alexander, et al. v. Eli Lilly & Co., et al.*, C.A. No. 3:06-2489
*Saundra Burns, et al. v. Eli Lilly & Co., et al.*, C.A. No. 4:06-2384

### Southern District of Illinois

*Linda Perry, et al. v. Eli Lilly & Co.*, C.A. No. 3:06-269

### Northern District of Indiana

*John Partin, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-23
*Alan Jaggie, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-24
*Huey Hendrix, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-25
*Mary Slade, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-26
*Lynette Hanson, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-27
*Nancy Emanuel, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-28
*Raleigh Harris, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-29
*Leland Bond, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-30
*Faye Hood, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-31
*Melissa Bidy, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-32
*Patricia Trimble, et al v. Eli Lilly & Co.*, C.A. No. 4:06-33
*Ernest Moorer, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-34
*George Horn, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-35
*Carol Lee Moore, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-36
*Wayne Adams, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-37
*Mary Billings, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-38
*David Wilkison, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-39
*Richard Eickhoff, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-40
*Vaunita Duval, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-41
*Ada Adair, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-42
*Yvonee Dupain, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-43
*Allen Ames, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-44

Schedule of Matters for Hearing Session, Section B                                    p. 31
Chicago, Illinois


MDL-1596 (Continued)


### Northern District of Indiana (Continued)

*James Harstad, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-45
*John Cole, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-47
*Marc Scaillet, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-72
*James Anthony, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-73
*James Alexander, et al. v. Eli Lilly & Co.*, C.A. No. 4:06-74

#### Western District of Missouri

*Don Stricklen v. Eli Lilly & Co., et al.*, C.A. No. 4:06-229


### MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Oppositions of plaintiffs Troy Winslow; Pamela Jones, et al.; Selina Jantz; and Richard
Clyde, et al., to transfer of their respective following actions to the United States District Court
for the Northern District of Illinois:


#### Eastern District of Texas

*Troy Winslow v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 5:06-34
*Pamela Jones, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 6:06-108

#### Western District of Texas

*Selina Jantz v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 1:06-216
*Richard Clyde, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 5:06-122

Schedule of Matters for Hearing Session, Section B                    p. 32
Chicago, Illinois


MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs Brent D. Young, et al., and defendant James P. Hall, D.O., to
transfer of their respective following actions to the United States District Court for the District of
Massachusetts:

Central District of California

*Jennifer Mecija, et al. v. Pfizer Inc., et al.*, C.A. No. 8:06-293

Eastern District of Pennsylvania

*Brent D. Young, et al. v. Pfizer Inc., et al.*, C.A. No. 2:06-1308


MDL-1635 -- In re Dollar General Corp. Fair Labor Standards Act Litigation

Opposition of defendants Dollar General Corporation and Dolgencorp, Inc., to transfer of
the following action to the United States District Court for the Northern District of Alabama:

Western District of Louisiana

*Alicia Moldoon, et al. v. Dolgencorp, Inc., et al.*, C.A. No. 2:05-852


MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of Louisiana:

Southern District of Alabama

*Amanda Pritchett v. Merck & Co., Inc., et al.*, C.A. No. 2:06-122

Northern District of Illinois

*Rebecca Moore, et al. v. Merck & Co., Inc.*, C.A. No. 1:06-1354

Schedule of Matters for Hearing Session, Section B                    p. 33
Chicago, Illinois


MDL-1657 (Continued)


### Western District of Kentucky

*Mary L. Harper, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-604

### Northern District of Mississippi

*Jacqueline Fuqua v. Merck & Co., Inc., et al.*, C.A. No. 2:06-63
*Randy Robinson v. Merck & Co., Inc., et al.*, C.A. No. 2:06-64
*Owen Kittle v. Merck & Co., Inc., et al.*, C.A. No. 2:06-65
*Ginger Pope v. Merck & Co., Inc., et al.*, C.A. No. 2:06-66

### District of Montana

*State of Montana, et al. v. Merck & Co., Inc.*, C.A. No. 6:06-7


### MDL-1663 -- In re Insurance Brokerage Antitrust Litigation

Opposition of plaintiff Sinclair Oil Corporation to transfer of the following action to the United States District Court for the District of New Jersey:


### District of Utah

*Sinclair Oil Corp. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 2:06-94


### MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Opposition of plaintiff Donna K. Armer to transfer of the following action to the United States District Court for the Northern District of California:


### Eastern District of Missouri

*Donna K. Armer v. Monsanto Co., et al.*, C.A. No. 4:06-176

Schedule of Matters for Hearing Session, Section B                                    p. 34
Chicago, Illinois


MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation

Opposition of plaintiff Ila Williams to transfer of the following action to the United States District Court for the District of Minnesota:


Eastern District of Arkansas

*Ila Williams v. Guidant Corp., et al.*, C.A. No. 4:06-447


MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Oppositions of plaintiffs Thomas Smith, et al.; Mary Overton; Joseph Miles, Jr., et al.; Tenita J. Jones, et al.; and Mary Forrest and defendants Access Mortgage & Financial and Connie G. Turner to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:


District of Colorado

*Thomas Smith, et al. v. Argent Mortgage Co., LLC, et al.*, C.A. No. 1:05-2364

Eastern District of Michigan

*Lillian J. Tocco v. Argent Mortgage Co., LLC, et al.*, C.A. No. 2:05-73963

Eastern District of New York

*Mary Overton v. Ameriquest Mortgage Co., et al.*, C.A. No. 1:05-4715
*Joseph Miles, Jr., et al. v. Argent Mortgage Co., LLC, et al.*, C.A. No. 2:05-2605

Western District of Tennessee

*Tenita J. Jones, et al. v. Thomas L. Lewis, et al.*, C.A. No. 1:06-1051

Eastern District of Wisconsin

*Mary Forrest v. Ameriquest Mortgage Co.*, C.A. No. 2:06-12

Schedule of Matters for Hearing Session, Section B                    p. 35
Chicago, Illinois


MDL-1718 -- In re Ford Motor Co. Speed Control Deactivation Switch Products Liability
            Litigation

Opposition of defendant Ford Motor Company to transfer of the following action to the
United States District Court for the Eastern District of Michigan:


Northern District of Georgia

*Gerald Parker, et al. v. Ford Motor Co.*, C.A. No. 1:06-431


MDL-1726 -- In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation

Opposition of defendant Medtronic, Inc., to transfer of the following action to the United
States District Court for the District of Minnesota:


Middle District of Tennessee

*Joey Phillips, etc. v. Medtronic, Inc.*, C.A. No. 2:06-19


MDL-1742 -- In re Ortho Evra Products Liability Litigation

Opposition of plaintiffs Forrest Lewis, Jr., et al., to transfer of the following action to the
United States District Court for the Northern District of Ohio:


Southern District of Texas

*Forrest Lewis, Jr., et al. v. Johnson & Johnson, et al.*, C.A. No. 4:06-1414

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
(i)    the dispositive issue(s) have been authoritatively decided; or
(ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.