# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

August 18, 2006

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212



Re: MDL-1781 -- In re Cintas Corp. Overtime Pay Arbitration Litigation

(See Attached Schedule A of Order)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A copy of Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), which deals specifically with the transfer of files, is enclosed for your convenience. Also enclosed are a complete set of the Panel Rules and a copy of Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. These statistics are used by the Administrative Office of the United States Courts and the Judicial Conference. Therefore, your cooperation in keeping the Panel advised of the progress of this litigation would be appreciated. We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

- 2 -

For your information, I am enclosing a copy of the Panel Attorney Service List.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Docket Specialist

Enclosures

cc w/all enclosures (Chapter 7 of Volume 4 of the Clerks Manual, U.S. District Courts, Rule 1.6, R.P.J.P.M.L., transfer order, Panel Attorney Service List, and complete Panel Rules):

|                | Transferee Judge:       | Judge Saundra Brown Armstrong       |
|----------------|-------------------------|-------------------------------------|
| cc w/order only: | Transferee Chief Judge: | Judge Vaughn R. Walker              |

cc w/order and Rule 1.6, R.P.J.P.M.L.:

Transferor Clerk(s):    (See Attached Involved Clerks List)

Transferor Judge(s):    (See Attached Involved Judges List)

JPML Form 33

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 8 2006

## *RELEASED FOR PUBLICATION*

FILED
CLERK'S OFFICE

## *DOCKET NO. 1781*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION*

## *BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,\* KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

## *TRANSFER ORDER*

This litigation consists of the 71 actions, each pending in a different federal district, that are listed on the attached Schedule A. The Northern District of California hosts the first filed of this docket's constituent actions (*Veliz*), which is a March 2003 action brought, inter alia, under state law and the Fair Labor Standards Act (FLSA) against Cintas Corp (Cintas). *Veliz*, a "collective" action in which over 2,000 plaintiffs have now joined, is brought by Cintas employees or former employees who allege that Cintas failed to pay them required overtime wages. The other 70 civil actions now before the Panel are motions to compel arbitration just recently brought by Cintas in March 2006 against a total of approximately 1,800 persons, each of whom is also a *Veliz* opt-in plaintiff and is named in only one of the 70 actions brought by Cintas. The *Veliz* plaintiffs (including the opt-in plaintiffs who are defendants in the actions brought by Cintas) move the Panel, pursuant to 28 U.S.C. § 1407, for an order centralizing the MDL-1781 actions in the Northern District of California for coordinated or consolidated pretrial proceedings. Cintas, the *Veliz* defendant and plaintiff in the other 70 actions, opposes transfer.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Each person named in the 70 actions brought by Cintas is an opt-in plaintiff in *Veliz*, the remaining MDL-1781 action, and each of the 70 actions represents an effort by Cintas to compel a *Veliz* opt-in plaintiff who has asserted FLSA claims in *Veliz* to arbitrate those claims, not in the Northern District of California where *Veliz* is pending, but rather in the judicial district where the motion to compel was filed and where the respective defendants are (or were last) employed by Cintas. Resolution of the actions in this docket will require each of the 70 district courts where Cintas has brought suit to construe identical contractual arbitration clauses to determine i) whether the parties named in each motion to compel are refusing to arbitrate within the meaning of § 4 of the Federal Arbitration Act, and/or ii) whether the parties are complying with that obligation by seeking to arbitrate

---

\*Judge Miller did not participate in the decision of this matter.

