OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

8/29/06

United States District Court
Northern District of California
1301 Clay Street, Suite 400 South
Oakland CA 94612-5212

RE:   06cv162 Cintas Corp v. Charles Leroy Gray et al
      MDL 1781
      4:06-5087-SBA

Dear Clerk:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

   (X)   Certified copy of the docket sheet;
   (X)   Certified copy of the Order of Transfer;
   ( )   Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____

**Signature** _____