- 2 -

collectively in an arbitration proceeding already occurring in the Northern District of California involving a subset of the *Veliz* plaintiffs. The degree to which the actions brought by Cintas are intertwined with *Veliz* is further illustrated by Cintas's own allegations contained in those actions (wherein Cintas cites *Veliz* rulings and stipulations for purposes of collateral estoppel or res judicata in connection with the relief being sought). Additionally, each of the 70 courts in the actions brought by Cintas may also be required to address identical factual and legal arguments asserted in defense of those actions. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

In opposing transfer, Cintas has argued that the 70 actions which it has brought to compel arbitration are not "civil actions" and thus not within the scope of the transfer authority conferred on the Panel under Section 1407. In order to effectuate the statutory objectives, transfer under Section 1407 should contemplate the broadest sweep of the term, "civil action." Thus, to the extent that the motions to compel brought by Cintas are not criminal actions, are pending in federal district courts, and are suits of a civil nature, they are civil actions subject to transfer under Section 1407.

We conclude that the Northern District of California is an appropriate transferee forum in this docket because i) the district is where the first filed and significantly more advanced action is pending before a judge already well versed in the issues presented by the litigation; and ii) all parties are in agreement that if the litigation is centralized, the California district should be selected as transferee forum.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of California are transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Saundra Brown Armstrong for coordinated or consolidated pretrial proceedings with the action on Schedule A and pending in that district.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

## SCHEDULE A

MDL-1781 -- In re Cintas Corp. Overtime Pay Arbitration Litigation

Middle District of Alabama

*Cintas Corp. v. Randall M. Cornelius, et al.*, C.A. No. 2:06-227

Northern District of Alabama

*Cintas Corp. v. Darren Mitchell Anderson, et al.*, C.A. No. 2:06-492

Southern District of Alabama

*Cintas Corp. v. Ramon J. Baudier, Jr., et al.*, C.A. No. 1:06-148

District of Arizona

*Cintas Corp. v. Robert J. Abel, et al.*, C.A. No. 2:06-693

Central District of California

*Cintas Corp. v. Roberto Carlos Alegria, et al.*, C.A. No. 2:06-1750

Eastern District of California

*Cintas Corp. v. Ronald Arvizu, et al.*, C.A. No. 2:06-611

Northern District of California

*Paul Veliz, et al. v. Cintas Corp., et al.*, C.A. No. 4:03-1180

Southern District of California

*Cintas Corp. v. Daniel E. Ainsworth, et al.*, C.A. No. 3:06-632

District of Colorado

*Cintas Corp. v. John D. Bickham, et al.*, C.A. No. 1:06-427

District of Connecticut

*Cintas Corp. v. Eugene Christensen, et al.*, C.A. No. 3:06-360

-2-

**MDL-1781 Schedule A (Continued)**

District of Delaware

*Cintas Corp. v. Charles Leroy Gray, et al.*, C.A. No. 1:06-162

Middle District of Florida

*Cintas Corp. v. Alice Allen, et al.*, C.A. No. 8:06-400

Northern District of Florida

*Cintas Corp. v. Joseph Frazier, et al.*, C.A. No. 3:06-103

Southern District of Florida

*Cintas Corp. v. David J. Abrahamsen, et al.*, C.A. No. 0:06-60310

Middle District of Georgia

*Cintas Corp. v. Matthew J. DeFelix, et al.*, C.A. No. 1:06-38

Northern District of Georgia

*Cintas Corp. v. Jeffrey Aybar, et al.*, C.A. No. 1:06-569

Southern District of Georgia

*Cintas Corp. v. Joe L. Banks, et al.*, C.A. No. 1:06-35

District of Idaho

*Cintas Corp. v. David DeBilzan, et al.*, C.A. No. 1:06-104

Central District of Illinois

*Cintas Corp. v. James Allen Burress, et al.*, C.A. No. 1:06-1068

-3-

**MDL-1781 Schedule A (Continued)**

Northern District of Illinois

*Cintas Corp. v. Vince Agozzino, et al.*, C.A. No. 1:06-1343

Northern District of Indiana

*Cintas Corp. v. James Atkins, et al.*, C.A. No. 2:06-85

Southern District of Indiana

*Cintas Corp. v. Ryan Albright, et al.*, C.A. No. 1:06-401

Southern District of Iowa

*Cintas Corp. v. Donald Allen Griffin, et al.*, C.A. No. 4:06-91

District of Kansas

*Cintas Corp. v. Matthew L. Blackman, et al.*, C.A. No. 2:06-2091

Eastern District of Kentucky

*Cintas Corp. v. Danny L. Brown, et al.*, C.A. No. 2:06-52

Western District of Kentucky

*Cintas Corp. v. Jason Agostini, et al.*, C.A. No. 3:06-131

Eastern District of Louisiana

*Cintas Corp. v. Jack Addison, et al.*, C.A. No. 2:06-1247

Middle District of Louisiana

*Cintas Corp. v. Gustave Fontenot, Jr., et al.*, C.A. No. 3:06-188

-4-

**MDL-1781 Schedule A (Continued)**

Western District of Louisiana

*Cintas Corp. v. Ivan Edward Avery, et al.*, C.A. No. 6:06-391

District of Maine

*Cintas Corp. v. Randall Bowles, et al.*, C.A. No. 2:06-55

District of Maryland

*Cintas Corp. v. Joe Andrews, et al.*, C.A. No. 8:06-641

District of Massachusetts

*Cintas Corp. v. Philip Daniel Blaisdell, et al.*, C.A. No. 1:06-10442

Eastern District of Michigan

*Cintas Corp. v. Brandon Alioto, et al.*, C.A. No. 2:06-11043

Western District of Michigan

*Cintas Corp. v. Travis M. Ault, et al.*, C.A. No. 1:06-180

District of Minnesota

*Cintas Corp. v. John Callahan, et al.*, C.A. No. 0:06-1012

Southern District of Mississippi

*Cintas Corp. v. Gregory Cole Bigbee, et al.*, C.A. No. 3:06-137

Eastern District of Missouri

*Cintas Corp. v. Relton Barnes, et al.*, C.A. No. 4:06-450

Western District of Missouri

*Cintas Corp. v. Randall Adams, et al.*, C.A. No. 4:06-208

-5-

**MDL-1781 Schedule A (Continued)**

District of Nebraska

*Cintas Corp. v. Jeffrey Anderson, et al.*, C.A. No. 8:06-262

District of Nevada

*Cintas Corp. v. Anthony Dean Hamby, et al.*, C.A. No. 2:06-300

District of New Jersey

*Cintas Corp. v. Joseph Allen, et al.*, C.A. No. 2:06-1164

District of New Mexico

*Cintas Corp. v. Tony L. Bostick, et al.*, C.A. No. 1:06-185

Eastern District of New York

*Cintas Corp. v. Troy Amott, et al.*, C.A. No. 1:06-1105

Northern District of New York

*Cintas Corp. v. Hugh J. Kingsley, et al.*, C.A. No. 5:06-311

Southern District of New York

*Cintas Corp. v. Louis Alves, et al.*, C.A. No. 1:06-1933

Western District of New York

*Cintas Corp. v. Robert F. Bowles, Jr., et al.*, C.A. No. 6:06-6147

Eastern District of North Carolina

*Cintas Corp. v. Matthew Anderson, et al.*, C.A. No. 5:06-113

-6-

**MDL-1781 Schedule A (Continued)**

Middle District of North Carolina

*Cintas Corp. v. Gus Aranegui, et al.*, C.A. No. 1:06-225

Western District of North Carolina

*Cintas Corp. v. Jonathan Allred, et al.*, C.A. No. 3:06-114

Northern District of Ohio

*Cintas Corp. v. Bradley Agler, et al.*, C.A. No. 3:06-7083

Southern District of Ohio

*Cintas Corp. v. Donald Adkins, et al.*, C.A. No. 1:06-126

Eastern District of Oklahoma

*Cintas Corp. v. Robert Hall, et al.*, C.A. No. 6:06-97

Northern District of Oklahoma

*Cintas Corp. v. Brent Berna, et al.*, C.A. No. 4:06-148

Western District of Oklahoma

*Cintas Corp. v. Raymond Mac Harris, Jr., et al.*, C.A. No. 5:06-247

District of Oregon

*Cintas Corp. v. Dennis Bassett, et al.*, C.A. No. 6:06-335

Eastern District of Pennsylvania

*Cintas Corp v. Kenneth W. Baptist, et al.*, C.A. No. 2:06-1053

-7-

**MDL-1781 Schedule A (Continued)**

Middle District of Pennsylvania

*Cintas Corp. v. Brian Ash, et al.*, C.A. No. 3:06-517

Western District of Pennsylvania

*Cintas Corp. v. Christopher Derenzo, et al.*, C.A. No. 2:06-324

District of Rhode Island

*Cintas Corp. v. Joseph E. Edwards, et al.*, C.A. No. 1:06-112

District of South Carolina

*Cintas Corp. v. Thomas Eugene Alert, et al.*, C.A. No. 3:06-762

Eastern District of Texas

*Cintas Corp. v. Stephen Barlow, et al.*, C.A. No. 1:06-137

Northern District of Texas

*Cintas Corp. v. Bryan Armstrong, et al.*, C.A. No. 3:06-432

Southern District of Texas

*Cintas Corp. v. Judd Allen, et al.*, C.A. No. 4:06-824

Western District of Texas

*Cintas Corp. v. Issac Anaya, et al.*, C.A. No. 5:06-216

District of Utah

*Cintas Corp. v. Wade Bell, et al.*, C.A. No. 2:06-205

-8-

**MDL-1781 Schedule A  (Continued)**

Eastern District of Virginia

*Cintas Corp. v. John O. Ansink, Jr., et al.*, C.A. No. 1:06-267

Western District of Virginia

*Cintas Corp. v. Nelson Carter, Jr.*, C.A. No. 5:06-23

Eastern District of Washington

*Cintas Corp. v. Scott Burgess, et al.*, C.A. No. 2:06-3023

Western District of Washington

*Cintas Corp. v. Michael Anderson, et al.*, C.A. No. 2:06-332

Eastern District of Wisconsin

*Cintas Corp. v. Nathan J. Andree, et al.*, C.A. No. 2:06-303

Western District of Wisconsin

*Cintas Corp. v. Chris Brown, et al.*, C.A. No. 3:06-133

## INVOLVED CLERKS LIST
## DOCKET NO. 1781
## IN RE CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse
550 West Fort Street, MSC 039
Boise, ID 83724

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Donald M. Cinnamond, Clerk
100 Fed. Bldg. & U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

Fernando Galindo, Acting Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

Frank G. Johns, Clerk
210 Charles R. Jonas Federal
Building
401 West Trade Street
Charlotte, NC 28202

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th St.
Denver, CO 80294-3589

Gregory J. Leonard, Clerk
P.O. Box 128
Macon, GA 31202

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James G. Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

James R. Larsen, Clerk
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

John F. Corcoran, Clerk
U.S. District Court
116 North Main Street, #314
Harrisonburg, VA 22802-3832

John M. Waters, Clerk
309 Federal Building
100 N.E. Monroe Street
Peoria, IL 61602

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Lawrence K. Baerman, Clerk
P.O. Box 7367
Syracuse, NY 13261-7367

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Leslie G. Whitmer, Clerk
P.O. Box 1073
Covington, KY 41012-1073

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S.
Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Mary E. D'Andrea, Clerk
U.S. District Court
P.O. Box 1148
Scranton, PA 18501-1148

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S.
Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Rodney C. Early, Clerk
2120 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1368

Ronald C. Weston, Clerk
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

Scott Poff, Clerk
P.O. Box 1130
Augusta, GA 30903-1130

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S.
Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Fed. Bldg.
517 East Wisconsin Avenue
Milwaukee, WI 53202

Stephen R. Ludwig, Clerk
101 Federal Building
507 State Street
Hammond, IN 46320

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

William S. Brownell, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

# INVOLVED JUDGES LIST
## DOCKET NO. 1781
## IN RE CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION

Hon. Lynn S. Adelman
U.S. District Judge
204 U.S. Courthouse & Fed. Bldg.
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Hon. Lance M. Africk
U.S. District Judge
C-405 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Ann Aiken
U.S. District Judge
286 Federal Building
& U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Hon. W. Harold Albritton, III
Senior U.S. District Judge
P.O. Box 629
Montgomery, AL 36101-0629

Hon. Lewis T. Babcock
Chief Judge, U.S. District Court
A273 Alfred A. Arraj U.S.
Courthouse
901 19th Street
Denver, CO 80294-3589

Hon. William O. Bertelsman
Senior U.S. District Judge
P.O. Box 1012
Covington, KY 41012

Hon. Dudley H. Bowen, Jr.
Senior U.S. District Judge
P.O. Box 2106
Augusta, GA 30903-2106

Hon. Jane J. Boyle
U.S. District Judge
1376 Earle Cabell Federal Building
& U.S. Courthouse
1110 Commerce Street
Dallast, TX 75249

Hon. James C. Cacheris
Senior U.S. District Judge
Albert V. Bryan Courthouse
401 Courthouse Square, Suite 21
Alexandria, VA 22314-5799

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Earl H. Carroll
Senior U.S. District Judge
U.S. Courthouse
401 West Washington St., SPC 48
Phoenix, AZ 85003

Hon. Paul G. Cassell
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Hon. Jennifer B. Coffman
U.S. District Judge
U.S. District Court
P.O. Box 2228
Lexington, KY 40588

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
P.O. Box 591
Madison, WI 53701-0591

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Frank C. Damrell, Jr.
U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. James C. Dever, III
U.S. District Judge
U.S. District Court
624 Terry Sanford Federal Bldg.
310 New Bern Avenue
Raleigh, NC 27601-1418

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Kristi K. DnBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Nancy G. Edmunds
U.S. District Judge
211 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Richard A. Enslen
Senior U.S. District Judge
Federal Building
410 West Michigan
Kalamazoo, MI 49007

Hon. Joseph J. Farnan, Jr.
U.S. District Judge
4124 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

Hon. Orlando L. Garcia
U.S. District Judge
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Jean C. Hamilton
U.S. District Judge
16N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth St., 16th Floor
St. Louis, MO 63102-1116

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. John A. Houston
U.S. District Judge
1118 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101-8923

Hon. Marvin Katz
Senior U.S. District Judge
13613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. David Keesler
U.S. Magistrate Judge
168 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
17th Floor
Tampa, FL 33602

Hon. Gary L. Lancaster
U.S. District Judge
3250 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Tom S. Lee
Senior U.S. District Judge
110 James O. Eastland
U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. John C. Lifland
Senior U.S. District Judge
Martin Luther King, Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Ronald E. Longstaff
U.S. District Judge
115 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309

Hon. Rudy J. Lozano
U.S. District Judge
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Victor Marrero
U.S. District Judge
660 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Joe B. McDade
U.S. District Judge
122 Federal Building
100 N.E. Monroe
Peoria, IL 61602

Hon. Tucker L. Melancon
U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Peter J. Messitte
U.S. District Judge
6500 Cherrywood Lane
Room 475A
Greenbelt, MD 20770

Hon. Norman A. Mordue
Chief Judge, U.S. District Court
P.O. Box 7336
Syracuse, NY 13261

Hon. James M. Munley
U.S. District Judge
William J. Nealon Federal Building
& U.S. Courthouse, P.O. Box 1247
235 N. Washington Avenue
Scranton, PA 18501

Hon. Frank J. Polozola
U.S. District Judge
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. M. Casey Rodgers
U.S. District Judge
U.S. District Court
One North Palafox Street
Suite 460
Pensacola, FL 32501-5625

Hon. Brian E. Sandoval
U.S. District Judge
805 Bruce R. Thompson
U.S. Courthouse & Federal Building
400 South Virginia Street
Reno, NV 89501-2193

Hon. W. Louis Sands
Chief Judge, U.S. District Court
201 W. Broad Ave.
Albany, GA 31701

Hon. Margaret B. Seymour
U.S. District Judge
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201

Hon. Marvin H. Shoob
Senior U.S. District Judge
1767 Richard B. Russell Federal
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. George Z. Singal
Chief Judge, U.S. District Court
Edward T. Gignoux Fed. Courthouse
156 Federal Street
Portland, ME 04101

Hon. Charles J. Siragusa
U.S. District Judge
1360 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614

Hon. William E. Smith
U.S. District Judge
United States District Court
412 Federal Building & United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Christina A. Snyder
U.S. District Judge
U.S. Courthouse
218 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Alvin W. Thompson
U.S. District Judge
Abraham Ribicoff Federal Building & U.S. Courthouse
450 Main Street
Hartford, CT 06103

Honorable N. Carlton Tilley, Jr.
Chief Judge, U.S. District Court
303 L. Richardson Preyer Fed. Bldg.
324 West Market Street
Greensboro, NC 27401-7455

Hon. John Daniel Tinder
U.S. District Judge
304 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Alan C. Torgerson
U.S Magistrate Judge
670 U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. Fred Van Sickle
U.S. District Judge
P.O. Box 2209
Spokane, WA 99210

Hon. Eric N. Vitaliano
U.S. District Judge
United States District Court
714 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. Samuel G. Wilson
U.S. District Judge
P.O. Box 2421
Roanoke, VA 24010

Hon. B. Lynn Winmill
Chief Judge, U.S. District Court
James A. McClure Fed. Bldg. & U.S. Courthouse
550 West Fort Street
Boise, ID 83724

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. William G. Young
U.S. District Judge
5710 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. James B. Zagel
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Thomas S. Zilly
Senior U.S. District Judge
15229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. William J. Zloch
Chief Judge, U.S. District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332

## RULE 1.6:    TRANSFER OF FILES

(a)    Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action.

(b)    If an appeal is pending, or a notice of appeal has been filed, or leave to appeal has been sought under 28 U.S.C. §1292(b) or a petition for an extraordinary writ is pending, in any action included in an order of transfer under 28 U.S.C. §1407, and the original file or parts thereof have been forwarded to the court of appeals, the clerk of the transferor district court shall notify the clerk of the court of appeals of the order of transfer and secure the original file long enough to prepare and transmit to the clerk of the transferee district court a certified copy of all papers contained in the original file and a certified copy of the docket sheet.

(c)    If the transfer order provides for the separation and simultaneous remand of any claim, cross-claim, counterclaim, or third-party claim, the clerk of the transferor district court shall retain the original file and shall prepare and transmit to the clerk of the transferee district court a certified copy of the docket sheet and copies of all papers except those relating exclusively to separated and remanded claims.

(d)    Upon receipt of an order to remand from the Clerk of the Panel, the transferee district court shall prepare and send to the clerk of the transferor district court the following:
- (i)     a certified copy of the individual docket sheet for each action being remanded;
- (ii)    a certified copy of the master docket sheet, if applicable;
- (iii)   the entire file for each action being remanded, as originally received from the transferor district court and augmented as set out in this rule;
- (iv)   a certified copy of the final pretrial order, if applicable; and
- (v)    a "record on remand" to be composed of those parts of the files and records produced during coordinated or consolidated pretrial proceedings which have been stipulated to or designated by counsel as being necessary for any or all proceedings to be conducted following remand. It shall be the responsibility of counsel originally preparing or filing any document to be included in the "record on remand" to furnish on request sufficient copies to the clerk of the transferee district court.

(e)    The Clerk of the Panel shall be notified when any files have been transmitted pursuant to this Rule.